**Keil M. Mueller**, OSB No. 085535
kmueller@stollberne.com
**Lydia Anderson-Dana**, OSB No. 166167
landersondana@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600

**Joshua Berman** (*pro hac vice*)
joshua.berman@whitecase.com
**Isaac Glassman** (*pro hac vice*)
isaac.glassman@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200

*Counsel for Plaintiffs Steven A.W. de Jaray,
Perienne de Jaray, and Darrell R. Oswald*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN A.W. DE JARAY, PERIENNE DE JARAY, and DARRELL R. OSWALD,<br><br>        Plaintiffs,<br><br>   v.<br><br>LATTICE SEMICONDUCTOR CORPORATION, an Oregon-headquartered Delaware corporation,<br><br>        Defendant. | Case No. 3:19-cv-00086-SI<br><br>**EXHIBITS 1-12, 17-18, 20, 23-25, 27-29, 31, 36, 38-40, 43, 46-47, 51, 53-57, 59-65, 70, 72-74, 78-79 TO DECLARATION OF JOSHUA BERMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Page 1 -    **EXHIBITS TO BERMAN DECLARATION**