Keil M. Mueller, OSB No. 085535
Email: kmueller@stollberne.com
Lydia Anderson-Dana, OSB No. 166167
Email: landersondana@stollberne.com
STOLL STOLL BERNE LOKTING &
SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600

Joshua Berman (*pro hac vice*)
joshua.berman@whitecase.com
Isaac Glassman (*pro hac vice*)
isaac.glassman@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200

*Attorneys for Plaintiffs Steven A.W. de Jaray, Perienne de Jaray, Darrell R. Oswald*

Nika Aldrich, OSB No. 160306
Email: naldrich@schwabe.com
Jason A. Wrubleski, OSB No. 120524
Email: jwrubleski@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981

Derek F. Foran (pro hac vice)
dforan@mofo.com
Robin Brewer (pro hac vice)
rbrewer@mofo.com
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California 94105
Telephone: 415-268-7000

*Attorneys for Defendant Lattice Semiconductor Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN A.W. DE JARAY, PERIENNE DE JARAY, and DARRELL R. OSWALD,<br><br>    Plaintiffs,<br><br>  v.<br><br>LATTICE SEMICONDUCTOR CORPORATION, an Oregon-headquartered Delaware corporation,<br><br>    Defendant. | CASE NO. 3:19-cv-00086-SI<br><br>**SECOND JOINT STATEMENT OF STIPULATED FACTS** |

Pursuant to paragraph 5(A) of the Court's Supplemental Case Management Order, ECF 59, Plaintiffs Steven A.W. de Jaray, Perienne de Jaray, and Darrell Oswald ("Plaintiffs") and Defendant Lattice Semiconductor Corporation ("Lattice") (together, the "Parties") hereby submit the following facts, which the Parties stipulate are for all purposes relating to this lawsuit.

| | **Undisputed Facts** |
|---|---|
| 1. | On August 4, 2011, the Public Prosecution Service of Canada stayed its prosecution of the de Jarays. |

IT IS SO STIPULATED.


Dated: July 7, 2022

Respectfully submitted,

| | |
|---|---|
| STOLL STOLL BERNE LOKTING & SHLACHTER P.C.<br>Keil M. Mueller (OSB No. 085535)<br>Lydia Anderson-Dana (OSB No. 166167)<br>209 SW Oak Street, Suite 500<br>Portland, OR 97204<br>Telephone: (503) 227-1600 | SCHWABE, WILLIAMSON & WYATT, P.C.<br>Nika Aldrich (OSB No. 160306)<br>Jason A. Wrubleski (OSB No. 120524)<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR 97204<br>Telephone: 503-222-9981 |
| WHITE & CASE LLP<br>Joshua Berman (pro hac vice)<br>Isaac Glassman (pro hac vice)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200 | MORRISON & FOERSTER LLP<br>Derek F. Foran (pro hac vice)<br>Robin Brewer (pro hac vice)<br>425 Market Street, 32nd Floor<br>San Francisco, California 94105<br>Telephone: 415-268-7000 |
| By: _/s/ Joshua Berman_<br>Joshua Berman<br><br>*Attorneys for Plaintiffs* | By: _/s/ Nika Aldrich_<br><br><br>*Attorneys for Defendant* |