# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **STEVEN A.W. DE JARAY, PERIENNE DE JARAY, DARREL R. OSWALD**, and **APEXMICRO MANUFACTURING CORPORATION**,<br><br>                    Plaintiffs,<br><br>        v.<br><br>**LATTICE SEMICONDUCTOR CORPORATION**,<br><br>                    Defendant. | Case No. 3:19-cv-86-SI<br><br>**ORDER REGARDING EXPERT WITNESSES AND PENDING *DAUBERT* MOTIONS** |

**Michael H. Simon, District Judge.**

The Court has reviewed the parties' first two waves of pretrial document filings. The

Court notes that Plaintiffs have identified three expert witnesses (John Berg, Thomas

Andrukonis, and Justin Lewis), and Defendant has moved to exclude the testimony of all three

experts. The Court also notes that Defendant has identified three expert witnesses (R. Jacob

Baker, Ryan Fayhee, and Dr. Jennifer Marietta-Westberg) and that Plaintiffs have moved to

exclude the testimony of Mr.  Fayhee and Dr. Marietta-Westberg (but not Mr. Baker). Based on

the size, number, and scope of the parties' expert submissions and motions to exclude, the Court directs that both sides file the following documents not later than December 29, 2023:

1.      A summary, not to exceed three double-spaced pages, separately describing the role of each of your three expert witnesses and including an "expert-to-expert mapping" of each side's expert's anticipated contributions at trial (both for and against each issue). This summary shall include a description of which expert will be responsible for what issues and opinions and by whom is that expert expected to be opposed or rebutted and on what issues and how?

2.      A separate summary, also not to exceed three double-spaced pages, explaining your respective motions to exclude (*i.e.*, your *Daubert* motions), by identifying what precisely you contend is deficient or insufficient with the opposing expert's proffered testimony.

## CONCLUSION

Each side shall file the above-described two documents not later than December 29, 2023, and shall comply with the page limitation of three double-spaced pages per document.

**IT IS SO ORDERED**.

DATED this 15th day of December, 2023.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge