**Timothy S. DeJong**, OSB No. 940662
Email: tdejong@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600

**Joshua Berman** (*pro hac vice*)
Email: joshuaberman@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000

**Isaac S. Glassman** (*pro hac vice*)
Email: isaac.glassman@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8200

*Counsel for Plaintiffs Steven A.W. de Jaray,
Perienne de Jaray, Darrell R. Oswald, and
Apex-Micro Manufacturing Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| STEVEN A.W. DE JARAY and APEX-MICRO MANUFACTURING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> LATTICE SEMICONDUCTOR CORPORATION, an Oregon-headquartered Delaware corporation, <br><br> Defendant. | Case No. 3:19-cv-00086-SI <br><br> **PLAINTIFFS' FOURTH AMENDED TRIAL EXHIBIT LIST** |

PLAINTIFFS' FOURTH AMENDED TRIAL
EXHIBIT LIST

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

Pursuant to the Court's January 22, 2024 Order (ECF 446) and its January 26, 2024 email to the parties, Plaintiffs Steven A.W. de Jaray and Apex-Micro Manufacturing Corporation ("Plaintiffs") respectfully submit their Fourth Amended Trial Exhibit List. Plaintiffs are restoring to this list all remaining exhibits originally removed from their November 20, 2023 Trial Exhibit List (ECF 314), and supplementing their list with an additional three exhibits: PX-709, PX-710, and PX-711.[1] Defendant has informed Plaintiffs that it does not object to the timeliness of these supplemental exhibits. Plaintiffs will provide both the Court and Defendant with stamped copies of these supplemental exhibits.

## PLAINTIFFS' FOURTH AMENDED TRIAL EXHIBIT LIST

| No. | Exhibit Description | Bates Number |
|-----|---------------------|--------------|
| 1 | Lattice Data Sheet for GAL22V10/883 (1999) | P_SDJ_00003245 |
| 2 | Lattice Data Sheet for ispLSI1048C/883 (2002) | P_SDJ_00011972 |
| 3 | Standard Microcircuit Drawing No. 5962-89841, Revision Level L (2008) | LATTICE_00003302 |
| 4 | Standard Microcircuit Drawing No. 5962-95587, Revision Level B (2008) | LATTICE_00003380 |
| 5 | Lattice Export Control Management and Compliance Program (2010) | LATTICE_00009733 |
| 6 | Lattice Export Control Management and Compliance Program (2012) | LATTICE_00009923 |
| 7 | Lattice Export Control Management and Compliance Program (2016) | LATTICE_00010231 |
| 8 | Email from K. Fredrickson to G. Stafford, dated June 21, 2010, with attachments. | LATTICE_00009040 |
| 9 | United States Commerce Control List (2008) | |

---

[1] Defendant's exhibits begin at DX-300. To avoid confusion, Plaintiffs elected to number all supplemental exhibits that would otherwise overlap with Defendant's number range starting at PX-700.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|---|---|---|
| 10 | A Guide to Canada's Export Controls (2006) | LATTICE_00011389 |
| 11 | Lattice Data Sheet for GAL20V8C (2006) | LATTICE_00003809 |
| 12 | Lattice Data Sheet for ispLSI 1016 (2000) | LATTICE_00000679 |
| 13 | MIL-STD-883G (2006) | LATTICE_00011550 |
| 14 | MIL-PRF-38535H (2007) | LATTICE_00014095 |
| 15 | MIL-HDBK-780D (2004) | |
| 16 | MIL-HDBK-103AC (2008) | |
| 17 | MIL-PRF-19500N (2005) | |
| 18 | JEDEC Dictionary (2013) | LATTICE_00017741 |
| 19 | 15 CFR § 30.36 (2008) | |
| 20 | Email from N. Preshaw to K. Fredrickson, dated June 15, 2011, attaching Lattice Settlement Agreement. | LATTICE_00000774 |
| 21 | Email from K. Fredrickson to N. Preshaw, dated June 15, 2011, attaching commercial invoices related to products covered by Lattice Settlement Agreement. | LATTICE_00000766 |
| 22 | Email from J. Keen to E. Markiewicz, dated October 5, 2004. | LATTICE_GMA_00000056 |
| 23 | Lattice marketing collateral from 2004, advertising military and aerospace products. | P00001703 |
| 24 | Lattice Reliability and Quality Assurance Manual (2003) | |
| 25 | Email from S. de Jaray to J. Keen, dated September 10, 2005. | LATTICE_GMA_00000021 |
| 26 | Email from T. Lopes to S. Roberts, copying J. Keen, dated March 8, 2006, with attachments. | LATTICE_GMA_00000047 |

**PLAINTIFFS' FOURTH AMENDED TRIAL EXHIBIT LIST**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|---|---|---|
| 27 | Email from J. Keen to S. de Jaray, dated November 1, 2007, with attachments. | P00017141 |
| 28 | Email from J. Nichols to R. Davarpey, copying J. Keen and S. de Jaray, dated May 22, 2008, with attachments. | P00002559 |
| 29 | Email from J. Nichols to J. Anderson, copying J. Keen, dated December 5, 2005. | P_SDJ_00009549 |
| 30 | Email from J. Keen to S. de Jaray, dated August 23, 2007. | MARTIN_00008110 |
| 31 | Email from D. Manz to P. de Jaray, copying S. de Jaray and J. Keen, dated January 18, 2007. | MARTIN_00008104 |
| 32 | Compilation of Apex Purchase Orders | LATTICE_00004003 |
| 33 | Email from S. Roberts to J. Keen, dated August 3, 2005. | LATTICE_GMA_00000098 |
| 34 | Letter from E. Markiewicz to S. de Jaray, dated June 7, 2006. | LATTICE_00002536 |
| 35 | Email from J. Allen to K. Fredrickson, dated February 22, 2010, forwarding email chain between J. Johannessen and S. Skaggs, dated March 27, 2006. | LATTICE_00005136 |
| 36 | Email from J. Allen to K. Fredrickson, dated February 22, 2010, forwarding email chain between J. Johannessen and R. Dendy, dated April 5, 2006, and accompanying attachments. | LATTICE_00005141 |
| 37 | Email from S. Fauser to S. de Jaray, dated July 23, 2008, with attached billing invoices. | LATTICE_00001499 |
| 38 | Email from S. de Jaray to J. Anderson, dated December 6, 2005. | P_SDJ_00003458 |
| 39 | Lattice Compliance with Export Controls Policy (2006) | LATTICE_00001041 |
| 40 | Email from D. Manz to J. Keen, dated July 18, 2006, with attachments. | LATTICE_00001146 |

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|---|---|---|
| 41 | Email from S. de Jaray to E. Markiewicz, dated July 12, 2006. | LATTICE_00000617 |
| 42 | Email from S. de Jaray to J. Keen, dated August 23, 2007. | P00002730 |
| 43 | Email from S. de Jaray to S. Roberts, dated December 18, 2007. | LATTICE_00000546 |
| 44 | Email from S. Fauser to S. de Jaray, dated February 25, 2008, with attached billing invoices. | P00002533 |
| 45 | Lattice Chart of Customer Apex Micro's Historical Product Consumption (2003-2009) | LATTICE_00004112 |
| 46 | Standard Apex Terms and Conditions | P00002160 |
| 47 | Email from S. de Jaray to E. Markiewicz, dated October 25, 2007 | LATTICE_00000330 |
| 48 | Lattice Commercial Invoices and Air Waybill, printed February 4, 2009. | LATTICE_00004128 |
| 49 | Email from J. Sakelson to S. de Jaray, dated March 20, 2009, with attachments. | P00002476 |
| 50 | ispLSI1048C/883 Certificate of Conformance, signed by R. Henry on December 18, 2008. | LATTICE_00003400 |
| 51 | GAL22V10/883 Certificate of conformance, signed by R. Henry on December 18, 2008. | LATTICE_00003404 |
| 52 | Email from S. Roberts to Giese, dated December 11, 2008. | LATTICE_00002832 |
| 53 | Email from D. Bennett to S. Roberts, dated March 4, 2009. | P_SDJ_00000437 |
| 54 | Lattice/Canyon Bridge Disclosure Letter and Merger Agreement, dated November 3, 2016. | LATTICE_00014476 |
| 55 | Email from S. de Jaray to S. Roberts, dated July 14, 2008. | LATTICE_00000497 |

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|---|---|---|
| 56 | Email from S. de Jaray to S. Roberts, dated January 12, 2009. | LATTICE_00000360 |
| 57 | Email from R. Davarpey to S. de Jaray, dated January 22, 2009, with attachments. | P_SDJ_00007016 |
| 58 | U.S. Dep't of Homeland Security FOIA Production, dated August 16, 2017. | P_PDJ_00001339 |
| 59 | Apex Purchase Orders, dated December 10, 2008 | P00002477 |
| 60 | Lattice New Order Request Form, dated June 20, 2006. | LATTICE_00004362 |
| 61 | Email from C. Baker to S. de Jaray, dated February 7, 2005. | P_SDJ_00015250 |
| 62 | Email from I. Ho to S. de Jaray, dated August 10, 2007. | DWT00000036 |
| 63 | Lattice RMA # 801511 | P00002744 |
| 64 | Handwritten notes from Lattice meeting with the Federal Bureau of Investigation, dated January 30, 2009. | LATTICE_00003060 |
| 65 | Apex Resolution on D. Oswald Share Purchase Agreement, dated June 18, 2008. | P00003132 |
| 66 | Email from S. Fauser to S. de Jaray, dated September 4, 2008, with attachments. | P00002055 |
| 67 | Email from S. de Jaray to S. Roberts, dated December 11, 2008 | LATTICE_00001793 |
| 68 | Email from M. Walsh to S. de Jaray, dated December 18, 2008. | LATTICE_00000188 |
| 69 | Email from M. Walsh to S. de Jaray, dated December 19, 2008, with attachments. | LATTICE_00000185 |
| 70 | Email from K. Varga to K. Fredrickson and B. Milstead, dated October 1, 2009. | LATTICE_00000888 |

**PLAINTIFFS' FOURTH AMENDED TRIAL EXHIBIT LIST**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|-----|---------------------|--------------|
| 71 | Email from K. Varga to K. Fredrickson, dated August 29, 2011. | LATTICE_00000718 |
| 72 | Email from K. Varga to K. Fredrickson and B. Milstead, dated February 5, 2010. | LATTICE_00000821 |
| 73 | Email from K. Varga to K. Fredrickson, dated February 22, 2011, with attachments. | AGCanada_00020275 |
| 74 | Indictment of S. de Jaray and P. de Jaray, dated April 29, 2010. | P00008212 |
| 75 | Federal Bureau of Investigation FOIA Response | P00006270 |
| 76 | Letter from K. Fredrickson to K. Varga, dated November 17, 2009. | LATTICE_00003677 |
| 77 | Email from J. Keen to K. Fredrickson, dated January 29, 2010, with attachments. | LATTICE_00000837 |
| 78 | Email from K. Fredrickson to K. Varga, dated April 21, 2011. | LATTICE_00000800 |
| 79 | Email from N. Preshaw to K. Fredrickson, dated July 8, 2011, with attachments. | LATTICE_00000763 |
| 80 | Email from K. Fredrickson to N. Preshaw, dated July 29, 2011, with attachments. | LATTICE_00000732 |
| 81 | Email from S. Stark to G. Stafford, dated July 1, 2010, with attachments. | LATTICE_00009036 |
| 82 | Email from K. Fredrickson to P. Silvano, dated April 26, 2013. | LATTICE_00009437 |
| 83 | Email from K. Fredrickson to S. Mohanty, dated May 20, 2013. | LATTICE_00009429 |
| 84 | Email from K. Fredrickson to B. Milstead and M. Gariepy, dated January 21, 2011. | LATTICE_00009676 |
| 85 | Email from K. Fredrickson to B. Milstead, dated August 29, 2011. | LATTICE_00009869 |

**PLAINTIFFS' FOURTH AMENDED TRIAL EXHIBIT LIST**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|-----|---------------------|--------------|
| 86 | Email from K. Fredrickson to B. Milstead and M. Gariepy, dated August 29, 2011. | LATTICE_00000716 |
| 87 | Email from K. Fredrickson to N. Preshaw, dated August 29, 2011 at 12:55 PM. | LATTICE_00000726 |
| 88 | Email from K. Fredrickson to N. Preshaw, dated August 29, 2011 at 12:06 PM. | LATTICE_00000730 |
| 89 | Email from N. Preshaw to K. Fredrickson, dated July 8, 2011. | LATTICE_00000759 |
| 90 | Email from K. Fredrickson to N. Preshaw, dated June 14, 2011, attaching M. Gariepy resume. | LATTICE_00000791 |
| 91 | Email from K. Fredrickson to K. Varga, dated April 27, 2011. | LATTICE_00000796 |
| 92 | Email from K. Fredrickson to B. Milstead, dated April 27, 2011. | LATTICE_00005159 |
| 93 | Email from K. Fredrickson to B. Milstead and M. Gariepy, dated July 8, 2011. | LATTICE_00009845 |
| 94 | Email from K. Fredrickson to M. Gariepy and B. Milstead, dated January 10, 2011. | LATTICE_00009678 |
| 95 | Email from P. Tinling to K. Fredrickson, dated January 26, 2011. | LATTICE_00009335 |
| 96 | Email from P. Tinling to K. Fredrickson, dated January 10, 2011. | LATTICE_00009347 |
| 97 | Email chain between K. Fredrickson and B. Milstead from January 2011, following January 7, 2011 email from P. Tinling to K. Fredrickson. | LATTICE_00009680 |
| 98 | Email from K. Fredrickson to P. Tinling, dated January 10, 2011. | LATTICE_00009348 |
| 99 | Letter from D. Strachan to H. Mickelson, dated May 13, 2013, confirming admission of liability. | P00008252 |
| 100 | Letter from K. Elvin-Jensen to D. Martin, dated June 21, 2012, with enclosures. | P00002378 |

**PLAINTIFFS' FOURTH AMENDED TRIAL EXHIBIT LIST**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|---|---|---|
| 101 | Email from B. Milstead to K. Varga, dated May 5, 2010. | LATTICE_00000816 |
| 102 | Letter from B. Milstead to the BIS Office of Export Enforcement, dated October 29, 2010. | LATTICE_00009352 |
| 103 | Letter from B. Milstead to CBSA, dated June 27, 2013. | LATTICE_00005173 |
| 104 | Letter from M. Brunet to B. Milstead, dated November 6, 2013. | LATTICE_00003942 |
| 105 | Letter from B. Milstead to M. Brunet, dated November 26, 2013. | LATTICE_00003905 |
| 106 | Letter from J. Dupuis to B. Milstead, dated December 2, 2013. | LATTICE_00000639 |
| 107 | Email from B. Milstead to K. Fredrickson, dated July 21, 2011. | LATTICE_00005153 |
| 108 | Letter from D. Meneley to the Provincial Court of British Columbia, dated August 4, 2011. | P00003474 |
| 109 | Email from K. Fredrickson to B. Milstead, dated February 16, 2017. | LATTICE_00009418 |
| 110 | Email from G. Stafford to K. Fredrickson, dated June 28, 2010. | LATTICE_00008772 |
| 111 | Email from K. Fredrickson to E. Hayden, dated January 21, 2009, with attachments. | LATTICE_00008870 |
| 112 | Email from K. Fredrickson to Y. Lee and B. Burmester, dated February 19, 2013. | LATTICE_00003948 |
| 113 | Email from K. Fredrickson to B. Burmester, copying Y. Lee, dated December 7, 2012. | LATTICE_00000655 |
| 114 | Email from K. Fredrickson to M. Balestra, dated February 5, 2009. | LATTICE_00009057 |
| 115 | Email from K. Fredrickson to Y. Lee, dated October 31, 2012, with attachments (GAL22V10). | LATTICE_00003872 |

**PLAINTIFFS' FOURTH AMENDED TRIAL EXHIBIT LIST**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|---|---|---|
| 116 | Email from K. Fredrickson to Y. Lee, dated October 31, 2012, with attachments (ispLSI1048C). | LATTICE_00003770 |
| 117 | Email from K. Fredrickson to Y. Lee, dated November 1, 2012, with attachments. | LATTICE_00003966 |
| 118 | Email from K. Fredrickson to M. Balestra, dated February 5, 2009. | LATTICE_00009093 |
| 119 | Email from T. Greenberg to M. Bartlett, dated November 27, 2013. | P00003376 |
| 120 | Slide deck, dated October 2, 2013, pertaining to a meeting with AUSA T. Greenberg. | P00007647 |
| 121 | Email from E. Gottardi to B. Striker and Y. Lee, dated July 30, 2013. | P_PDJ_00000340 |
| 122 | Email from E. Gottardi to P. de Jaray, dated July 30, 2013. | P_PDJ_00000378 |
| 123 | Email from P. de Jaray to Bill Striker, dated July 30, 2013. | P00015789 |
| 124 | Email from H. Alexander to P. de Jaray, dated August 11, 2011. | RBC_00000019 |
| 125 | Email from J. Sakelson to S. de Jaray, dated January 29, 2009. | LATTICE_00000181 |
| 126 | Email from K. Varga to K. Fredrickson, dated February 4, 2010. | LATTICE_00000825 |
| 127 | Email from K. Fredrickson to Y. Lee, dated December 18, 2012. | LATTICE_00000968 |
| 128 | *Exhibit kept in "reserve."* | |
| 129 | *Exhibit kept in "reserve."* | |
| 130 | *Exhibit kept in "reserve."* | |
| 131 | *Exhibit kept in "reserve."* | |

**PLAINTIFFS' FOURTH AMENDED TRIAL EXHIBIT LIST**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|-----|---------------------|--------------|
| 132 | *Exhibit kept in "reserve."* | |
| 133 | *Exhibit kept in "reserve."* | |
| 134 | *Exhibit kept in "reserve."* | |
| 135 | *Exhibit kept in "reserve."* | |
| 136 | *Exhibit kept in "reserve."* | |
| 137 | *Exhibit kept in "reserve."* | |
| 138 | *Exhibit kept in "reserve."* | |
| 139 | *Exhibit kept in "reserve."* | |
| 140 | *Exhibit kept in "reserve."* | |
| 141 | *Exhibit kept in "reserve."* | |
| 142 | *Exhibit kept in "reserve."* | |
| 143 | *Exhibit kept in "reserve."* | |
| 144 | Email from R. Giese to R. O'Brien and J. Sakelson, dated December 11, 2008. | LATTICE_00004251 |
| 145 | Email from M. Walsh to S. Roberts, dated December 11, 2008. | LATTICE_00004253 |
| 146 | Email from K. Fredrickson to B. Milstead, dated April 20, 2011. | LATTICE_00005162 |
| 147 | Email from K. Fredrickson to B. Milstead, dated October 16, 2012. | LATTICE_00005187 |
| 148 | End Use Certificate, signed by Trident International Corp. on September 29, 2010. | LATTICE_00009366 |
| 149 | Email from D. Bennett to S. Fender, B. Guilmart, C. Fanning, S. Sark, R. Giese, R. O'Brien, M. Walsh, B. Burnett, and T. Kingzett, dated January 2, 2009. | LATTICE_00009553 |
| 150 | Military Test Traveler for 20V8B-D883 (2006) | LATTICE_00014806 |

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|-----|---------------------|--------------|
| 151 | Military Test Traveler for 22V10D-15LDSMD (2006) | LATTICE_00014856 |
| 152 | Email from R. Smith, dated May 29, 2010. | IU_00001263 |
| 153 | Emails from G. Webb to E. Snow and J. Harker, dated February 6, 2009. | IU_00005951 |
| 154 | Email from S. de Jaray to S. Roberts, dated February 2, 2009. | P00002089 |
| 155 | Lattice Military Ordering Information Sheet (1999) | P00002332 |
| 156 | Email from D. Oswald to S. de Jaray, dated February 19, 2008, with attachments. | P00006710 |
| 157 | Emails from D. Bennett to S. de Jaray, dated February 2, 2009 | P00011566 |
| 158 | T. Jones and C. Fauquier Will Say Statement | P00013673 |
| 159 | Email from S. Goodinson to H. Mahoney, dated May 13, 2010, with attachments. | IU_00000713 |
| 160 | Military Test Traveler for IPL1048C-G883 (2006) | LATTICE_00014647 |
| 161 | Military Test Traveler for 22V10D-D883 (2005) | LATTICE_00014660 |
| 162 | Email from K. Fredrickson to Y. Lee, dated October 31, 2012. | LATTICE_00003799 |
| 163 | Email from K. Koelbel to B. Milstead, dated November 28, 2012. | LATTICE_00010048 |
| 164 | Email from B. Milstead to K. Koelbel, dated December 7, 2012. | LATTICE_00010196 |
| 165 | Email from S. Skaggs to M. Baker, dated September 8, 2005. | LATTICE_00009557 |
| 166 | Email from S. Fauser to S. de Jaray, dated September 4, 2008. | LATTICE_00000235 |
| 167 | Email from J. Sakelson to S. de Jaray, dated September 4, 2008. | LATTICE_00000061 |

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|-----|---------------------|--------------|
| 168 | Email from S. Fauser to J. Sakelson, dated August 4, 2008, with attachments. | LATTICE_00000257 |
| 169 | Email from J. Sakelson to M. Gegner, dated August 7, 2008, with attachments. | LATTICE_00002404 |
| 170 | Email from J. Sakelson to S. de Jaray, dated December 19, 2008. | LATTICE_00004384 |
| 171 | Email from J. Sakelson to S. de Jaray, dated December 11, 2008. | LATTICE_00000050 |
| 172 | Email from K. Varga to K. Fredrickson, dated February 22, 2011, with attachments. | LATTICE_00000813 |
| 173 | Email from K. Fredrickson to Y. Lee and B. Burmester, dated February 19, 2013. | LATTICE_00000654 |
| 174 | Email from S. de Jaray to S. Cerar, dated March 23, 2009. | P_SDJ_00000876 |
| 175 | Email from J. Allen to K. Fredrickson, dated February 22, 2010, forwarding email from J. Johannessen to S. Skaggs, dated March 28, 2006. | LATTICE_00005132 |
| 176 | Email from S. Goodinson to H. Mahoney, dated May 13, 2010, with attachments. | AGCanada_00007625 |
| 177 | Canada Customs Coding Form, FedEx Entry Recap Sheet, Waybill, Manifest (December 2008) | AGCanada_00017418 |
| 178 | Notice of Civil Claim Against AG Canada (November 2011) | AGCanada_00020873 |
| 179 | Email from B. Burmester to K. Fredrickson, dated December 6, 2012, with attachments. | LATTICE_00000663 |
| 180 | Email from Y. Lee to K. Fredrickson, dated August 29, 2011. | LATTICE_00000673 |
| 181 | Email from K. Fredrickson to Y. Lee, dated August 29, 2011. | LATTICE_00000713 |
| 182 | Email from K. Fredrickson to K. Varga, dated February 24, 2011, with attachments. | LATTICE_00000804 |

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|---|---|---|
| 183 | GAL16V88 Data Sheet (April 2010) | LATTICE_00003864 |
| 184 | Apex Quality Assurance Policy Manual (2003) | MARTIN_00007080 |
| 185 | Canadian Export Consulting Services Report (2011) | P_SDJ_00000594 |
| 186 | Email from P. Lamoureux to S. de Jaray, dated November 19, 2013. | P_SDJ_00005065 |
| 187 | Email from C. Thompson to S. de Jaray, P. de Jaray, B. Perkins, J. Lee, and A. Zhang, dated July 24, 2008. | P_SDJ_00008785 |
| 188 | Email from S. de Jaray to D. Oswald, dated January 12, 2009. | P_SDJ_00013509 |
| 189 | Email from L. Liu to A. Zhang, E. Zhang, and I. Ho, dated July 21, 2008. | P_SDJ_00015145 |
| 190 | Email from M. Walsh to S. de Jaray, dated December 19, 2008, with attachments. | P00002062 |
| 191 | GAL22V10 Data Sheet (1997) | P00002568 |
| 192 | Compl., *de Jaray v. Attorney Gen. of Canada*, No. 2:16-cv-00571-RSM (W.D. Wash. Apr. 19, 2016) | P00004997 |
| 193 | Letter from C. Pavlik-Keenan to J. Puracal, dated August 16, 2017. | P00005410 |
| 194 | Email from T. Greenberg to M. Bartlett, dated September 27, 2013. | P00007628 |
| 195 | Email from H. Swartos, dated November 14, 2008, attaching November 13, 2008 AMFD Meeting Minutes. | RBC_00000063 |
| 196 | Email from H. Swartos, dated November 21, 2008, attaching November 20, 2008 AMFD Meeting Minutes. | RBC_00000066 |
| 197 | Email from D. Oswald to S. de Jaray, dated August 19, 2008. | RBC_00000658 |

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|-----|---------------------|--------------|
| 198 | Email from M. Creed to T. Jones, dated April 29, 2011, with attachments. | MARTIN_00010449 |
| 199 | *Exhibit kept in "reserve."* | |
| 200 | Email from K. Fredrickson to N. Preshaw, dated June 15, 2011, with attachments. | LATTICE_00009818 |
| 201 | Printout of ECCN FAQ page from BIS website, dated Jan. 10, 2008. | LATTICE_00015975 |
| 202 | Printout of Exporter's Responsibility page on the BIS website from December 20, 2007. | LATTICE_00015969 |
| 203 | Supplement No. 3 to 15 C.F.R. § 732 (2008) | LATTICE_00016096 |
| 204 | The Wassenaar Arrangement on Export Controls for Conventional Arms and Dual-Use Goods and Technologies, dated March 12, 2008 | |
| 205 | IPL1048C-50LGSMD Military Test Traveler (2010) | LATTICE_00015013 |
| 206 | Email from S. Roberts to J. Keen, dated June 2, 2006, with attachments. | LATTICE_GMA_00000053 |
| 207 | Email from S. de Jaray to S. Roberts, dated December 10, 2008. | LATTICE_00001795 |
| 208 | *Exhibit kept in "reserve."* | |
| 209 | *Exhibit kept in "reserve."* | |
| 210 | *Exhibit kept in "reserve."* | |
| 211 | *Exhibit kept in "reserve."* | |
| 212 | *Exhibit kept in "reserve."* | |
| 213 | *Exhibit kept in "reserve."* | |
| 214 | *Exhibit kept in "reserve."* | |
| 215 | *Exhibit kept in "reserve."* | |

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|-----|--------------------|--------------|
| 216 | *Exhibit kept in "reserve."* | |
| 217 | Lattice Annual 10K Report – Fiscal Year 2009 | |
| 218 | *Exhibit kept in "reserve."* | |
| 219 | Lattice Annual 10K Report – Fiscal Year 2011 | |
| 220 | *Exhibit kept in "reserve."* | |
| 221 | *Exhibit kept in "reserve."* | |
| 222 | *Exhibit kept in "reserve."* | |
| 223 | *Exhibit kept in "reserve."* | |
| 224 | *Exhibit kept in "reserve."* | |
| 225 | Letter from E. Markiewicz to S. de Jaray, dated June 9, 2006 | P00002155 |
| 226 | ispLSI 1024/883 Data Sheet (2002) | LATTICE_00003727 |
| 227 | Press release from CBSA, dated May 27, 2010. | MARTIN_00011345 |
| 228 | Letter from J. Puracal to U.S. Citizenship & Immigration Services, dated August 8, 2016 | P00006793 |
| 299 | *Exhibit kept in "reserve."* | |
| 230 | *Exhibit kept in "reserve."* | |
| 231 | *Exhibit kept in "reserve."* | |
| 232 | Email from C. Cote to J. Keen and S. Roberts, dated September 7, 2005. | LATTICE_GMA_00000016 |
| 233 | Lattice Commercial Invoices, dated February 4, 2009. | LATTICE_00003037 |
| 234 | Lattice Semiconductor Corp. Schedule 14A Proxy Statement (December 12, 2016) | |
| 235 | Standard Microcircuit Drawing No. 5962-89839, Revision F (2007) | LATTICE_00003271 |

**PLAINTIFFS' FOURTH AMENDED TRIAL EXHIBIT LIST**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|-----|---------------------|--------------|
| 236 | Lattice quotation to customer Apex Micro, dated December 10, 2008. | LATTICE_00004240 |
| 237 | Lattice Semiconductor Data Book (Cover Excerpt) (1996) | P00000691 |
| 238 | Email from P. Liska to S. Goodinson, M. Blackmore, S. MacInnis, and I. Ranger, dated May 31, 2010, with attachments. | AGCanada_00005591 |
| 239 | Email from M. Blackmore to G. Webb, dated May 31, 2010. | AGCanada_00007672 |
| 240 | Email from N. Braunwalder to Darrin, dated August 22, 2012. | P_SDJ_00001835 |
| 241 | Memorandum from D. Keller, dated August 26, 2011, with attachments. | P_SDJ_00004550 |
| 242 | Email from E. Albrich to S. de Jaray, dated June 9, 2010, with attachments. | P_SDJ_00000001 |
| 243 | *Exhibit kept in "reserve."* | |
| 244 | *Exhibit kept in "reserve."* | |
| 245 | *Exhibit kept in "reserve."* | |
| 246 | Standard Microcircuit Drawing No. 5969-00538, Revision H (2010) | |
| 247 | Standard Microcircuit Drawing No. 5962-17211 (2010) | |
| 248 | Mem and Order Partially Granting Motion to Set Aside Verdict, *United States v. Wu, et al.*, No. 1:08-cr-10386 (D. Mass. Jan. 4, 2011), ECF 256. | |
| 249 | Intersil CA333AD Data Sheet (1997) | |
| 250 | Lattice Marketing Brochure (2000) | P_SDJ_00012908 |
| 251 | Email from P. Lamoureux to S. de Jaray, dated November 19, 2013. | LATTICE_00001019 |

**PLAINTIFFS' FOURTH AMENDED TRIAL EXHIBIT LIST**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|---|---|---|
| 252 | U.S. Dep't of Commerce, Guidance to the Commerce Department's Reexport Controls | |
| 253 | Lattice Semiconductor Corp. Schedule 14A Proxy Statement (January 20, 2017) | |
| 254 | Lattice Export Control Working Group Meeting Minutes, dated July 17, 2009. | LATTICE_00009731 |
| 255 | Email from H. Swartos, dated November 26, 2008, attaching the AMFD Meeting Minutes for November 25, 2008. | RBC_00000069 |
| 256 | Email from P. Watson to S. de Jaray, dated November 28, 2008. | P_SDJ_00013502 |
| 257 | Email from P. Watson to S. de Jaray, dated February 27, 2009, with attachments. | P_SDJ_00013503 |
| 258 | Email from S. de Jaray to D. Oswald, dated January 14, 2009, with attachments. | P_SDJ_00013512 |
| 259 | Email from T. Lopes to J. Keen and C. Cote, dated January 19, 2006, with attachments. | LATTICE_00000007 |
| 260 | Email from S. de Jaray to K. Fredrickson, dated August 28, 2008. | LATTICE_00004202 |
| 261 | *Exhibit kept in "reserve."* | |
| 262 | *Exhibit kept in "reserve."* | |
| 263 | *Exhibit kept in "reserve."* | |
| 264 | *Exhibit kept in "reserve."* | |
| 265 | Lattice's Amended Responses to Plaintiffs' First Set of Interrogatories | |
| 266 | *Exhibit kept in "reserve."* | |
| 267 | *Exhibit kept in "reserve."* | |
| 268 | Lattice's Second Amended Responses to Plaintiffs' Second Set of Interrogatories | |

**PLAINTIFFS' FOURTH AMENDED TRIAL EXHIBIT LIST**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|-----|---------------------|--------------|
| 269 | Lattice's Responses to Plaintiffs' Third Set of Interrogatories | |
| 270 | Lattice's Responses to Plaintiffs' First Set of Requests for Admission | |
| 271 | Lattice's Answer to Plaintiffs' Second Amended Complaint | |
| 272 | S. de Jaray Affidavit, dated August 21, 2009, with enclosures. | BHB 003128 |
| 273 | Summary of Apex Business Between 2007 and 2009 | P00006776 |
| 274 | RideMaxx Marketing Collateral | RBC_00001013 |
| 275 | Summary of Apex Projected Growth | P00006692 |
| 276 | Apex Shareholder Meeting Minutes, dated June 23, 2008. | MARTIN_00006881 |
| 277 | Apex Income Statement – 2008/2009 | P_SDJ_00004749 |
| 278 | Exhibit folder containing email from D. Patton to S. de Jaray, dated April 8, 2009. | BHB 001257 |
| 279 | Memorandum from S. de Jaray to D. Oswald, dated January 10, 2009. | P00015328 |
| 280 | Email from L. Corley to M. Friesen, dated March 25, 2008. | MICKELSON_00010935 |
| 281 | Spreadsheet Detailing Orders | P_SDJ_00015424 |
| 282 | Revenue Spreadsheet, dated March 2009 | P_SDJ_00002177 |
| 283 | Revenue Spreadsheet, dated December 2008 | P_SDJ_00006454 |
| 284 | Email from S. de Jaray to D. Oswald, dated January 12, 2009. | RBC_00001012 |
| 285 | Email from S. de Jaray to D. Oswald, dated January 16, 2009 at 5:13 AM. | RBC_00000696 |

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|-----|---------------------|--------------|
| 286 | Email from S. de Jaray to D. Oswald, dated January 16, 2009 at 1:23 PM. | RBC_00000562 |
| 287 | Apex and Allsop Manufacturing Agreement, dated December 8, 2008. | P_SDJ_00013514 |
| 288 | Email from C. Watson to S. de Jaray, dated June 7, 2008. | P_SDJ_00005920 |
| 289 | Email from V. Kopec to S. de Jaray and C. Watson, dated July 24, 2008 at 11L58 PM, with attachments. | MARTIN_00013519 |
| 290 | Email from V. Kopec to S. de Jaray and C. Watson, dated July 24, 2008 at 11:57 PM, with attachments. | MARTIN_00013514 |
| 291 | Apex Design & Manufacturing Plan, dated August 2008. | P_SDJ_00015425 |
| 292 | Apex Open Accounts Receivable Summary, dated March 31, 2009. | P_SDJ_00013467 |
| 293 | Apex Marketing Collateral (2007) | P_SDJ_00001784 |
| 294 | Exhibit folder containing Apex financial projections for the period between July and December 2009. | BHB 002221 |
| 295 | Email from P. de Jaray to S. de Jaray, dated January 13, 2009, with attachments. | RBC_00000120 |
| 296 | RideMaxx Pricing Analysis (2008) | P00006324 |
| 297 | Lattice Annual 10K Report – Fiscal Year 2021 | |

**PLAINTIFFS' FOURTH AMENDED TRIAL EXHIBIT LIST**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|---|---|---|
| 298 | Lattice Annual 10K Report – Fiscal Year 2022 | |
| 299 | P. de Jaray Tax Statements (2008) | P00006918 |
| 700 | Lattice Commercial Invoice, dated December 11, 2008. | AGCanada_00002359 |
| 701 | Lattice Commercial Invoice, dated March 6, 2008. | MARTIN_00002447 |
| 702 | Email from D. Martin to M. Bartlett, dated October 12, 2013. | P_SDJ_00015422 |
| 703 | Apex Financial Statements – Year Ended May 31, 2005 | P00006216 |
| 704 | Apex Non-Consolidated Financial Statements – Year Ended May 31, 2007 | P00006242 |
| 705 | Apex Consolidated Income Statement – Year Ended May 31, 2008 | P_SDJ_00002314 |
| 706 | Apex Consolidated Income Statement – Year Ended February 28, 2009 | P_SDJ_00002364 |
| 707 | "RideMAXX – A True Wireless EFI Tuner" by Neil Taylor | P00002556 |
| 708 | Appendix B ("Text of Settlement Confirmation Letter") to Minutes of Settlement Agreement between Plaintiff Steven A. W. de Jaray and the Attorney General of Canada | P00006269 |

**PLAINTIFFS' FOURTH AMENDED TRIAL EXHIBIT LIST**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| No. | Exhibit Description | Bates Number |
|-----|---------------------|--------------|
| 709 | Lattice Thermal Management Technical Note (September 2019) | |
| 710 | Apex Financial Statement, dated April 13, 2009. | MICKELSON_00012308 |
| 711 | Email from S. de Jaray to D. Oswald, dated January 15, 2009. | LATTICE_00017412 |

Dated: January 29, 2024

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
Timothy S. DeJong (OSB No. 940662)
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600

PAUL HASTINGS LLP
Joshua Berman (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000

WHITE & CASE LLP
Isaac Glassman (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200

By:   */s/ Joshua Berman*
Joshua Berman

*Attorneys for Plaintiffs*

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840