Your Honor,

I thought I heard Dr. Fredrickson say "yes" when Plaintiff counsel asked her if Apex had an initial project with Boery/Rockwell which seemed counter to her earlier testimony which described limited knowledge of Apex-specific situation information. Can I review the transcript of the redirect from end of day?

COURT'S
EXHIBIT NO. A
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2-1-2024