In your view, is it best practice for a company to notify its customers when a product is reclassified?
Why or why not?
If yes, how would that notification take place?

When Lattice reclassified its chips in 2004, should they have notified customers via email or some other official communication?

Given you experience, why do you think a case was not brought against the plantiff in the United States?

* Apologies if these aren't appropiate questions*

COURT'S
EXHIBIT NO. I
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2-12-2026