Can we please get
the physical Binder B
to view?

COURT'S
EXHIBIT NO. J
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2-15-2024