# LIST OF EXHIBITS AND WITNESSES

| Case No. | 3:19-cv-00086-SI | U. S. District Judge Michael H. Simon |
|---|---|---|
| **Title** | De Jaray et al | |
| | **Lattice Semiconductor Corporation** | |
| **Dates of Hearing/Trial** | January 30, 2024 – February 15, 2024 | |
| `` | Dennis Apodaca | |
| **Deputy Clerks** | Mary Austad | |
| Isaac Glassman, Joshua A. Berman, Timothy S. DeJong, Rita A. Fishman, and Laura Logsdon | | Derek F. Foran, James P. Bennett, Nicholas F. Aldrich, Jr., Jason A. Wrubleski, and Wendy Joy Ray |
| | | |

*de Jaray, et al. v. Lattice Semiconductor*, Case No. 3:19-cv-86-SI

TRIAL DIARY

(Revised as of Feb. 14, 2024, 10:00 a.m.)

|  | Ps' Time (30 hrs.) | D's Time (30 hrs.) |
|---|---|---|
| **Tuesday, January 30, 2024 (Trial Day 1)** | | |
| Jury Selection | | |
| Preliminary Jury Instructions | | |
| **Wednesday, January 31, 2024 (Trial Day 2)** | | |
| Ps' Opening Statement (1 hr. 10 min.) | | |
| D's Opening Statement (51 min.) | | |
| PW 1  Kirstin Fredrickson | 3 hr. 1 min. | 46 min. |
| Daily Totals | 3 hr. 1 min. | 46 min. |
| **Cumulative Totals** | **3 hr. 1 min.** | **46 min.** |
| **Thursday, February 1, 2024 (Trial Day 3)** | | |
| PW 2  Taylor Engers (by deposition) | 59 min. | 17 min. |
| PW 3  Thomas Andrukonis | 1 hr. 50 min. | 1 hr. 4 min. |
| PW 4  John Berg | 1 hr. 22 min. | 44 min. |
| **Daily Totals** | **4 hr. 11 min.** | **2 hr. 5 min.** |
| **Cumulative Totals** | **7 hr. 12 min.** | **2 hr. 51 min.** |
| **Friday, February 2, 2024 (Trial Day 4)** | | |
| PW 4  John Berg—*continued* | 3 min. | 2 min. |
| PW 5  Edward Markiewicz (by deposition) | 41 min. | 2 min. |
| PW 6  Darrell Oswald | 1 hr. 51 min. | 1 hr. 13 min. |
| PW 7  Steven de Jaray | 1 hr. 30 min. | ---------- |
| **Daily Totals** | **4 hr. 5 min** | **1 hr. 17 min.** |
| **Cumulative Totals** | **11 hr. 17 min.** | **4 hr. 8 min.** |

### Monday, February 5, 2024 (Trial Day 5)

| | | |
|---|---|---|
| PW 7   Steven de Jaray—*continued* | 4 hr. 39 min. | 1 hr. 19 min. |
| **Daily Totals** | **4 hr. 39 min.** | **1 hr. 19 min.** |
| **Cumulative Totals** | **15 hr. 56 min.** | **5 hr. 27 min.** |

### Tuesday, February 6, 2024 (Trial Day 6)

| | | |
|---|---|---|
| PW 7   Steven de Jaray—*continued* | ---------- | 5 hr. 42 min. |
| **Daily Totals** | ---------- | **5 hr. 42 min.** |
| **Cumulative Totals** | **15 hr. 56 min.** | **11 hr. 09 min.** |

### Wednesday, February 7, 2024 (Trial Day 7)

| | | |
|---|---|---|
| PW 7   Steven de Jaray—*continued* | 1 hr. 58 min. | 17 min. |
| PW 8   Steve Cerar (by deposition) | 19 min. | ---------- |
| PW 9   Justin Lewis | 1 hr. 38 min. | 1 hr.  5 min. |
| **Daily Totals** | **3 hr. 55 min.** | **1 hr. 22 min.** |
| **Cumulative Totals** | **19 hr. 51 min.** | **12 hr. 31 min.** |

### Thursday, February 8, 2024 (Trial Day 8)

| | | |
|---|---|---|
| PW 10 Byron Milstead (by deposition) | 1 hr.  7 min. | 6 min. |
| DW 1 Kirstin Fredrickson | 14 min. | 6 min. |
| DW 2 April Zhang (by deposition) | 9 min. | 1 hr. 10 min. |
| DW 3 Heather States (by deposition) | 13 min. | 1 hr. 26 min. |
| DW 4 Perienne de Jaray (deposition) | 5 min. | 26 min. |
| DW 5 Jacob Baker | ---------- | 43 min. |
| **Daily Totals** | **1 hr. 48 min.** | **3 hr. 57 min.** |
| **Cumulative Totals** | **21 hr. 39 min.** | **16 hr. 28 min.** |

### Friday, February 9, 2024 (Trial Day 9)

| | | |
|---|---|---|
| DW 5 Jacob Baker—*continued* | 40 min. | 9 min. |
| DW 6 Robert Henry | 34 min. | 47 min. |
| DW 7 Robert Alvarado | 38 min. | 41 min. |
| DW 8 Robert Hale (by deposition) | 6 min. | 42 min. |
| DW 9 Susan Chipman (by deposition) | 6 min. | 24 min. |
| DW 10 John Keen (by deposition) | 11 min. | 39 min. |
| **Daily Totals** | **2 hr. 15 min.** | **3 hr. 22 min.** |
| **Cumulative Totals** | **23 hr. 54 min.** | **19 hr. 50 min.** |

### Monday, February 12, 2024 (Trial Day 10)

| | | |
|---|---|---|
| DW 11 Randy Wood (by deposition) | 10 min. | 27 min. |
| DW 12 Ryan Fayhee | 2 hr. 16 min. | 2 hr. 42 min. |
| DW 13 Patrick Lamoureux (by deposition) | 3 min. | 21 min. |
| **Daily Totals** | **2 hr. 29 min.** | **3 hr. 30 min.** |
| **Cumulative Totals** | **26 hr. 23 min.** | **23 hr. 20 min.** |

### Tuesday, February 13, 2024 (Trial Day 11)

| | | |
|---|---|---|
| DW 14 Scott Roberts (by deposition) | 58 min. | 1 hr. 2 min. |
| DW 15 Jennifer Marietta-Westberg | 1 hr. 24 min. | 1 hr. 0 min. |
| PRW 1 Steven Skaggs (by deposition) | 28 min. | 6 min. |
| PRW 2 Thomas Andukonis (by live video) | 8 min. | 9 min. |
| **Daily Totals** | **2 hr. 58 min.** | **2 hr. 17 min.** |
| **Cumulative Totals** | **29 hr. 21 min.** | **25 hr. 37 min.** |
| **Remaining Time** | **39 min.** | **4 hr. 23 min.** |

Rule 50(a) motions

Jury instructions discussed

United States District Court
Exhibits Log: 3:19-cv-00086-SI
de Jaray et al v. Lattice Semiconductor, 1/23/2024

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Pla-1 | Lattice Data Sheet for GAL22V10883 1999 |
| Pla-2 | Lattice Data Sheet for ispLSI1048C883 2002 |
| Pla-3 | Standard Microcircuit Drawing No. 5962-89841 Revision Level L 2008 |
| Pla-4 | Standard Microcircuit Drawing No. 5962-95587 Revision Level B 2008 |
| Pla-5 | Lattice Export Control Management and Compliance Program 2010 |
| Pla-8 | Email from K. Fredrickson to G. Stafford dated June 21 2010 with attachments |
| Pla-9 | United States Commerce Control List 2008 |
| Pla-10 | A Guide to Canadas Export Controls 2006 |
| Pla-11 | Lattice Data Sheet for GAL20V8C 2006 |
| Pla-12 | Lattice Data Sheet for ispLSI 1016 2000 |
| Pla-13 | MIL-STD-883G 2006 |
| Pla-14 | MIL-PRF-38535H 2007 |
| Pla-20 | Email from N. Preshaw to K. Fredrickson dated June 15 2011 attaching Lattice Settlement Agreement |
| Pla-22 | Email from J. Keen to E. Markiewicz dated October 5 2004 |
| Pla-24 | Lattice Reliability and Quality Assurance Manual 2003 |
| Pla-25 | Email from S. de Jaray to J. Keen dated September 10 2005 |
| Pla-26 | Email from T. Lopes to S. Roberts copying J. Keen dated March 8 2006 with attachments |
| Pla-29 | Email from J. Nichols to J. Anderson copying J. Keen dated December 5 2005 |
| Pla-32 | Compilation of Apex Purchase Orders |
| Pla-37 | Email from S. Fauser to S. de Jaray dated July 23 2008 with attached billing invoices |
| Pla-43 | Email from S. de Jaray to S. Roberts dated December 18 2007 |
| Pla-45 | Lattice Chart of Customer Apex Micros Historical Product Consumption 2003-2009 |
| Pla-46 | Standard Apex Terms and Conditions |
| Pla-48 | Lattice Commercial Invoices and Air Waybill printed February 4 2009 |
| Pla-49 | Email from J. Sakelson to S. de Jaray dated March 20 2009 with attachments |
| Pla-50 | ispLSI1048C883 Certificate of Conformance signed by R. Henry on December 18 2008 |
| Pla-53 | Email from D. Bennett to S. Roberts dated March 4 2009 |
| Pla-55 | Email from S. de Jaray to S. Roberts dated July 14 2008 |
| Pla-57 | Email from R. Davarpey to S. de Jaray dated January 22 2009 with attachments |
| Pla-58 | U.S. Dept of Homeland Security FOIA Production dated August 16 2017 |
| Pla-59 | Apex Purchase Orders dated December 10 2008 |
| Pla-64 | Handwritten notes from Lattice meeting with the Federal Bureau of Investigation dated January 30 2009 |
| Pla-71 | Email from K. Varga to K. Fredrickson dated August 29 2011 |
| Pla-72 | Email from K. Varga to K. Fredrickson and B. Milstead dated February 5 2010 |
| Pla-74 | Indictment of S. de Jaray and P. de Jaray dated April 29 2010 |
| Pla-76 | Letter from K. Fredrickson to K. Varga dated November 17 2009 |
| Pla-77 | Email from J. Keen to K. Fredrickson dated January 29 2010 with attachments |
| Pla-80 | Email from K. Fredrickson to N. Preshaw dated July 29 2011 with attachments |
| Pla-82 | Email from K. Fredrickson to P. Silvano dated April 26 2013 |
| Pla-83 | Email from K. Fredrickson to S. Mohanty dated May 20 2013 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Pla-84 | Email from K. Fredrickson to B. Milstead and M. Gariepy dated January 21 2011 |
| Pla-87 | Email from K. Fredrickson to N. Preshaw dated August 29 2011 at 1255 PM |
| Pla-91 | Email from K. Fredrickson to K. Varga dated April 27 2011 |
| Pla-92 | Email from K. Fredrickson to B. Milstead dated April 27 2011 |
| Pla-93 | Email from K. Fredrickson to B. Milstead and M. Gariepy dated July 8 2011 |
| Pla-95 | Email from P. Tinling to K. Fredrickson dated January 26 2011 |
| Pla-96 | Email from P. Tinling to K. Fredrickson dated January 10 2011 |
| Pla-100 | Letter from K. Elvin-Jensen to D. Martin dated June 21 2012 with enclosures |
| Pla-101 | Email from B. Milstead to K. Varga dated May 5 2010 |
| Pla-102 | Letter from B. Milstead to the BIS Office of Export Enforcement dated October 29 2010 |
| Pla-103 | Letter from B. Milstead to CBSA dated June 27 2013 |
| Pla-104 | Letter from M. Brunet to B. Milstead dated November 6 2013 |
| Pla-105 | Letter from B. Milstead to M. Brunet dated November 26 2013 |
| Pla-106 | Letter from J. Dupuis to B. Milstead dated December 2 2013 |
| Pla-107 | Email from B. Milstead to K. Fredrickson dated July 21 2011 |
| Pla-109 | Email |
| Pla-113 | Email from K. Fredrickson to B. Burmester copying Y. Lee dated December 7 2012 |
| Pla-160 | Military Test Traveler for IPL1048C-G883 2006 |
| Pla-161 | Military Test Traveler for 22V10D-D883 2005 |
| Pla-174 | Email from S. de Jaray to S. Cerar dated March 23 2009 |
| Pla-175 | Email from J. Allen to K. Fredrickson dated February 22 2010 forwarding email from J. Johannessen to S. Skaggs dated March 28 2006 |
| Pla-177 | Canada Customs Coding Form FedEx Entry Recap Sheet Waybill Manifest December 2008 |
| Pla-184 | Apex Quality Assurance Policy Manual 2003 |
| Pla-185 | Canadian Export Consulting Services Report 2011 |
| Pla-186 | Email from P. Lamoureux to S. de Jaray dated November 19 2013 |
| Pla-188 | Email from S. de Jaray to D. Oswald dated January 12 2009 |
| Pla-193 | Letter from C. Pavlik-Keenan to J. Puracal dated August 16 2017 |
| Pla-195 | Email from H. Swartos dated November 14 2008 attaching November 13 2008 MFD Meeting Minutes |
| Pla-203 | Supplement No. 3 to 15 C.F.R. 732 2008 |
| Pla-205 | IPL1048C-50LGSMD Military Test Traveler 2010 |
| Pla-207 | Email from S. de Jaray to S. Roberts dated December 10 2008 |
| Pla-212 | Lattice Annual 10K Report Fiscal Year 2004 |
| Pla-227 | Press release from CBSA dated May 27 2010 |
| Pla-233 | Lattice Commercial Invoices dated February 4 2009 |
| Pla-237 | Lattice Semiconductor Data Book 1996 |
| Pla-246 | Standard Microcircuit Drawing No. 5969-00538 Revision H 2010 |
| Pla-247 | Standard Microcircuit Drawing No. 5962-17211 2010 |
| Pla-258 | Email from S. de Jaray to D. Oswald dated January 14 2009 with attachments |
| Pla-275 | Summary of Apex Projected Growth |
| Pla-276 | Apex Shareholder Meeting Minutes dated June 23 2008 |
| Pla-277 | Apex Income Statement 20082009 |
| Pla-279 | Memorandum from S. de Jaray to D. Oswald dated January 10 2009 |
| Pla-288 | Email from C. Watson to S. de Jaray dated June 7 2008 |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Pla-292 | Apex Open Accounts Receivable Summary dated March 31 2009 |
| Pla-679 | Declaration of Robert Henry |
| Pla-703 | Apex Financial Statements Year Ended May 31 2005 |
| Pla-709 | Lattice Thermal Management Technical Note September 2019 |
| Pla-710 | Apex Financial Statement dated April 13 2009 |
| Pla-711 | Email from S. de Jaray to D. Oswald dated January 15 2009 |
| Def-306 | Financial Signature Cards |
| Def-307 | BC Securities Commission Order |
| Def-311 | Email J. Keen to Brio Tech |
| Def-314 | Email chain P. de Jaray J. Grace J. Keen |
| Def-315 | Email chain P. de Jaray J. Grace |
| Def-316 | Email J. Grace to S. Roberts |
| Def-317 | Email chain P. de Jaray J. Grace J. Keen S. Roberts |
| Def-318 | Email chain S. de Jaray S. Roberts J. Keen |
| Def-320 | Purchase Order |
| Def-321 | Email J. Keen to C. Cote and S. Roberts and New Order Request Form |
| Def-324 | Email chain S. de Jaray J. Keen |
| Def-325 | Email T. Huffman to S. Skaggs S. Donovan E. Markiewicz M. Baker S. Roberts |
| Def-326 | Email chain S. Roberts J. Keen |
| Def-327 | Pentar letter |
| Def-328 | Email A. Zhang to S. de Jaray P. de Jaray |
| Def-330 | Email chain J. Harvey P. Lamoureux K. Parmar S. de Jaray |
| Def-332 | Email chain S. de Jaray P. de Jaray |
| Def-335 | Email chain S. de Jaray R. Hale P. Lamoureux C. Watson |
| Def-336 | Purchase Orders |
| Def-337 | Purchase Order |
| Def-338 | Email chain S. Fauser S de Jaray B. Burnett P. de Jaray with Invoices |
| Def-340 | Email A. Zhang to S. de Jaray |
| Def-341 | Email S. de Jaray to R. OBrien |
| Def-345 | Email S. de Jaray to J. Keen |
| Def-346 | Purchase Orders |
| Def-348 | Purchase Orders |
| Def-349 | Email P. de Jaray S. de Jaray D. Manz |
| Def-350 | Email chain D. Manz P. de Jaray J. Keen S. de Jaray |
| Def-354 | Email chain D. Manz S. de Jaray P. de Jaray J. Keen with Shipment and Backlog Table |
| Def-357 | Email chain P. de Jaray S. de Jaray J. Keen D. Manz |
| Def-358 | Email chain S. Chandra W. Ng A. Zhang D. Li S. de Jaray I. Ho J Cheung |
| Def-360 | Email chain D. Manz P. de Jaray J. Keen S. de Jaray |
| Def-362 | Waybills Commercial Invoices Export Declarations |
| Def-365 | Email S. de Jaray to J. Neville C. Watson R. Hale S. Letwin |
| Def-366 | Email chain S. de Jaray A. Zhang |
| Def-367 | Standard Microcircuit Drawing |
| Def-371 | Buying Table and Purchase Orders |
| Def-372 | Standard Microcircuit Drawing |

| EXHIBIT | DESCRIPTION |
|---|---|
| Def-373 | Email chain D. Manz R. Giese S. Roberts C. Cote |
| Def-375 | Email chain S. de Jaray D. Manz |
| Def-378 | Apex consolidated financial statement |
| Def-380 | Email chain S. de Jaray I. Ho S. Su |
| Def-381 | Email chain S. de Jaray A. Fassold S. Roberts T. Huffman B. Burnett S. Fauser |
| Def-382 | Email S. Mar to P. de Jaray S. de Jaray J. Lee with BOM |
| Def-386 | Email S de Jaray to S. Roberts A. Fassold |
| Def-393 | Email chain S. de Jaray S. Fauser S. Roberts |
| Def-395 | Email S. de Jaray to S. Fauser S. Roberts B. Burnett D. Reardon R. OBrien M. Walsh |
| Def-396 | Email chain S. de Jaray S. Roberts R. Giese |
| Def-397 | Email S. de Jaray to S. Roberts |
| Def-399 | Email chain S. de Jaray I. Ho A. Liang J. Cheung S. Chandra R. Hale C. Watson |
| Def-401 | Email S. de Jaray to G. Weaver D. Knowles. D. Oswald C. Watson |
| Def-402 | Standard Microcircuit Drawing |
| Def-403 | Email R. Hale to S. de Jaray C. Watson |
| Def-405 | Share Purchase Agreement |
| Def-406 | Email S. de Jaray to P. de Jaray and D. Oswald |
| Def-407 | Email chain S. de Jaray S. Chandra C. Ji A. Zhang I. Ho J. Cheung A. Liang C. Watson |
| Def-409 | Email chain S. de Jaray S. Roberts J. Sakelson |
| Def-411 | Email chain S. de Jaray S. Roberts B. Burnett R. Giese S. Fauser J. Sakelson |
| Def-412 | Email chain S. de Jaray S. Roberts B. Burnett R. Giese S. Fauser J. Sakelson |
| Def-413 | Standard Microcircuit Drawing |
| Def-414 | Standard Microcircuit Drawing |
| Def-416 | Standard Microcircuit Drawing |
| Def-417 | Email chain S. de Jaray R. Giese S. Roberts J. Sakelson S. Fauser B. Burnett |
| Def-420 | Standard Microcircuit Drawing |
| Def-422 | Email S. de Jaray to A. Zhang |
| Def-423 | Purchase Orders |
| Def-426 | Commercial Invoice |
| Def-427 | Certificate of Conformance |
| Def-430 | Email chain P. de Jaray S de Jaray C. Watson J. Clay W. Scott |
| Def-432 | Email chain S. de Jaray D. Bennett S. Roberts |
| Def-435 | Email S. de Jaray to S. Roberts with Table |
| Def-437 | Email D. Oswald to S. de Jaray |
| Def-438 | Purchase Orders |
| Def-441 | Email chain I. Ho S. de Jaray with Purchase Order |
| Def-443 | Email chain S. de Jaray M. Walsh S. Roberts B. Burnett Richard Giese |
| Def-445 | Commercial Invoices Certificates of Conformance Pack List |
| Def-446 | Waybills |
| Def-448 | Waybill and Commercial Invoice |
| Def-449 | Waybill and Commercial Invoice |
| Def-450 | Email J. Sakelson to S. de Jaray R. Giese M. Rhodes S. Roberts |
| Def-453 | Email chain S. de Jaray M. Walsh S. Roberts B. Burnett R. Giese |
| Def-458 | Email chain P. Lamoureux S. de Jaray C. Watson S. Mar C. Baker |

| EXHIBIT | DESCRIPTION |
|---|---|
| Def-463 | Letter S. de Jaray to Canadian Customs |
| Def-474 | Email B. Schonfeld to S. de Jaray |
| Def-476 | Email C. Watson to S. de Jaray |
| Def-478 | |
| Def-481 | Email B. Schonfeld to S. de Jaray |
| Def-482 | Email S. de Jaray to B. Schoenfeld |
| Def-486 | Email chain S. de Jaray M. Walsh |
| Def-489 | Email chain S. Roberts D. Bennett S. de Jaray |
| Def-491 | Email chain S. de Jaray S. Roberts D. Bennett |
| Def-492 | Email chain S. Roberts S. de Jaray |
| Def-493 | Sales Table |
| Def-504-a | Photographs of Apex facility |
| Def-504-b | Photographs of Apex facility |
| Def-504-c | Photographs of Apex facility |
| Def-504-d | Photographs of Apex facility |
| Def-504-e | Photographs of Apex facility |
| Def-504-f | Photographs of Apex facility |
| Def-504-g | Photographs of Apex facility |
| Def-504-h | Photographs of Apex facility |
| Def-510 | Email chain S. de Jaray J. Cheung S. Wang A. Liang I. Ho |
| Def-511 | Canadian Search Report |
| Def-513 | Email R. Hale to C. Watson |
| Def-529 | S. de Jaray Affidavit |
| Def-530 | S. de Jaray Affidavit |
| Def-534 | Bank Records Bank of Montreal Apex-Micro Manufacturing |
| Def-535 | Bank Records HSBC Caliber Component Solutions |
| Def-539 | Bank Records Bank of Montreal |
| Def-554 | Email chain K. Varga P. Lamoureux |
| Def-556 | Fax of K. Varga Affidavit |
| Def-559 | Letter D. Martin to O. Meneguzzi and N. Preshaw |
| Def-563 | Settlement and Consent Order |
| Def-566 | Email chain K. Fredrickson Y. Lee with Data Sheets |
| Def-567 | Email chain K. Fredrickson Y. Lee with Data Sheets |
| Def-568 | Email chain K. Fredrickson Y. Lee with Data Sheets |
| Def-569 | Email chain K. Fredrickson Y. Lee with Data Sheets |
| Def-570 | Email chain K. Fredrickson Y. Lee with Data Sheets |
| Def-571 | Email chain K. Fredrickson Y. Lee with Data Sheets |
| Def-572 | BIS Licensing Decisions |
| Def-582 | My Story by S. de Jaray |
| Def-583 | Email chain S. de Jaray D. Oswald |
| Def-584 | Email chain S. de Jaray D. Oswald |
| Def-603 | Photograph |
| Def-605 | Summary Chart - AGC Appx E |
| Def-606 | Sales Table |

| EXHIBIT | DESCRIPTION |
|---|---|
| Def-608-a | Photographs of detained shipment |
| Def-608-b | Photographs of detained shipment |
| Def-608-c | Photographs of detained shipment |
| Def-608-d | Photographs of detained shipment |
| Def-608-e | Photographs of detained shipment |
| Def-608-f | Photographs of detained shipment |
| Def-608-g | Photographs of detained shipment |
| Def-608-h | Photographs of detained shipment |
| Def-608-i | Photographs of detained shipment |
| Def-609 | Physical exhibit - Ridemaxx Plus 08-09 Touring assembled in box |
| Def-610 | Physical exhibit - Ridemaxx - bag of disassembled components |
| Def-611 | Physical exhibit - Ridemaxx - bag of disassembled components |
| Def-613 | Document Binder B |
| Def-614 | Certificates of Conformance |
| Def-615 | Packing Lists |
| Def-616 | Certificates of Conformance |
| Def-617 | Commercial Invoices |
| Def-618 | Purchase Orders |
| Def-620 | Commercial Invoices |
| Def-622 | Commercial Invoices and Certificates of Conformance |
| Def-623 | Commercial Invoices |
| Def-626 | Commercial Invoices and Waybills |
| Def-627 | Waybills and Commercial Invoices |
| Def-628 | Waybills and Commercial Invoices |
| Def-631 | Waybills and Commercial Invoices |
| Def-632 | Summary Chart - Nancan Orders |
| Def-636 | S. de Jarays Objections and Answers to Lattice First Interrogatories |
| Def-637 | S. de Jarays Responses to Lattice First Interrogatories |
| Def-640 | S. de Jarays Answers to Special Interrogatories |
| Def-644 | S. de Jarays Responses to Lattice Second Interrogatories |
| Def-645 | S. de Jarays Supplemental Responses to Lattice Second Interrogatories |
| Def-660 | Email S. de Jaray P. de Jaray |
| Def-662 | Military test travelers |
| Def-664 | Email Keen to Markiewicz |
| Def-668 | Email S. de Jaray to D. Oswald |
| Def-669 | Email S. de Jaray D. Oswald |
| Def-671 | Federal Register Notice |
| Def-673 | Federal Register Notice |
| Def-676 | Prosecution Brief Canada |