IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **STEVEN A.W. DE JARAY, PERIENNE DE JARAY, DARRELL R. OSWALD**, and **APEX-MICRO MANUFACTURING CORPORATION**,<br><br>              Plaintiffs,<br><br>       v.<br><br>**LATTICE SEMICONDUCTOR CORPORATION**,<br><br>              Defendant. | Case No. 3:19-cv-86-SI<br><br>**JUDGMENT** |

**Michael H. Simon, District Judge.**

This action was tried before a jury from January 30, 2024, through February 15, 2024, U.S. District Judge Michael H. Simon presiding. The Jury has rendered a verdict. ECF 510. Based on the Court's pretrial ruling dismissing the claims of Plaintiffs Perienne de Jaray and Darrell R. Oswald (ECF 452), the Court's ruling under Rule 50(a) dismissing the claims of Plaintiff Steven A.W. de Jaray (ECF 503), and the Verdict of the Jury rejecting the claims of Plaintiff Apex-Micro Manufacturing Corporation,

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant Lattice Semiconductor Corporation against all Plaintiffs.

DATED this 16th day of February, 2024.

>   */s/ Michael H. Simon*
>   Michael H. Simon
>   United States District Judge

PAGE 1 – JUDGMENT