## SCHEDULE A

*Filing Fees*

| Date | Description | Amount (CAD) | Amount (USD) |
|---|---|---:|---:|
| 1/17/2019 | Filing fee for Notice of Removal (*see* ECF 1) | n/a | $400.00 |
| 3/2/2022 | Filing fee for Petition to Enforce Letters Rogatory (Vancouver Supreme Court) | $200.00 | $157.88 |
| 3/29/2022 | Filing fee for Notice of Application (Vancouver Supreme Court) | $80.00 | $63.95 |
| 5/19/2022 | Filing fee for Notice of Application (Vancouver Supreme Court) | $80.00 | $62.46 |
| 5/26/2022 | Filing fee for Notice of Discontinuance (Vancouver Supreme Court) | $7.00 | $5.47 |
| 6/26/2023 | Filing fee for Petition to Enforce Letters Rogatory (Vancouver Supreme Court) | $200.00 | $152.08 |
| 6/28/2023 | Filing fee for Notice of Discontinuance (Vancouver Supreme Court) | $7.00 | $5.28 |
| 6/28/2023 | Filing fee for Petition to Enforce Letters Rogatory (Vancouver Supreme Court) | $200.00 | $150.90 |
| 6/30/2023 | Filing fee for Notice of Application and Information (Ottowa Superior Court) | $243.00 | $183.54 |
| | **TOTAL** | | $1,181.56 |

# U.S. District Court
## District of Oregon (Portland (3))
### CIVIL DOCKET FOR CASE #: 3:19-cv-00086-SI

| | |
|---|---|
| De Jaray et al v. Lattice Semiconductor Corporation | Date Filed: 01/17/2019 |
| Assigned to: Judge Michael H. Simon | Date Terminated: 02/16/2024 |
| Demand: $138,000,000 | Jury Demand: Both |
| Case in other court: Multnomah County Circuit Court, 18CV57494 | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | |

**Plaintiff**

**Steven A.W. De Jaray**   represented by   **Elizabeth K. Bailey**
Stoll Stoll Berne Lokting & Shlachter P.C.
209 SW Oak Street
Suite 500
Portland, OR 97204
503-227-1600
Fax: 503-227-6840
Email: ebailey@stollberne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Isaac Glassman**
White & Case
1221 Avenue of the Americas
New York, NY 10020
212-819-8200
Email: isaac.glassman@whitecase.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua A. Berman**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6062
Email: joshuaberman@paulhastings.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura Logsdon**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6027
Email: lauralogsdon@paulhastings.com
*LEAD ATTORNEY*

                                  Oakland, CA 94607
                                  510-906-4900
                                  Email: wray@nortonlaw.com
                                  *PRO HAC VICE*

<u>Defendant</u>

**John and Jane Does 1-20**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2019 | 1 | Notice of Removal of Case Number 18CV57494 from Multnomah County Circuit Court. Filing Fee in amount of $400 collected. Agency Tracking ID: 0979-5705402 issued. Filer is subject to the requirements of Fed. R. Civ. P. 7.1.. Filed by Lattice Semiconductor Corporation (Attachments: # 1 Exhibit A - Plaintiffs' Complaint, # 2 Exhibit B - State Court Docket). (Scott, Kennon) (Entered: 01/17/2019) |
| 01/17/2019 | 2 | Corporate Disclosure Statement . Filed by Lattice Semiconductor Corporation. (Scott, Kennon) (Entered: 01/17/2019) |
| 01/17/2019 | 3 | Civil Cover Sheet regarding Notice of Removal, 1 . Filed by Lattice Semiconductor Corporation. (Scott, Kennon) (Entered: 01/17/2019) |
| 01/18/2019 | 4 | Notice of Case Assignment to Judge Michael H. Simon and Discovery and Pretrial Scheduling Order. Discovery is to be completed by 5/20/2019. Joint Alternate Dispute Resolution Report is due by 6/17/2019. Pretrial Order is due by 6/17/2019. Ordered by Judge Michael H. Simon. (rs) (Entered: 01/18/2019) |
| 01/23/2019 | 5 | Unopposed Motion for Extension of Time to Answer *Respond to Plaintiffs' Complaint*. Filed by Lattice Semiconductor Corporation. (Scott, Kennon) (Entered: 01/23/2019) |
| 01/25/2019 | 6 | **ORDER -** Defendant Lattice Semiconductor Corporation's Motion for Extension of Time to Answer (ECF 5 ) is GRANTED. Answer or other responsive pleading is due by 2/22/2019. Ordered by Judge Michael H. Simon. (mja) (Entered: 01/25/2019) |
| 02/22/2019 | 7 | Motion to Dismiss . Oral Argument requested. Filed by Lattice Semiconductor Corporation. (Daniels, Brad) (Entered: 02/22/2019) |
| 02/22/2019 | 8 | Declaration of Derek F. Foran *in Support of Defendant Lattice Semiconductor Corporation's Motion to Dismiss*. Filed by Lattice Semiconductor Corporation. (Related document(s): Motion to Dismiss 7 .) (Attachments: # 1 Exhibit 1 - 1/2002 Data Sheet, # 2 Exhibit 2 - 2/1999 Data Sheet, # 3 Exhibit 3 - 10/2009 Email, # 4 Exhibit 4 - Invoices, # 5 Exhibit 5 - Invoices, # 6 Exhibit 6 - Email) (Daniels, Brad) (Entered: 02/22/2019) |
| 02/22/2019 | 9 | Request *for Consideration of Documents Incorporated Into Complaint*. Filed by Lattice Semiconductor Corporation. (Daniels, Brad) (Entered: 02/22/2019) |
| 02/22/2019 | 10 | Motion for Leave to Appear Pro Hac Vice *for Attorney James P. Bennett* . Filing fee in the amount of $300 collected; Agency Tracking ID: 0979-5748453. Filed by Lattice Semiconductor Corporation. (Scott, Kennon) (Entered: 02/22/2019) |
| 02/22/2019 | 11 | Motion for Leave to Appear Pro Hac Vice *for Attorney George C. Harris* . Filing fee in the amount of $300 collected; Agency Tracking ID: 0979-5748469. Filed by Lattice Semiconductor Corporation. (Scott, Kennon) (Entered: 02/22/2019) |
| 02/22/2019 | 12 | Motion for Leave to Appear Pro Hac Vice *for Attorney Robert L. Cortez Webb* . Filing fee in the amount of $300 collected; Agency Tracking ID: 0979-5748486. Filed by Lattice Semiconductor Corporation. (Scott, Kennon) (Entered: 02/22/2019) |

NATHANSON SCHACHTER & THOMPSON LLP
GENERAL ACCOUNT

DATE: March 2, 2022    33503

MINISTER OF FINANCE

**POSTED**

~~RE: APPLICATION OF BANKRUPTCY RE 127431~~

File: 12758-1

Re: Petition

$200.00

**POSTED**

Re: 12758-1

```
VANCOUVER SUPREME COURT
PROVINCE OF BRITISH COLUMBIA
LAW COURTS, 800 SMITHE STREET
VANCOUVER            V6Z2E1

OPER : JONW     UNIT : 06  4  2

02MAR22    Receipt No: 2202362


RISM
PAYMENT   S221692           200.00


TOT. AMOUNT DUE             200.00
AMOUNT TENDERED            -200.00
   CASH              .00
   CHEQUE         200.00
CHANGE                          .00


* DISHONOURED CHEQUE VOIDS RECEIPT *
```

Schedule A
Page 4 of 14

# CHEQUE REQUISITION

DATE:   MARCH 25, 2022          FILE: 12758-1          AMOUNT: $80

PAYABLE TO:   MINISTER OF FINANCE

RE:  NOTICE OF APPLICATION

```
VANCOUVER SUPREME COURT
PROVINCE OF BRITISH COLUMBIA
LAW COURTS, 800 SMITHE STREET
VANCOUVER                V6Z2E1

25MAR22   Receipt No: 2203448
OPER : JONW     UNIT : 06   4   2

RDSA Revenue Documents Supr
PAYMENT    S221692           80.00

TOT. AMOUNT DUE              80.00
AMOUNT TENDERED             -80.00
   CASH              .00
   CHEQUE          80.00
CHANGE                         .00

* DISHONOURED CHEQUE VOIDS RECEIPT *
```

## CHEQUE REQUISIT[ION]

**Date:** May 19, 2022

**File#:** 12758-1

**Amount $:** 80.00

NATHANSON SCHACHTER & THOMPSON LLP
GENERAL ACCOUNT

```
                                      ** GENERAL BALA[NCE]
                                         UNBIL[LED]
                                         A/R B[ALANCE]
DATE    : 19/May/2022
AMOUNT  : $80.00
12758 - Lattice Semiconductor Corporation
PAID TO: Minister of Finance              ** TR[UST]

Alabang
Muntinlupa Ccity                          Trust

                                          TRUST
Philippines
(No GST) Minister of Finance -Notice of Applicat[ion]
```

To reorder call DELUXE® 1.888.669.9944  Use with C740C Envelope

**Signature:**

---

```
VANCOUVER SUPREME COURT
PROVINCE OF BRITISH COLUMBIA
LAW COURTS, 800 SMITHE STREET
VANCOUVER             V6Z2E1

OPER : WRHU       UNIT : 06  4  2

19MAY22    Receipt No: 2206008

RDSA Revenue Documents Supr
PAYMENT    S221692                   80.00

TOT. AMOUNT DUE                      80.00
AMOUNT TENDERED                     -80.00
   CASH                  .00
   CHEQUE              80.00
CHANGE                                 .00

* DISHONOURED CHEQUE VOIDS RECEIPT *
```

.ication re 12758-1

T .. $80.00

ACCOUNT : GENERAL - 1
DATE   .. 19/May/2022
CHE #  .. 33876

33876

**Please Attach Receipt**

Case 3:19-cv-00086-SI   Document 515-1   Filed 03/01/24   Page 7 of 14

| | Page 1 of 1 |
|---|---|
| **Ministry of Attorney General** | |
| **Court Services Online** | |
| **Submission Sheet** | |

| | | | |
|---|---|---|---|
| **Court File #:** | 221692 | **Submitted By:** | Jessica Pinard |
| **Cross Reference #:** | 12758-1 | **Client ID:** | 55391 |
| **Package ID:** | 2981869 | **Account ID:** | 3048 |
| **Date Submitted:** | 26-MAY-2022 10:59 am | | NATHANSON SCHACHTER & THOMPSON LLP |
| | | | 750-900 HOWE STREET |
| | | | VANCOUVER British Columbia |
| | | | V6Z 2M4 |

**Document Summary**

| # | Document Description | Doc Init | Filing Status | Status Date | Payment Status | Fee Exempt | Fee Submitted | Fee Collected |
|---|---|---|---|---|---|---|---|---|
| 1 | Notice of Discontinuance | N | Submitted | 26-MAY-2022 | Not Required | N | $ 0.00 | |

**Transaction Summary**

| Transaction | | Submitted Amount | Processed Amount | ID | Date | Invoice # | Approval Code |
|---|---|---|---|---|---|---|---|
| Package Submission Fee | Payment | $ 0.00 | $ 7.00 | 79677664 | 26-MAY-2022 11:00 AM | 1509478546 | |
| | Total: | | $ 7.00 | | | | |

**Parties**

| Surname/Organization | Given 1 | Given 2 | Given 3 | Case Role |
|---|---|---|---|---|
| | | | | |

Report ID: CEISR045

Printed: 26-MAY-2022 11:00 am

Schedule A



## Court Services Online

**RECEIPT**

**Package ID:** 2981869

Account ID: 3048

Client ID: 55391

**Date:** May 26, 2022

NATHANSON SCHACHTER & THOMPSON LLP
750-900 HOWE STREET
VANCOUVER, BC
V6Z 2M4

## Transaction Summary

Court Case File #: VLC-S-S-221692                Client File #: 12758-1

| Transaction | | Submitted Amount | Fee Exempt | Processed Amount | Transaction ID | Transaction Date |
|---|---|---|---|---|---|---|
| Package Submission Fee | Payment | $ 0.00 | | $ 7.00 | 79677664 | May 26, 2022 |
| | | | Total: | $ 7.00 | | |

This is your official receipt.  Please keep a copy for your records.

```
NATHANSON SCHACHTER & THOMPSON LLP              ** GENERA[REDACTED]

DATE    : 26/Jun/2023

AMOUNT  : $200.00
12758 - Lattice Semiconductor Corporation
PAID TO: Minister of Finance

Alabang
Muntinlupa Ccity

Philippines
(No GST) Minister of Finance - filing petition re:12758-1
```

To reorder call DELUXE® 1.888.669.9944   Use with C740C En

12758-1

18 -162-

**Payable To:**
Minister of Finance

**Re:**
Filing Petition - for JCM / HED via Michele

*POSTED*

**Signature:**

VANCOUVER SUPREME COURT
PROVINCE OF BRITISH COLUMBIA
LAW COURTS, 800 SMITHE STREET
VANCOUVER              V6Z2E1

OPER : JONW      UNIT : 06  6  2

26JUN23    Receipt No: 2310982

RISM Revenue Initiation Supr
PAYMENT    S234589              200.00

TOT. AMOUNT DUE                 200.00
AMOUNT TENDERED                -200.00
    CASH                .00
    CHEQUE           200.00
CHANGE                            .00

* DISHONOURED CHEQUE VOIDS RECEIPT *

Please Attach Receipt

Schedule A
Page 9 of 14

| | | |
|---|---|---|
| **Court File #:** 234589 | **Submitted By:** | RICK Pearson |
| **Cross Reference #:** 12758-1 | **Client ID:** | 73103 |
| **Package ID:** 3328914 | **Account ID:** | 31341 |
| **Date Submitted:** 28-JUN-2023 10:16 am | | Nathanson Schachter & Thompson LLP |
| | | 750 - 900 Howe Street |
| | | Vancouver British Columbia |
| | | V6Z 2M4 |

**Document Summary**

| # | Document Description | Doc Init | Filing Status | Status Date | Payment Status | Fee Exempt | Fee Submitted | Fee Collected |
|---|---|---|---|---|---|---|---|---|
| 1 | Notice of Discontinuance | N | Submitted | 28-JUN-2023 | Not Required | N | $ 0.00 | |

**Transaction Summary**

| Transaction | | Submitted Amount | Processed Amount | ID | Date | Invoice # | Approval Code |
|---|---|---|---|---|---|---|---|
| Package Submission Fee | Payment | $ 0.00 | $ 7.00 | 90400097 | 28-JUN-2023 10:17 AM | 1510565329 | |
| | Total: | | $ 7.00 | | | | |

**Parties**

| Surname/Organization | Given 1 | Given 2 | Given 3 | Case Role |
|---|---|---|---|---|
| | | | | |

Report ID: CEISR045                                              Printed: 28-JUN-2023 10:17 am

Schedule A
Page 10 of 14



## Court Services Online                                                                                                           RECEIPT

**Package ID:** 3328914                                   **Date:** June 28, 2023

Account ID: 31341                                         Nathanson Schachter & Thompson LLP
                                                          750 - 900 Howe Street
Client ID: 73103                                          Vancouver, BC
                                                          V6Z 2M4

## Transaction Summary

Court Case File #: VLC-S-S-234589            Client File #: 12758-1

| Transaction | | Submitted Amount | Fee Exempt | Processed Amount | Transaction ID | Transaction Date |
|---|---|---|---|---|---|---|
| Package Submission Fee | Payment | $ 0.00 | | $ 7.00 | 90400097 | Jun 28, 2023 |
| | | | Total: | $ 7.00 | | |

This is your official receipt.  Please keep a copy for your records.

# CHEQUE REQUISITION

**Date:** June 28, 2023

**File #:** 12758-1

**Amount $:** 200.00

**Payable To:** Minister of Finance

**Re:** File Petition to the Court

```
VANCOUVER SUPREME COURT
PROVINCE OF BRITISH COLUMBIA
LAW COURTS, 800 SMITHE STREET
VANCOUVER            V6Z2E1

OPER : WUSA        UNIT : 06  4  2

28JUN23   Receipt No: 2311122

RISM Revenue Initiation Supr
PAYMENT    S234653              200.00

TOT. AMOUNT DUE                 200.00
AMOUNT TENDERED                -200.00
    CASH                .00
    CHEQUE           200.00
    CHANGE                         .00

* DISHONOURED CHEQUE VOIDS RECEIPT *
```

POSTED

NATHANSON SCHACHTER & THOMPSON LLP

```
** GENERAL

DATE    : 28/Jun/2023

AMOUNT  : $200.00
12758 - Lattice Semiconductor Corporation
PAID TO: Minister of Finance

Alabang
Muntinlupa City

Philippines
(No GST) Minister of Finance - file petition re:12758-1
```



# Confirmation

Thank you for submitting document(s) through the Portal for filing and/or issuance with the Superior Court of Justice in your civil (or Divisional Court) proceeding.

You will be notified by the Court Registrar about whether your document(s) have been accepted for filing and/or issuance. This notice will be sent to you by email **within 5 business days.** Your credit/debit card will only be charged once the filing has been accepted. If you used Interac Online to pay a court filing fee, your account has already been debited.

If your documents are rejected, you will receive an email from the court office to tell you they have not been filed, the reason(s) for the rejection, and confirming that your credit/debit card has not been charged. **If you used Interac Online to pay a court filing fee, your money will be refunded within 30 days.**

If you need to file or issue documents for a court hearing that is 5 business days or less away or you need to meet a timeline for a step in the proceeding established by legislation, court rules, court practice direction or a court order and the timeline is 5 business days or less away, your request may not be processed in time. Contact the court office for more information.

Please ensure that your computer system can accept emails from the court (for example, by adjusting your spam filter to ensure that you receive all emails from court staff with "@ontario.ca" addresses). If you are expecting an email and have not received one, please check your junk mail folder before contacting the court office.

**Submitted to the Superior Court of Justice in**

Ottawa

**Confirmation number**

1599981

**Document(s) submitted**

- Form 14E: Notice of Application
- Form 14F: Information for Court Use

**Payment reference number**

26498654

**Payment method**

VISA

**Credit card number**

************8018

**Date and time**

30-Jun-2023 09:24 AM

**Total fee**

$243.00

**Client internal file name and/or file number**

1 / 2

Schedule A
Page 13 of 14

15871

Case specific questions and questions about your submission should be directed to the court office where your documents were submitted.

You can find a list of [courthouse addresses and phone numbers](#) on the Ministry of the Attorney General's website.

To help us improve our services, please provide us with feedback on your online experience. The information collected is for research purposes only. Your responses are completely confidential.

[Rate Our Service](#)