**SCHEDULE B**

*Fees for Service of Process*

| Date | Person/Entity Served | Vendor | Invoice No. | Amount Invoiced (CAD) | Amount Claimed (CAD) | Amount Invoiced (USD) | Amount Claimed (USD) |
|---|---|---|---|---|---|---|---|
| 5/11/2020 | FedEx Corp. | One Legal | 12366286 | | | $32.00 | $32.00 |
| 5/20/2020 | U.S. Atty's Office | One Legal | 12372783 | | | $84.00 | $84.00 |
| 5/28/2020 | U.S. Dept. Homeland Security (attempt) | One Legal | 12380737 | | | $84.00 | $84.00 |
| 5/28/2020 | U.S. BIS (attempt) | One Legal | 12380740 | | | $84.00 | $84.00 |
| 6/23/2020 | U.S. Dept. Homeland Security - ICE (attempt) | One Legal | 12415900 | | | $84.00 | $84.00 |
| 6/23/2020 | Federal Bureau of Investigation (attempt) | One Legal | 12415897 | | | $204.00 | $84.00 |
| 6/24/2020 | Federal Bureau of Investigation | One Legal | 12417787 | | | $104.00 | $84.00[1] |
| 8/31/2020 | Harley-Davidson, Inc. | Specialized | P181975 | | | $260.00 | $235.00 |
| 11/30/2020 | Maloney Lauersdorf Reiner PC | Specialized | P183406 | | | $495.00 | $470.00 |

[1] Invoice No. 12417787 reflects $104.00 in charges for "one day" process serving, which is understood to reflect a non-itemized surcharge for expedited service. One Legal's standard service charge of $84.00 (as reflected in other invoices herein) is sought to be recovered.

| 11/30/2020 | BHB Services | Specialized | P183407 | | | $545.00 | $470.00 |
|---|---|---|---|---|---|---|---|
| 11/30/2020 | Baker Hostetler | Specialized | P183463 | | | $235.00 | $235.00 |
| 11/30/2020 | Davis Wright Tremaine | Specialized | P183464 | | | $235.00 | $235.00 |
| 9/30/2021 | U.S. BIS | Specialized | P188771 | | | $275.00 | $250.00 |
| 9/30/2021 | Brent Burmester | Specialized | P188772 | | | $77.97 | $73.75 |
| 9/30/2021 | Eileen Albanese | Specialized | P188773 | | | $77.97 | $73.75 |
| 8/3/2022 | Cynthia Watson | Ontime | 1590 | $97.13 | $97.13 | $75.57 | $75.57 |
| 6/26/2023 | Robert Rodgers | Nationwide | 531116 | | | $397.43 | $387.43 |
| 6/21/2023 | Randy Wood | Nationwide | 531160 | | | $474.57 | $372.17 |
| 7/6/2023 | Spencer Mar | West Coast | T662604-1 | $211.05 | $211.05 | $158.12 | $158.12 |
| 7/6/2023 | Sunita Chandra (attempt) | West Coast | T662604-2 | $211.05 | $211.05 | $158.12 | $158.12 |
| 7/17/2023 | Susan Chipman | West Coast | T662604-4 | $292.01 | $292.01 | $221.43 | $221.43 |
| 7/31/2023 | Sunita Chandra (attempt) | West Coast | 239-779635 | $416.59 | $416.59 | $316.15 | $316.15 |
| 7/31/2023 | Heather States | West Coast | T662604-3 | $786.19 | $760.99[2] | $596.64 | $577.52 |
| 9/13/2023 | Qing (April) Zhang | Canadian | 172669 | $231.99 | $231.99 | $171.21 | $171.21 |
| 9/15/2023 | Sunita Chandra (attempt) | Action | 205468 | $414.75 | $414.75 | $306.62 | $306.62 |

[2] For invoice no. T662604-3, a CA$10.00 fee for "Document Scan" and a CA$14.00 fee for "Mail – Regular" are not claimed, for a reduced pre-tax total of CA$724.75.  The 5% sales tax reflected in the invoice has been applied to that reduced amount.

| 9/20/2023 | Sunita Chandra | Action | 277164 | $320.25 | $292.74[3] | $238.59 | $218.09 |
|---|---|---|---|---|---|---|---|
| **TOTAL** | | | | | | $5,991.39 | $5,540.93 |

---

[3] For invoice no. 277164, a CA$16.20 fee for "5% surcharge" and a CA$10.00 fee for "Phone calls and Emails" are not claimed, for a reduced pre-tax total of CA$278.80.  The 5% sales tax reflected in the invoice has been applied to that reduced amount.



# Invoice

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

| Date | 5/11/2020 |
| --- | --- |
| Customer | 0000303 |
| Invoice | 12366286 |
| Due Date | 6/25/2020 |
| Terms | Net 45 |
| Amount Due | $32.00 |

| Bill To |
| --- |
| Morrison & Foerster<br>Mary Beaudrow<br>425 Market Street<br>32nd Floor<br>San Francisco CA 94105 |

| Order Number | 14668182 |
| --- | --- |
| Billing Code | 71296-0000007-23981 |
| Case Number | 3:19-cv-00086-SI |
| Court Transaction Number | |
| Contact | Dara Pilgrim |
| Attorney | none |
| Case Title | Steven A.W. De Jaray v Lattice Semiconductor Corporation |
| Documents | General/Other, Subpoena for Production of Business Records, Attachment |
| Court | United States District Court, District of Oregon |
| Assignment Details | Subpoena Service - FedEx Corporation |

| ONE LEGAL FEES | AMOUNT |
| --- | --- |
| Service on a Registered Agent (CT or CSC) | $32.00 |
| Process Serving Area Surcharge | $0.00 |
| **SUBTOTAL** | **$32.00** |

| FEES SUMMARY | AMOUNT |
| --- | --- |
| One Legal Fees | $32.00 |
| **TOTAL BILLED** | **$32.00** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).



**Invoice**

| | |
|---|---|
| **Date** | 5/20/2020 |
| **Customer** | 0000303 |
| **Invoice** | 12372783 |
| **Due Date** | 7/4/2020 |
| **Terms** | Net 45 |
| **Amount Due** | $84.00 |

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

| **Bill To** |
|---|
| Morrison & Foerster |
| Mary Beaudrow |
| 425 Market Street |
| 32nd Floor |
| San Francisco CA 94105 |

| | |
|---|---|
| Order Number | 14708837 |
| Billing Code | 71296-0000007-23981 |
| Case Number | 3:19-cv-00086-SI |
| Court Transaction Number | |
| Contact | Dara Pilgrim |
| Attorney | Robert Webb |
| Case Title | Steven A.W. De Jaray, Perienne De Jaray, and Darre v Lattice Semiconductor Corporation |
| Documents | Subpoena |
| Court | United States District Court, District of Oregon |
| Assignment Details | Subpoena Service - United States Attorney's Office |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Process Serving Area Surcharge | $0.00 |
| Process Serving - Two Day | $84.00 |
| **SUBTOTAL** | **$84.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $84.00 |
| **TOTAL BILLED** | **$84.00** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).

Schedule B



# Invoice

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

| Date | 5/28/2020 |
|------|-----------|
| **Customer** | 0000303 |
| **Invoice** | 12380737 |
| **Due Date** | 7/12/2020 |
| **Terms** | Net 45 |
| **Amount Due** | $84.00 |

| **Bill To** |
|-------------|
| Morrison & Foerster |
| Mary Beaudrow |
| 425 Market Street |
| 32nd Floor |
| San Francisco CA 94105 |

| Order Number | 14708857 |
|---|---|
| Billing Code | 71296-0000007-23891 |
| Case Number | 3:19-cv-00086-SI |
| Court Transaction Number | |
| Contact | Dara Pilgrim |
| Attorney | Robert Webb |
| Case Title | S.A.W. De Jaray, et al. v Lattice Semiconductor Corporation |
| Documents | Subpoena for Production of Business Records |
| Court | United States District Court, District of Oregon |
| Assignment Details | Non-Service - United States Department of Homeland Security |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Process Serving Area Surcharge | $0.00 |
| Additional Service Attempts - Two Day | $84.00 |
| **SUBTOTAL** | **$84.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $84.00 |
| **TOTAL BILLED** | **$84.00** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).



# Invoice

| | |
|---|---|
| **Date** | 5/28/2020 |
| **Customer** | 0000303 |
| **Invoice** | 12380740 |
| **Due Date** | 7/12/2020 |
| **Terms** | Net 45 |
| **Amount Due** | $84.00 |

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

| **Bill To** |
|---|
| Morrison & Foerster
Mary Beaudrow
425 Market Street
32nd Floor
San Francisco CA 94105 |

| | |
|---|---|
| Order Number | 14708873 |
| Billing Code | 71296-0000007-23981 |
| Case Number | 3:19-cv-00086-SI |
| Court Transaction Number | |
| Contact | Dara Pilgrim |
| Attorney | Robert Webb |
| Case Title | Steven A.W. De Jaray, Perienne De Jaray, and Darre v Lattice Semiconductor Corporation |
| Documents | Subpoena for Production of Business Records |
| Court | United States District Court, District of Oregon |
| Assignment Details | Non-Service - Department of Commerce- Bureau of Industry and Security, |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Process Serving Area Surcharge | $0.00 |
| Additional Service Attempts - Two Day | $84.00 |
| **SUBTOTAL** | **$84.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $84.00 |
| **TOTAL BILLED** | **$84.00** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).



# Invoice

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

| Date | 6/23/2020 |
|---|---|
| Customer | 0000303 |
| Invoice | 12415900 |
| Due Date | 8/7/2020 |
| Terms | Net 45 |
| Amount Due | $84.00 |

| Bill To |
|---|
| Morrison & Foerster
Mary Beaudrow
425 Market Street
32nd Floor
San Francisco CA 94105 |

| Order Number | 14708858 |
|---|---|
| Billing Code | 71296-0000007-23891 |
| Case Number | 3:19-cv-00086-SI |
| Court Transaction Number | |
| Contact | Dara Pilgrim |
| Attorney | Robert Webb |
| Case Title | S.A.W. De Jaray, et al. v Lattice Semiconductor Corporation |
| Documents | Subpoena |
| Court | United States District Court, District of Oregon |
| Assignment Details | Non-Service - Department of Homeland Security- U.S. Immigration and Customs Enforcement |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Process Serving Area Surcharge | $0.00 |
| Additional Service Attempts - Two Day | $84.00 |
| **SUBTOTAL** | **$84.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $84.00 |
| **TOTAL BILLED** | **$84.00** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).



# Invoice

| | |
|---|---|
| **Date** | 6/23/2020 |
| **Customer** | 0000303 |
| **Invoice** | 12415897 |
| **Due Date** | 8/7/2020 |
| **Terms** | Net 45 |
| **Amount Due** | $204.00 |

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

**Bill To**
Morrison & Foerster
Mary Beaudrow
425 Market Street
32nd Floor
San Francisco CA 94105

| | |
|---|---|
| Order Number | 14708838 |
| Billing Code | 71296-0000007-23981 |
| Case Number | 3:19-cv-00086-SI |
| Court Transaction Number | |
| Contact | Dara Pilgrim |
| Attorney | Robert Webb |
| Case Title | Steven A.W. De Jaray, Perienne De Jaray, and Darre v Lattice Semiconductor Corporation |
| Documents | Subpoena for Production of Business Records |
| Court | United States District Court, District of Oregon |
| Assignment Details | Non-Service - Federal Bureau of Investigation |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Process Serving Area Surcharge | $120.00 |
| Additional Service Attempts - Two Day | $84.00 |
| **SUBTOTAL** | **$204.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $204.00 |
| **TOTAL BILLED** | **$204.00** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).



# Invoice

| | |
|---|---|
| **Date** | 6/24/2020 |
| **Customer** | 0000303 |
| **Invoice** | 12417787 |
| **Due Date** | 8/8/2020 |
| **Terms** | Net 45 |
| **Amount Due** | $104.00 |

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

| **Bill To** |
|---|
| Morrison & Foerster
Mary Beaudrow
425 Market Street
32nd Floor
San Francisco CA 94105 |

| | |
|---|---|
| Order Number | 14740121 |
| Billing Code | 71296-0000007-23981 |
| Case Number | 3:19-cv-00086-SI |
| Court Transaction Number | |
| Contact | Dara Pilgrim |
| Attorney | Robert Webb |
| Case Title | A.W. De Jaray, Perienne De Jaray, and Darrell R. O v Lattice Semiconductor Corporation |
| Documents | Subpoena to Produce Document |
| Court | United States Bankruptcy Court, District of Oregon |
| Assignment Details | Subpoena Service - Federal Bureau of Investigations |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Process Serving Area Surcharge | $0.00 |
| Process Serving - One Day | $104.00 |
| **SUBTOTAL** | **$104.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $104.00 |
| **TOTAL BILLED** | **$104.00** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).

PROCESS INVOICE

**Specialized Legal Services**
P.O. Box 77141, San Francisco, CA 94107-0141
Phone: (415) 357-0500 ~ Fax: (415) 357-0595

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | August 31, 2020 | P181975 |

Bill To:

**Morrison & Foerster LLP**
**Tina M. Hernandez**
**425 Market Street**
**San Francisco, CA 94105**

File No: **71296-7-14995**
Servee: **Harley-Davidson, Inc. - Registered Agent: CT Corporation System**
Case No: **19-CV-00086-SI**
Plaintiff: **S.A.W. de Jaray, P. de Jaray, and D.R. Oswald**
Defendant: **Lattice Semiconductor Corp.**

**Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Cover Letter Dated August 27, 2020**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Affiliate Rate 4 | | | 235.00 |
| Do Today | | | 25.00 |

**Description: Servee: Harley-Davidson, Inc. - Registered Agent: CT Corporation System, served @301 S Bedford Street, Suite 1 Madison, WI, 53703 on 8/28/2020 at 12:00 PM**

**Completed on 08/28/2020**

| | TOTAL DUE | $ 260.00 |
|---|---|---|

Thank you for choosing Specialized Legal Services!
For billing inquiries, please contact our Accounting Department at (415) 357-0500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | August 31, 2020 | P181975 |

Remit To:

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107-0141

**TOTAL DUE:**   $ 260.00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO **Specialized Legal Services**

Schedule B
Order#:P181975/INVOICEP

**Specialized Legal Services**
P.O. Box 77141, San Francisco, CA 94107-0141
Phone: (415) 357-0500 ~ Fax: (415) 357-0595

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | November 30, 2020 | P183406 |

Bill To:

**Morrison & Foerster LLP**
**Tina M. Hernandez**
**425 Market Street**
**San Francisco, CA 94105**

File No: **71296-7-14995**
Servee: **MALONEY LAUERSDORF REINER PC**
Case No: **19-CV-00086-SI**
Plaintiff: **S.A.W. DE JARAY, P. DE JARAY AND D.R. OSWALD**
Defendant: **LATTICE SEMICONDUCTOR CORP.**

Documents: LETTER DATED NOVEMBER 13, 2020 FROM ROBERT L. CORTEZ WEBB; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Affiliate Rate 6 | | | 235.00 |
| Affiliate Rate 6 | | | 235.00 |
| Rush - 25 | | | 25.00 |

Description: Servee: MALONEY LAUERSDORF REINER PC, served @1111 E. Burnside Street, Suite 300 Portland, OR, 97214 on 11/16/2020 at 2:55 PM

Completed on 11/16/2020

| | TOTAL DUE | $ 495.00 |
|---|---|---|

Thank you for choosing Specialized Legal Services!
For billing inquiries, please contact our Accounting Department at (415) 357-0500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | November 30, 2020 | P183406 |

Remit To:

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107-0141

**TOTAL DUE:** $ 495.00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO **Specialized Legal Services**

Schedule B
Order#: P183406/INVOICEP

**Specialized Legal Services**
P.O. Box 77141, San Francisco, CA 94107-0141
Phone: (415) 357-0500 ~ Fax: (415) 357-0595

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | November 30, 2020 | P183407 |

Bill To:

**Morrison & Foerster LLP**
**Tina M. Hernandez**
**425 Market Street**
**San Francisco, CA 94105**

File No: **71296-7-14995**
Servee: **BHB SERVICES (OREGON) C/O BULLIVANT HOUSER**
**BAILEY PC - REGISTERED AGENT**
Case No: **19-CV-00086-SI**
Plaintiff: **S.A.W. DE JARAY AND D.R. OSWALD**
Defendant: **LATTICE SEMICONDUCTOR CORP.**

Documents: LETTER DATED NOVEMBER 13, 2020 FROM ROBERT L. CORTEZ WEBB; SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Affiliate Rate 6 | | | 235.00 |
| Do Today | | | 25.00 |
| Do Today | | | 25.00 |
| Rush - 25 | | | 25.00 |
| Affiliate Rate 6 | | | 235.00 |

Description: Servee: BHB SERVICES (OREGON) C/O BULLIVANT HOUSER BAILEY PC -
REGISTERED AGENT, served @1 SW COLUMBIA STREET, SUITE 800 PORTLAND, OR, 97204
on 11/13/2020 at 3:18 PM

Completed on 11/13/2020

| | TOTAL DUE | $ 545.00 |
|---|---|---|

Thank you for choosing Specialized Legal Services!
For billing inquiries, please contact our Accounting Department at (415) 357-0500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | November 30, 2020 | P183407 |

Remit To:

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107-0141

**TOTAL DUE:**        **$  545.00**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO **Specialized Legal Services**

**Specialized Legal Services**
P.O. Box 77141, San Francisco, CA 94107-0141
Phone: (415) 357-0500 ~ Fax: (415) 357-0595

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | November 30, 2020 | P183463 |

Bill To:

**Morrison & Foerster LLP**
**Tina M. Hernandez**
**425 Market Street**
**San Francisco, CA 94105**

File No: **71296-7-14995**
Servee: **BAKER HOSTETLER**
Case No: **19-CV-00086-SI**
Plaintiff: **S.A.W. DE JARAY, P. DE JARAY AND D.R. OSWALD**
Defendant: **LATTICE SEMICONDUCTOR CORP.**

Documents: LETTER DATED NOVEMBER 17, 2020 FROM ROBERT L. CORTEZ WEBB; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Affiliate Rate 6** | | | **235.00** |
| Description: Servee: BAKER HOSTETLER, served @Key Tower, 127 Public Square, Suite 2000 Cleveland, OH, 44114 on 11/24/2020 at 2:29 PM<br><br>Completed on 11/24/2020 | | | |
| | | **TOTAL DUE** | **$ 235.00** |

Thank you for choosing Specialized Legal Services!
For billing inquiries, please contact our Accounting Department at (415) 357-0500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | November 30, 2020 | P183463 |

Remit To:

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107-0141

**TOTAL DUE:**   **$ 235.00**

**1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.**

**2. MAKE CHECKS PAYABLE TO Specialized Legal Services**

**Specialized Legal Services**
P.O. Box 77141, San Francisco, CA 94107-0141
Phone: (415) 357-0500 ~ Fax: (415) 357-0595

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | November 30, 2020 | P183464 |

Bill To:

**Morrison & Foerster LLP**
**Tina M. Hernandez**
**425 Market Street**
**San Francisco, CA 94105**

File No: **71296-7-14995**
Servee: **DAVIS WRIGHT TREMAINE**
Case No: **19-CV-00086-SI**
Plaintiff: **S.A.W. DE JARAY, P. DE JARAY AND D.R. OSWALD**
Defendant: **LATTICE SEMICONDUCTOR CORP.**

**Documents: LETTER DATED NOVEMBER 17, 2020 FROM ROBERT L. CORTEZ WEBB; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Affiliate Rate 6** | | | **235.00** |
| **Description: Servee: DAVIS WRIGHT TREMAINE, served @920 5th Avenue, Suite 3300 Seattle, WA, 98104 on 11/18/2020 at 1:13 PM** **Completed on 11/18/2020** | | | |
| | | **TOTAL DUE** | **$ 235.00** |

Thank you for choosing Specialized Legal Services!
For billing inquiries, please contact our Accounting Department at (415) 357-0500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | November 30, 2020 | P183464 |

Remit To:

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107-0141

**TOTAL DUE:** | **$ 235.00**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO **Specialized Legal Services**

**Specialized Legal Services**
P.O. Box 77141, San Francisco, CA 94107-0141
Phone: (415) 357-0500 ~ Fax: (415) 357-0595

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | September 30, 2021 | P188771 |

Bill To:

**Morrison & Foerster LLP**
**ANTONIO RAMOS**
**425 Market Street**
**San Francisco, CA 94105**

File No: **71296-0000007**
Servee: **DEPARTMENT OF COMMERCE -- BUREAU OF INDUSTRY AND SECURITY, C/O GENERAL COUNSEL, U.S. DEPARTMENT OF COMMERCE**
Case No: **19-CV-00086-SI**
Plaintiff: **S.A.W. de Jaray, P. de Jaray and D.R. Oswald**
Defendant: **Lattice Semiconductor Corp.**

Documents: LETTER DATED AUGUST 31, 2021 FROM DEREK FORAN; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT; JOINT STIPULATION AND PROTECTIVE ORDER

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Affiliate Rate 6 | | | 235.00 |
| Do Today | | | 25.00 |
| Pages - Fax/Email1 | 60.00 | .00 | 15.00 |

Description: Servee: DEPARTMENT OF COMMERCE -- BUREAU OF INDUSTRY AND SECURITY, C/O GENERAL COUNSEL, U.S. DEPARTMENT OF COMMERCE, served @1401 CONSTITUTION AVE NW, ROOM 5890 WASHINGTON, DC, 20230 on 9/3/2021 at 11:00 AM

Completed on 09/03/2021

| | | TOTAL DUE | $ 275.00 |
|---|---|---|---|

Thank you for choosing Specialized Legal Services!
For billing inquiries, please contact our Accounting Department at (415) 357-0500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | September 30, 2021 | P188771 |

Remit To:

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107-0141

TOTAL DUE: | **$ 275.00** |

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO **Specialized Legal Services**

PROCESS INVOICE

**Specialized Legal Services**
P.O. Box 77141, San Francisco, CA 94107-0141
Phone: (415) 357-0500 ~ Fax: (415) 357-0595

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | September 30, 2021 | P188772 |

Bill To:

**Morrison & Foerster LLP**
**ANTONIO RAMOS**
**425 Market Street**
**San Francisco, CA 94105**

File No: **71296-0000007**
Servee: **SPECIAL AGENT BRENT BURMESTER, BUREAU OF INDUSTRY AND SECURITY, U.S. DEPARTMENT OF COMMERCE, C/O GENERAL COUNSEL**
Case No: **19-CV-00086-SI**
Plaintiff: **S.A.W. de Jaray, P. de Jaray and D.R. Oswald**
Defendant: **Lattice Semiconductor Corp.**

Documents: LETTER DATED AUGUST 31, 2021 FROM DEREK FORAN; SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT; JOINT STIPULATION AND PROTECTIVE ORDER

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Fee Advance | 42.24 | .00 | |
| Check Charge | 42.24 | .00 | 4.22 |
| Additional Service | | | 60.00 |
| Pages - Fax/Email1 | 55.00 | .00 | 13.75 |

Description: Servee: SPECIAL AGENT BRENT BURMESTER, BUREAU OF INDUSTRY AND SECURITY, U.S. DEPARTMENT OF COMMERCE, C/O GENERAL COUNSEL, served @1401 CONSTITUTION AVE NW, ROOM 5890 WASHINGTON, DC, 20230 on 9/3/2021 at 11:00 AM

Completed on 09/03/2021

| | TOTAL DUE | $77.97 |
|---|---|---|

Thank you for choosing Specialized Legal Services!
For billing inquiries, please contact our Accounting Department at (415) 357-0500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | September 30, 2021 | P188772 |

Remit To:

**Specialized Legal Services, Inc.**
**P.O. Box 77141**
**San Francisco, CA 94107-0141**

**TOTAL DUE:**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO **Specialized Legal Services**

Schedule B

Order# P188772/INVOICEP

**Specialized Legal Services**
P.O. Box 77141, San Francisco, CA 94107-0141
Phone: (415) 357-0500 ~ Fax: (415) 357-0595

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | September 30, 2021 | P188773 |

Bill To:

**Morrison & Foerster LLP**

**ANTONIO RAMOS**

**425 Market Street**

**San Francisco, CA 94105**

File No: **71296-0000007**

Servee: **DIRECTOR EILEEN ALBANESE, OFFICE OF NATIONAL SECURITY AND TECHNOLOGY TRANSFER CONTROLS, OR HER DESIGNEE C/O GENERAL COUNSEL**

Case No: **19-CV-00086-SI**

Plaintiff: **S.A.W. de Jaray, P. de Jaray and D.R. Oswald**

Defendant: **Lattice Semiconductor Corp.**

**Documents: LETTER DATED AUGUST 31, 2021 FROM DEREK FORAN; SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT; JOINT STIPULATION AND PROTECTIVE ORDER**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Fee Advance | 42.24 | .00 | |
| Check Charge | 42.24 | .00 | 4.22 |
| Additional Service | | | 60.00 |
| Pages - Fax/Email1 | 55.00 | .00 | 13.75 |

**Description: Servee: DIRECTOR EILEEN ALBANESE, OFFICE OF NATIONAL SECURITY AND TECHNOLOGY TRANSFER CONTROLS, OR HER DESIGNEE C/O GENERAL COUNSEL, served @1401 CONSTITUTION AVE NW, ROOM 5890 WASHINGTON, DC, 20230 on 9/3/2021 at 11:00 AM**

**Completed on 09/03/2021**

| | |
|---|---|
| TOTAL DUE | $77.97 |

Thank you for choosing Specialized Legal Services!
For billing inquiries, please contact our Accounting Department at (415) 357-0500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| MOFO | September 30, 2021 | P188773 |

Remit To:

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107-0141

**TOTAL DUE:**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO **Specialized Legal Services**

Order: P188773/INVOICEP

12458 1

**Ontime Solutions Ltd.**
Box 577, Stn A
Nanaimo BC  V9R5L5
info@ontimesolutionsltd.ca
GST/HST Registration No.:
778715607RT0001



**ONTIME SOLUTIONS LTD.**
PROCESS SERVING AND DOCUMENT FILING

# INVOICE

**BILL TO**
Nathanson, Schachter &
Thompson LLP
750 - 900 Howe Street
Vancouver B.C.  V6Z 2M4

**INVOICE #** 1590
**DATE** 09/03/2022
**DUE DATE** 08/04/2022
**TERMS** Net 30

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 08/03/2022 | Service - Nanaimo | 1 | 90.00 | 90.00 |
| 08/03/2022 | mailing fee | 1 | 2.50 | 2.50 |

Cynthia Gale Watson

| | |
|---|---|
| SUBTOTAL | 92.50 |
| GST @ 5% | 4.63 |
| TOTAL | 97.13 |
| BALANCE DUE | **$97.13** |

TAX SUMMARY

| RATE | TAX | NET |
|------|-----|-----|
| GST @ 5% | 4.63 | 92.50 |

Payment methods:
- etransfer to: info@ontimesolutionsltd.ca (please include invoice number)
- cheque payable to Ontime Solutions Ltd.
- direct deposit (please contact for info)





**INVOICE**
*FED TAX ID #93-0943448*

**NATIONWIDE PROCESS SERVICE, INC**
315 W Mill Plain Blvd, Suite 206 • Vancouver, WA 98660
**(503) 241-0636**



*363424*

SCHWABE WILLIAMSON & WYATT
1211 SW 5th Ave., Ste. 1900
Portland, OR 97204

| | |
|---|---|
| Invoice No. | **531116** |
| Client ID: | **117** |
| Matter No. | **138204-266358** |
| Contact: | **Samantha Burnside** |

| | |
|---|---|
| Received: | 06/21/2023 |
| Court: | United States District Court |
| Case No. | 3:19-cv-00086-SI |
| Plaintiff: | Steven A. W. de Jaray, et al. |
| Defendant: | Lattice Semiconductor Corporation et al. |
| Serve: | Robert W. Rodgers |

---

Instructions/Service Report:

*** RUSH *** Serve within 24 Hours!

Address attempted: 1795 Watkins Road, Freeland, WA 98249

Robert Rodgers has been deceased for 18 months per his widow, Jill Rodgers.

---

| | |
|---|---|
| Date Completed: | 06/26/2023 |
| Type of Service: | File/Job Closed |

Charges:

| | |
|---|---|
| Fee Advance Handling | $10.00 |
| Rush Service/Mileage/Time/Attempts | $385.00 |
| Copies | $2.43 |
| SUBTOTAL: | $397.43 |
| **TOTAL DUE:** | **$397.43** |

Invoices not paid within 30 days are subject to a 0.75% monthly finance charge (9% annually)





**NATIONWIDE PROCESS SERVICE, INC**

315 W Mill Plain Blvd, Suite 206 • Vancouver, WA 98660

**(503) 241-0636**

**INVOICE**

*FED TAX ID #93-0943448*



**\*363423\***

| | |
|---|---|
| SCHWABE WILLIAMSON & WYATT | |
| 1211 SW 5th Ave., Ste. 1900 | |
| Portland, OR 97204 | |

| | |
|---|---|
| Invoice No. | **531160** |
| Client ID: | **117** |
| Matter No. | **138204-266358** |
| Contact: | **Samantha Burnside** |

| | |
|---|---|
| Received: | 06/21/2023 |
| Court: | United States District Court |
| Case No. | 3:19-cv-00086-SI |
| Plaintiff: | Steven A. W. de Jaray, et al. |
| Defendant: | Lattice Semiconductor Corporation et al. |
| Serve: | Randolph K. Wood |

**Instructions/Service Report:**

\*\*\* RUSH \*\*\* Serve within 24 Hours!

Service effected at 4429 115th Avenue SE, Snohomish, WA 98290

| | |
|---|---|
| Date Completed: | 06/28/2023 @ 6:50 PM |
| Type of Service: | PERSONAL |

**Service address:**

4429 115th Avenue SE

Snohomish, WA 98290

Charges:

| | |
|---|---|
| Witness Fee Advance | $92.40 |
| Fee Advance Handling | $10.00 |
| Rush Service | $369.20 |
| Copies | $2.97 |
| | |
| SUBTOTAL: | $474.57 |
| **TOTAL DUE:** | **$474.57** |

Invoices not paid within 30 days are subject to a 0.75% monthly finance charge (9% annually)



# WEST COAST
## Title Search Ltd.

*"Serving the Legal profession since 1969"*

**info@wcts.com**

www.wcts.com

| | | |
|---|---|---|
| **Account #:** NAT090 | **Contact:** Rick Pearson | SRT-V-O1 |
| **Firm:** Nathanson Schachter & Thompson | **Phone:** 604 662 8840 | |
| **Address:** 900 Howe St - Suite 750 | **Fax:** 604 684 1598 | 11:00 NSq-( |
| Vancouver,BC | **Email:** rpearson@nst.ca | |
| V6Z 2M4 | | 2:00 RI-OC |

**FILE REF:** 127584 -1

Date: 06/30/2023   NC   Run

| **Vancouver  :  Service** | **INVOICE #:T662604-1** |
|---|---|

**Court Registry:** VANCOUVER  **Action # :** S234653

**Service Information**  SERVED PERSONALLY

**Date of Service:** Jul 04, 2023       **Time:** 2:29 p.m.
**Person Accepting:** SPENCER MAR
**Served at Address:** 52 5888 144 Street, Surrey, BC



| Description | Non-Taxable Disb. | Taxable Disb. | Taxable Fees |
|---|---|---|---|
| Affidavit | 0.00 | 0.00 | 46.00 |
| Surrey/Langley | 0.00 | 0.00 | 155.00 |
| | | | |
| **SUBTOTALS** | 0.00 | 0.00 | 201.00 |
| | | TAXABLE TOTAL | 201.00 |
| | | GST 105630594RT | 10.05 |
| | | NON -TAXABLE  TOTAL | 0.00 |
| | | **Total** Thank You | 211.05 |

SEE TERMS AND CONDITIONS ON REVERSE
PLEASE REMIT PAYMENT TO OUR NEW WESTMINSTER
OFFICE

Date   06 | 07 | 23   CN
**DD    MM    YY**

Schedule B
Page 22 of 32



# WEST COAST
## Title Search Ltd.

*"Serving the Legal profession since 1969"*

**info@wcts.com**

www.wcts.com

| | | | |
|---|---|---|---|
| **Account #:** | NAT090 | **Contact:** Rick Pearson | SRT-V-O1 |
| **Firm:** | Nathanson Schachter & Thompson | **Phone:** 604 662 8840 | |
| **Address:** | 900 Howe St - Suite 750 | **Fax:** 604 684 1598 | 11:00 NSq-( |
| | Vancouver,BC | **Email:** rpearson@nst.ca | |
| | V6Z 2M4 | | 2:00 RI-OC |

**FILE REF:** 127584~1

Date: 06/30/2023   NC   Run

**Vancouver  :  Service**

**INVOICE #: T662604-2**

Court Registry: VANCOUVER  **Action # :** S234653

**Service Information**   SERVED PERSONALLY

**Date of Service:** Jul 04, 2023      **Time:** 8:11p.m.
**Person Accepting:** SUNITA CHANDRA
**Served at Address:** 9153 140 Street, Surrey, BC



| Description | Non-Taxable Disb. | Taxable Disb. | Taxable Fees |
|---|---|---|---|
| Affidavit | 0.00 | 0.00 | 46.00 |
| Surrey/Langley | 0.00 | 0.00 | 155.00 |
| | | | |
| **SUBTOTALS** | 0.00 | 0.00 | 201.00 |
| | | TAXABLE TOTAL | 201.00 |
| | | GST 105630594RT | 10.05 |
| | | NON -TAXABLE  TOTAL | 0.00 |
| | | **Total** Thank You | 211.05 |

SEE TERMS AND CONDITIONS ON REVERSE
PLEASE REMIT PAYMENT TO OUR NEW WESTMINSTER
OFFICE

Date   06 | 07 | 23   CN
DD | MM | YY

99 Sixth Street, **New Westminster**, BC  Canada  V3L 5H8   Tel: 604-659-8600   1-800-553-1936   Fax: 604-525-2593
840 Howe St – Suite 100, **Vancouver**, BC  Canada  V6Z 2L2   Tel: 604-659-8700   1-800-806-2788   Fax: 604-682-5793
1207 Douglas St – Suite 512, **Victoria**, BC  Canada  V8W 2E7   Tel: 250-405-6000   1-800-667-7787   Fax: 250-383-1614



# WEST COAST
## Title Search Ltd.

*"Serving the Legal profession since 1969"*

**info@wcts.com**

www.wcts.com

| | | | | |
|---|---|---|---|---|
| **Account #:** | NAT090 | **Contact:** | Rick Pearson | SRT-V-O1 |
| **Firm:** | **Nathanson Schachter & Thompson** | **Phone:** | 604 662 8840 | RECEIVED |
| **Address:** | 900 Howe St - Suite 750 | **Fax:** | 604 684 1598 | JUL 17 2023 |
| | Vancouver,BC | **Email:** | rpearson@nst.ca | 11:00 NSq-( |
| | V6Z 2M4 | | | 2:00 RI-OC |

**FILE REF:** 127584

Date: 06/30/2023    NC    Run

**Vancouver  :    Out of Area Services**

**INVOICE #: T662604-4**

**Court Registry:** VANCOUVER  **Action # :** S234653

**Service Information**   SERVED PERSONALLY

**Date of Service:** Jul 06, 2023        **Time:** 5:00 p.m.
**Person Accepting:** SUSAN CHIPMAN
**Served at Address:** 2552 Lower Road, Roberts Creek, B.C.

**Case Notes:**
07/17/2023 - 10:12:16 AM - VP
MILEAGE: 6 KM @ 0.85 / KM

**Case Notes:**
07/17/2023 - 12:01:37 PM - VP
2 COURIERS: One to send service out to Agent, and one to recieve the Affidavit

| Description | Non-Taxable Disb. | Taxable Disb. | Taxable Fees |
|---|---|---|---|
| Service - BC | 0.00 | 60.00 | 65.00 |
| Affidavit | 0.00 | 70.00 | 0.00 |
| Arrange Courier | 0.00 | 39.00 | 39.00 |
| Mileage | 0.00 | 5.10 | 0.00 |
| **SUBTOTALS** | 0.00 | 174.10 | 104.00 |

| | |
|---|---|
| TAXABLE TOTAL | 278.10 |
| GST 105630594RT | 13.91 |
| NON -TAXABLE  TOTAL | 0.00 |
| **Total** | **292.01** |
| **Thank You** | |

SEE TERMS AND CONDITIONS ON REVERSE
PLEASE REMIT PAYMENT TO OUR NEW WESTMINSTER
OFFICE

Date   17 | 07 | 23    VP
        **DD   MM   YY**

99 Sixth Street,  **New Westminster**, BC  Canada   V3L 5H8   Tel: 604-659-8600   1-800-553-1936   Fax: 604-525-2593
840 Howe St – Suite 100,  **Vancouver**, BC  Canada   V6Z 2L2   Tel: 604-659-8700   1-800-806-2788   Fax: 604-682-5793
1207 Douglas St – Suite 512,  **Victoria**, BC  Canada   V8W 2E7   Tel: 250-405-6000   1-800-667-776   Fax: 250-405-1614



# WEST COAST
## Title Search Ltd.

*"Serving the Legal profession since 1969"*

**info@wcts.com**

www.wcts.com

| | | | |
|---|---|---|---|
| **Account #:** | NAT090 | **Contact:** Jirry Liu | SRT-V-O1 |
| **Firm:** | **Nathanson Schachter & Thompson** | **Phone:** 604 662 8840 | |
| **Address:** | 900 Howe St - Suite 750 | **Fax:** 604 684 1598 | 11:00 NSq-( |
| | Vancouver,BC | **Email:** jliu@nst.ca | |
| | V6Z 2M4 | | 2:00 RI-OC |

| | |
|---|---|
| **FILE REF:** 12758-1 Personal Service on: Sunita Chandra | Date: 07/19/2023   JS    Email |
| **Vancouver  :  Service** | **INVOICE #: 239-779635** |

**Court Registry:** VANCOUVER  **Action # :** S-234653

**Service Information**   RETURN - NOT SERVED

**Case Notes:**
07/28/2023 - 04:08:26 PM - CN
ATTEMPTED SERVICE - SUNITA CHANDRA
Cancel and shred requested by Jirry via email July 28, 2023
07/31/2023 - 09:30:30 AM - CN
*Copies 421



| Description | Non-Taxable Disb. | Taxable Disb. | Taxable Fees |
|---|---|---|---|
| Copies | 0.00 | 0.00 | 241.75 |
| Surrey/Langley | 0.00 | 0.00 | 155.00 |
| **SUBTOTALS** | 0.00 | 0.00 | 396.75 |

| | |
|---|---|
| TAXABLE TOTAL | 396.75 |
| GST 105630594RT | 19.84 |
| NON -TAXABLE  TOTAL | 0.00 |
| **Total** **Thank You** | 416.59 |

**SEE TERMS AND CONDITIONS ON REVERSE**
**PLEASE REMIT PAYMENT TO OUR NEW WESTMINSTER OFFICE**

| Date | 31 | 07 | 23 | CN |
|---|---|---|---|---|
| | **DD** | **MM** | **YY** | |

99 Sixth Street,  **New Westminster**, BC  Canada  V3L 5H8    Tel: 604-659-8600    1-800-553-1936   Fax: 604-525-2593
840 Howe St – Suite 100,  **Vancouver**, BC  Canada  V6Z 2L2    Tel: 604-659-8700    1-800-806-2788   Fax: 604-683-5793
1207 Douglas St – Suite 512,  **Victoria**, BC  Canada  V8W 2E7    Tel: 250-405-6000    1-800-667-7767   Fax: 250-381-1614



# West Coast
## Title Search Ltd.

*"Serving the Legal profession since 1969"*

**info@wcts.com**
**www.wcts.com**

| | | | | | |
|---|---|---|---|---|---|
| **Account #:** | NAT090 | **Contact:** | Rick Pearson | | SRT-V-O1 |
| **Firm:** | Nathanson Schachter & Thompson | **Phone:** | 604 662 8840 | | |
| **Address:** | 900 Howe St - Suite 750 | **Fax:** | 604 684 1598 | | 11:00 NSq-O |
| | Vancouver,BC | **Email:** | rpearson@nst.ca | | |
| | V6Z 2M4 | | | | 2:00 RI-OC |

**FILE REF:** 127584 | **Date:** 06/30/2023   NC   Run

**Vancouver   :   Out of Area Services** | **INVOICE #:** T662604-3

**Court Registry:** VANCOUVER  **Action # :** S234653

**Service Information**     SERVED PERSONALLY

**Date of Service:** Jul 21, 2023          **Time:** 6:15 p.m.
**Person Accepting:** HEATHER STATES
**Served at Address:** 460 surge Narrow Road, Quadra Island, BC

**Case Notes:**
07/31/2023 - 10:52:54 AM - VP
249 COPIES

| Description | Non-Taxable Disb. | Taxable Disb. | Taxable Fees |
|---|---|---|---|
| Service - BC | 0.00 | 498.00 | 65.00 |
| Document Scan | 0.00 | 0.00 | 10.00 |
| Copies | 0.00 | 113.75 | 0.00 |
| Arrange Courier | 0.00 | 48.00 | 0.00 |
| Mail - Regular | 0.00 | 0.00 | 14.00 |
| **SUBTOTALS** | 0.00 | 659.75 | 89.00 |

| | |
|---|---|
| TAXABLE TOTAL | 748.75 |
| GST 105630594RT | 37.44 |
| NON -TAXABLE  TOTAL | 0.00 |
| **Total**  **Thank You** | 786.19 |

**SEE TERMS AND CONDITIONS ON REVERSE**
**PLEASE REMIT PAYMENT TO OUR NEW WESTMINSTER OFFICE**

Date   31 | 07 | 23   VP
DD   MM   YY

99 Sixth Street, **New Westminster,** BC Canada   V3L 5H8   Tel: 604-659-8600   1-800-553-1936   Fax: 604-525-2593
840 Howe St – Suite 100, **Vancouver,** BC Canada   V6Z 2L2   Tel: 604-659-8700   1-800-806-2788   Fax: 604-682-5793
1207 Douglas St – Suite 512, **Victoria,** BC Canada   V8W 2E7   Tel: 250-405-6000   1-800-667-7767   Fax: 250-383-1614



Remit to:
Canadian Process Serving Inc.
142 Catharine Street South
Hamilton, Ontario  L8N 2J8
C A N A D A

Lax O'Sullivan Lisus Gottlieb
145 King Street W., Suite 2750
Toronto, ON  M5H 1J8
ATTN:Sarah Yee

# Invoice

| Date | Invoice # |
|------|-----------|
| 2023-09-13 | 172669 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Service(s) | 1 | 75.00 | 75.00 |
| Attempt(s) | 1 | 30.00 | 30.00 |
| Km's Travelled | 102 | 0.85 | 86.70 |
| Fuel Surcharge | 1 | 5.00 | 5.00 |
| Administration Fee | 1 | 5.00 | 5.00 |
| Copies \| Scans | 5 | 0.50 | 2.50 |
| Postage / Courier | | 1.10 | 1.10 |
| RE: Lattice vs Zhang | | | |
| Served Qing ( April ) Zhang July 21 2023. | | | |
| Invoice sent by email and posted Sept 23 2023. | | | |
| CE. | | | |

| Sales Tax Summary | HST (ON)@13.0% | 26.69 | |
|-------------------|----------------|-------|---|
| e. & o.e. | Total Tax | 26.69 | |

| You have earned 1 point with this file please make sure you enter it on your rewards form! | **Total** | **$231.99** |
|---|---|---|

GST/HST No.  123720773

Phone:  905-529-2770  |  Fax:  905-529-7583
Email:  serve@canadianprocessserving.com  |  Web:  canadianprocessserving.com



# INVOICE 205468   9/15/2023

**1230 - 777 Hornby Street**
**Vancouver, BC  V6Z 1S4**
**Tel: 604.682.7378    Fax: 604.682.4369**
**admin@actionprocess.ca**

| Invoice To |
|---|
| Nathanson Schacter & Thompson LLP |
| 750 - 900 Howe Street |
| Vancouver, B.C. V6Z 2M4 |
| Contact and File No. |
| **Jirry : 12758-1** |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Service on Sunita Chandra | | | |
| Super Rush Fee | | 45.00 | 45.00 |
| Out of Town Disbursement : Chilliwack | | 290.00 | 290.00 |
| Handling Fee | | 60.00 | 60.00 |

See attached Workorder for attempts and calls.

| | |
|---|---|
| Sub-Total | $395.00 |
| GST Total | $19.75 |
| TOTAL | $414.75 |

Member of National Association of Professional Proces
Servers - Service Anywhere
TERMS NET 30 DAYS. Interest 1.5% monthly (19.5% per
annum compounded) each month overdue after 60 days.

GST No. R100042175

Schedule B

# ACTION PROCESS SERVING LTD.

**604-682-SERV**
(604-682-7378)
fax 604-682-4369

**WORK ORDER**
~~277329~~

1230 - 777 HORNBY STREET,
VANCOUVER, B.C., CANADA V6Z 1S4
NEW SERVICES: services@actionprocess.ca • INQUIRIES: admin@actionprocess.ca

**DOCUMENTS TO SERVE:** (INCLUDE AMOUNT OF CONDUCT MONEY IF APPLICABLE)

Letter, Petition to the
Court, Affidavit

**FIRM NAME & ADDRESS:** Nathanson, Schachter and Thompson LLP.

**DATE:** Sept 13, 2023

**CONTACT:** Jerry Liu

**PHONE NO.:** (604) 662-8840

**EMAIL:**

**CASE:** Lattice

**FILE NO.:** 12758-1

☑ RUSH    **LAST DAY TO SERVE:** Sept 13

**PARTIES TO SERVE:** (INCLUDING NAME, ADDRESS & SPECIAL INSTRUCTIONS)

Sunita Chandra.
306-46150 Bole Ave
Chilliwack, BC

**OFFICE USE ONLY**

**PARTY WILL BE:** ☐ EVASIVE  ☐ CO-OPERATIVE  ☐ UNKNOWN

**SERVICE REPORT:** (FOR PROCESS SERVER USE)

Does not live in chilliwack, now
in Surrey and won't be available
this evening
new address: 10876 130th, Surrey.

Sept 14, close file transfer
to in town.
workorder 277164.

| | | $ |
|---|---|---|
| SERVICES @ | | $ |
| SERVICES @ | | $ |
| AFFIDAVITS @ | | $ |
| KILOMETERS @ | | $ |
| HOURS @ | | $ |
| LOCATES 1 @ 45.00 | | $ 45.00 |
| RUSH | | $ |
| SURCHARGES | | $ |
| MISC. | | $ |
| DISBURSEMENTS doc pull/check | | $ 290.00 |
| HANDLING 1 @ 60.00 | | $ 60.00 |
| **SUB TOTAL:** | | $ 395.00 |
| H.S.T./G.S.T. NO. R100042175 | | $ 19.75 |
| NON TAXABLE DISBURSEMENTS | | $ |
| **TOTAL** | | $ 414.75 |

**Affidavit of Service** ☐ YES ☐ NO

**PRE-PAYMENT:**

**DATE BILLED:** Sept 14, 2023

**THANK YOU**

WEBSITE: www.actionprocess.ca • Member of National Association of Professional Process Servers-Service



# INVOICE  277164   9/20/2023

**1230 - 777 Hornby Street**
**Vancouver, BC  V6Z 1S4**
**Tel: 604.682.7378    Fax: 604.682.4369**
**admin@actionprocess.ca**

SEP 2 6 2023
RECEIVED

| Invoice To |
| --- |
| Nathanson Schacter & Thompson LLP<br>750 - 900 Howe Street<br>Vancouver, B.C. V6Z 2M4 |
| Contact and File No. |
| **Jirry : 12758-1** |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| Service on Sunita Chandra | | | |
| Service Fee - Individual | 1 | 55.00 | 55.00 |
| Affidavit of Service - commissioned / Certificate of Service | 1 | 30.00 | 30.00 |
| Kilometres charged | 30 | 0.85 | 25.50 |
| Hours billed | 0.75 | 120.00 | 90.00 |
| Super Rush Fee | | 45.00 | 45.00 |
| 5% Surcharge | | 16.20 | 16.20 |
| Phone calls and Emails | | 10.00 | 10.00 |
| Photocopies | 456 | 0.15 | 68.40 |
| | | | |
| 5% Surcharge | | | 0.00 |
| Preferred Client Discount | | -35.10 | -35.10 |

See attached Workorder for attempts and calls.

Member of National Association of Professional Proces Servers - Service Anywhere
TERMS NET 30 DAYS. Interest 1.5% monthly (19.5% per annum compounded) each month overdue after 60 days.

| | |
| --- | --- |
| **Sub-Total** | **$305.00** |
| **GST Total** | **$15.25** |
| **TOTAL** | **$320.25** |

GST No. 819004217S

**ACTION PROCESS SERVING LTD.**

604-682-SERV
(604-682-7378)
fax 604-682-4369

**WORK ORDER**
277164

1230 - 777 HORNBY STREET,
VANCOUVER, B.C., CANADA  V6Z 1S4
NEW SERVICES: services@actionprocess.ca • INQUIRIES: admin@actionprocess.ca

**FIRM NAME & ADDRESS:** Nathanson Schacter & Thompson LLP.

**DATE:** Sept 14, 2023

**CONTACT:** Jiny Liu.

**PHONE NO.:** (604) 662-8840

**EMAIL:**

**CASE:** Lattice

**FILE NO.:** 12758-1

**DOCUMENTS TO SERVE:** (INCLUDE AMOUNT OF CONDUCT MONEY IF APPLICABLE)

- Letter
- Petition to the court.
- Affidavit

☒ RUSH  **LAST DAY TO SERVE:** tonight  Sept 14

**PARTIES TO SERVE:** (INCLUDING NAME, ADDRESS & SPECIAL INSTRUCTIONS)

Sunita Chandra
10876 130th Street
Surrey, BC.
DOB Oct 29, 1985
(604) 953 0195

**OFFICE USE ONLY:** Ask if she will accept service via email - include in AOS

**PARTY WILL BE:** ☐ EVASIVE  ☐ CO-OPERATIVE  ☐ UNKNOWN

**SERVICE REPORT:** (FOR PROCESS SERVER USE)

Ⓓ Served Sept 14, 23 @
6:27pm.
See Deans notes

| | | | | | |
|---|---|---|---|---|---|
| SERVICES | 1 | @ | | $ | 55.00 |
| SERVICES | | @ | | $ | |
| AFFIDAVITS | 1 | @ | | $ | 30.00 |
| KILOMETERS | 30 | @ | 0.85 | $ | 25.50 |
| HOURS | 3/4 | @ | 120.00 | $ | 90.00 |
| LOCATES | | @ | | $ | |
| RUSH | 5 | @ | | $ | 45.00 |
| SURCHARGES | S/C | @ | | $ | 16.20 |
| | cell | | | $ | 10.00 |
| MISC. | copies 456 | | | $ | 68.40 |
| OUT OF TOWN SERVICES DISBURSEMANTS: | | | | $ | 340.00 |
| HANDLING | | @ | | $ | t.j 135.00 |

| | | |
|---|---|---|
| **SUB TOTAL:** | $ | 315.00 |
| H.S.T. / G.S.T. NO. R100042175 | $ | 15.25 |
| NON TAXABLE DISBURSEMENTS | $ | |
| **TOTAL** | $ | 320.25 |

**Affidavit of Service** ☐ YES ☐ NO

**PRE-PAYMENT:**

**DATE BILLED:** 20 Sep, 23

**THANK YOU** TSH

WEBSITE: www.actionprocess.ca • Member of National Association of Professional Process Servers-Service

**Vanessa Actionprocess**

| | |
|---|---|
| **From:** | Dean Actionprocess |
| **Sent:** | September 15, 2023 5:39 AM |
| **To:** | Vanessa Actionprocess |
| **Cc:** | jliu@nst.ca |
| **Subject:** | NST 277164 File / 127581. |

Sunita Chandra
10876- 130 St
Surrey

Att Sept 14, 5:05pm N/a door l/m waiting . Two males arrive basement they confirm she lives here drives black BMW

Called # 953 0195 land line 3x l/m voicemail

6:10pm I leave .

6:22pm She calls home now .

Served Sept 14, 6:27pm

She confirms her email & we can email her future correspondence

Sent client email

Super Rush x1

Cell x4

1 hour wait

Dean Price
604 786-1433
Action Process Serving LTD.
1230- 777 Hornby Street
Vancouver BC. V6Z- 1S4

Due to travel time on the road serving documents response times may vary . If your matter is urgent pls email to admin@actionprocess.ca

To initiate any new service requests pls email to Services@actionprocess.ca