## SCHEDULE C-2

### *Court Reporter's Transcript Fees*

| Date(s) | Description | Reporter | Invoice Date | Amount |
|---|---|---|---|---|
| 6/28/2021 | Discovery hearing | D. Apodaca | 6/30/2021 | $418.60 |
| 3/31/2022 | Discovery hearing | D. Apodaca | 4/6/2022 | $408.20 |
| 4/27/2022 | Scheduling conference | D. Apodaca | 5/19/2022 | $140.65 |
| 6/21/2023 | Status conference | D. Apodaca | 8/4/2023 | $147.15 |
| 1/18/2024-2/15/2024 | Pretrial hearings and trial dailies (deposit) | D. Apodaca | 1/16/2024 | $15,000.00 |
| 1/18/2024-2/15/2024 | Pretrial hearings and trial dailies (balance) | D. Apodaca | 2/16/2024 | $24,330.40 |
| **TOTAL** | | | | $40,445.00 |

138204\266358\JWR\45132681.1

Apodaca Dennis



**Invoice #000110**

# Transcript in de Jaray, et al. vs. Lattice, et al.

I appreciate your prompt attention.  Thank you.

| **Bill To** | **Invoice Details** | **Payment** |
|---|---|---|
| Antonio Ramos | PDF created June 30, 2021 | Due June 30, 2021 |
| ARamos@mofo.com | $418.60 | $418.60 |

| Item | Quantity | Price | Amount |
|---|---|---|---|
| Transcript of proceedings held June 28, 2021 | 1 | $418.60 | $418.60 |
| Subtotal | | | $418.60 |

## Total Paid $418.60

**Payments**

| Jun 30, 2021 (Visa 6748) | $418.60 |
|---|---|



**View online**

Page 1 of 1

**To view your invoice go to https://gosq.me/u/BLBIZyTw**

Or open your camera on your mobile device, and place the code on the left within the camera's view.

INVOICE

TO:      Nelo Keith Lang @ Morrison Foerster

FROM:    Dennis Apodaca, Official Court Reporter
         1000 SW Third Avenue, Room 301
         Portland, OR   97204

RE:      Invoicing for transcript in De Jaray v. Lattice

         Transcript of proceedings held March 31, 2022

         3:19-cv-00086-SI

DATE:    April 6, 2022


------------------------------------------------------------

Transcript of proceedings held on March 31, 2021,

before Judge Michael H. Simon



Total due                              $408.20

------------------------------------------------------

```
                              INVOICE

TO:      Nelo Keith Lang @ Morrison Foerster

FROM:    Dennis Apodaca, Official Court Reporter
         1000 SW Third Avenue, Room 301
         Portland, OR  97204
RE:      Invoicing for transcript in De Jaray v. Lattice
         Transcript of proceedings held March 31, 2022
         3:19-cv-00086-SI


DATE:    May 19, 2022


--------------------------------------------------------------

Transcript of proceedings held on April 27, 2021,

before Judge Michael H. Simon




Total due                            $140.65

-------------------------------------------------------
```

INVOICE

TO:        Blanche Niksich @ Schwabe, Williamson & Wyatt

FROM:      Dennis Apodaca, Official Court Reporter
           1000 SW Third Avenue, Room 301
           Portland, OR  97204

           dennis_apodaca@ord.uscourts.gov

RE:        Invoicing for transcripts in
           de Jaray, et al. v. Lattice Semiconductor, et al.
           19-cv-00086-SI

DATE:      August 4, 2023

-------------------------------------------------------------

Transcription of the following hearings before Judge Simon:


           Status conference hearing held June 21, 2023

           27 pages @ 5.45


           Total due                        $147.15

--------------------------------------------------------------

Thank you.

```
                         INVOICE

   TO:       Samantha Burnside @ Schwabe, Williamson & Wyatt

   FROM:     Dennis Apodaca, Official Court Reporter
             1000 SW Third Avenue, Room 301
             Portland, OR  97204

             dennis_apodaca@ord.uscourts.gov

   RE:       Invoicing for rough draft transcripts in
             de Jaray, et al. v. Lattice Semiconductor,
             et al.; 19-cv-00086-SI

   DATE:     January 16, 2024

   -----------------------------------------------------------

   -

   Transcription of the following hearings before Judge

   Simon:

           Deposit for rough draft transcripts (pdf and

   txt files for pretrial proceedings to be held January 18,

   January 19, January 24; trial proceedings to be begin

   January 30, 2024, for approximately three weeks before

   Judge Michael H. Simon.


           Total deposit requested:    $15,000.00

   ----------------------------------------------------------

   Thank you.
```

```
                        INVOICE

TO:       Samantha Burnside @ Schwabe Williamson & Wyatt

FROM:     Dennis Apodaca, Official Court Reporter
          1000 SW Third Avenue, Room 301
          Portland, OR  97204

          dennis_apodaca@ord.uscourts.gov

RE:       Invoicing for rough draft transcripts in
          de Jaray, et al. v. Lattice Semiconductor,
          et al.; 19-cv-00086-SI

DATE:     February 16, 2024

-----------------------------------------------------------

-

Transcription of the following hearings before Judge
Simon:


Pretrial hearings held Jan. 18 & 19, 2024:    1,288.60

(279 pages)

Trial (rough and realtime files) held

Jan. 29 through February 15, 2024:            38,041.80

(4,047 pages)

          Total:                              39,330.40

          Minus deposit previous paid    -    15,000,00


          Total due:                          $24,330.40

----------------------------------------------------------

Thank you.
```