**SCHEDULE E**

*Witness Fees/Expenses*

| Testimony Date(s) | Witness, Residence | Att. Fee | Mileage | Travel Expenses | Subsistence | Legal Fees | Total Fee |
|---|---|---|---|---|---|---|---|
| 8/9/2023 | Randy Wood<br>Snohomish, WA | $40.00 | $52.40 | | | | $92.40 |
| 9/13/2023 | Heather States<br>Quadra Island, BC, Canada | | | | | $13,860.00[1] | $13,860.00 |
| 11/4/2023 | Sunita Chandra<br>Surrey, BC, Canada | | | | | $4,620.00 | $4,620.00 |
| 11/7/2023 | Susan Chipman<br>Roberts Creek, BC, Canada | | | | | $11,640.00 | $11,640.00 |
| 11/29/2023 | Qing (April) Zhang<br>Ottowa, ON, Canada | | | | | $11,460.00 | $11,460.00 |
| 2/8/2024<br>2/9/2024 | Jacob Baker<br>Las Vegas, NV | $80.00 | | $1,167.85 | $452.00 | | $1,699.85 |
| 2/12/2024 | Ryan Fayhee<br>Washington, DC | $40.00 | | $2,145.30 | $226.00 | | $2,411.30 |

---

[1] For Ms. States, Lattice does not seek to recover for 12.5 hours of time billed for her counsel to travel to and from the deposition. (*See* 9/17/2023 and 9/19/2023 block billing entries.) At $600/hour, this amounts to a deduction of $7,500 from Ms. States' total fees of $21,360, leaving $13,860.

| 2/13/2024 | Jennifer Marietta-Westberg Washington, DC | $40.00 | | $2,422.89 | $226.00 | | $2,688.89 |
|---|---|---|---|---|---|---|---|
| **TOTAL** | | | | | | | $48,472.44 |



**NATIONWIDE PROCESS SERVICE, INC**

315 W Mill Plain Blvd, Suite 206 • Vancouver, WA 98660

**(503) 241-0636**

**INVOICE**

*FED TAX ID #93-0943448*

*363423*

**SCHWABE WILLIAMSON & WYATT**
1211 SW 5th Ave., Ste. 1900
Portland, OR 97204

| | |
|---|---|
| Invoice No. | **531160** |
| Client ID: | **117** |
| Matter No. | **138204-266358** |
| Contact: | **Samantha Burnside** |

| | |
|---|---|
| Received: | 06/21/2023 |
| Court: | United States District Court |
| Case No. | 3:19-cv-00086-SI |
| Plaintiff: | Steven A. W. de Jaray, et al. |
| Defendant: | Lattice Semiconductor Corporation et al. |
| Serve: | Randolph K. Wood |

---

Instructions/Service Report:

*** RUSH *** Serve within 24 Hours!

Service effected at 4429 115th Avenue SE, Snohomish, WA 98290

---

| | |
|---|---|
| Date Completed: | 06/28/2023 @ 6:50 PM |
| Type of Service: | PERSONAL |

Service address:

4429 115th Avenue SE

Snohomish, WA 98290

Charges:

| | |
|---|---|
| Witness Fee Advance | $92.40 |
| Fee Advance Handling | $10.00 |
| Rush Service | $369.20 |
| Copies | $2.97 |
| | |
| SUBTOTAL: | $474.57 |
| **TOTAL DUE:** | **$474.57** |

Invoices not paid within 30 days are subject to a 0.75% monthly finance charge (9% annually)

# INVOICE

 GAW | POE LLP

Invoice # 1462
Date: 09/26/2023
Due On: 10/26/2023

# Gaw | Poe LLP

4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
United States

Heather States

## 1243-00426-States

## De Jaray v. Lattice deposition

### Services

| Type | Date | Description | Quantity | Attorney | Rate | Total |
|------|------|-------------|----------|----------|------|-------|
| Service | 08/14/2023 | Call with D. Foran re States depo (.3); review letter rogatory and BC order and propose dates with client (.5). | 0.80 | Mark Poe | $600.00 | $480.00 |
| Service | 08/22/2023 | Exchange comms with D. Foran and De Jaray counsel re States deposition scheduling. | 0.20 | Mark Poe | $600.00 | $120.00 |
| Service | 08/23/2023 | Exchange email with client re depo notice and making arrangements. | 0.30 | Mark Poe | $600.00 | $180.00 |
| Service | 08/29/2023 | Call with counsel for de Jaray re States depo. | 0.60 | Mark Poe | $600.00 | $360.00 |
| Service | 08/31/2023 | Zoom with D. Foran re materials for States deposition (1.5); call with H. States re same (.3); call with D. Foran re same (.1); reply to Berman email re States representation (.1). | 2.00 | Mark Poe | $600.00 | $1,200.00 |
| Service | 09/05/2023 | Review binder of tabbed docs from D. Foran (1.1); select docs to discuss with H. States and relay D. Foran questions re same (1.6). | 2.70 | Mark Poe | $600.00 | $1,620.00 |
| Service | 09/06/2023 | Review additional docs from D. Foran describing interviews of H. States. | 0.30 | Mark Poe | $600.00 | $180.00 |
| Service | 09/07/2023 | Prepare for and hold call with H. States re binder docs from D. Foran (1.0); call with D. Foran re same (.2). | 1.20 | Mark Poe | $600.00 | $720.00 |

| Service | 09/17/2023 | Flight to Seattle (6.0); meet with H. States at SeaTac and discuss re depo prep (4.3). | 10.30 | Mark Poe | $600.00 | $6,180.00 |
| Service | 09/18/2023 | Meet with H. States to review binder of tabbed documents from D. Foran and general depo preparation (3.8); meet with D. Foran to discuss same (1.5). | 5.30 | Mark Poe | $600.00 | $3,180.00 |
| Service | 09/19/2023 | Attend H. States deposition (5.4); return travel and exchange texts with D. Foran re H. States trial attendance (6.5). | 11.90 | Mark Poe | $600.00 | $7,140.00 |

|  | | | | **Quantity Subtotal** | | **35.6** |
|  | | | | **Services Subtotal** | | **$21,360.00** |

**Expenses**



## Detailed Statement of Account



Please make all amounts payable to: Gaw | Poe LLP

Please pay within 30 days.

# INVOICE

 GAW | POE LLP

Invoice # 1492
Date: 11/07/2023
Due On: 12/07/2023

# Gaw | Poe LLP

4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
United States

Sunita Chandra

## 1246-00430-Chandra

## Lattice deposition.

### Services

| Type | Date | Description | Quantity | Attorney | Rate | Total |
|------|------|-------------|----------|----------|------|-------|
| Service | 10/14/2023 | Phone call with S. Chandra re prep for deposition. | 0.90 | Mark Poe | $600.00 | $540.00 |
| Service | 10/20/2023 | Review Chandra notice of deposition and email client re same and logistics (.4); review service docs and prep docs from D. Foran (.6). | 1.00 | Mark Poe | $600.00 | $600.00 |
| Service | 10/29/2023 | Prepare for depo prep call with S. Chandra (.5); Zoom with S. Chandra re same (1.0); exchange texts with D. Foran re same (.2). | 1.70 | Mark Poe | $600.00 | $1,020.00 |
| Service | 11/04/2023 | Meet with S. Chandra to prepare for deposition (3.0); attend deposition and confer with D. Foran afterward (1.1). | 4.10 | Mark Poe | $600.00 | $2,460.00 |



**Expenses**



# Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

Please make all amounts payable to: Gaw | Poe LLP

Please pay within 30 days.

**Illovsky & Calia LLP**
1611 Telegraph Ave Ste 806
Oakland, CA 94612-2147
Phone: (510) 524-8206
Email: john@illovskycalia.com



**Susan Chipman**
c/o Derek Foran
Steptoe & Johnson LLP
One Market Plaza
Steuart Tower Ste 1070
San Francisco, CA 94105

## Invoice 23085

| Date | Nov 17, 2023 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Nov 17, 2023 |

**In Reference To: de Jaray v. Lattice Semiconductor (Services)**

| Date | By | Services | Hours | Amount |
|---|---|---|---|---|
| 09/05/2023 | KAC | Analyze notes of S. Chipman interview with Canadian authorities. | 0.20 | $ 120.00 |
| ██████████ | ████ | ████████████████████████████████████████ | ████ | ████████ |
| 10/02/2023 | KAC | Telephone call with S. Chipman regarding preparation for deposition. | 0.20 | $ 120.00 |
| 10/04/2023 | KAC | Calls and emails regarding scheduling of deposition of S. Chipman. | 0.40 | $ 240.00 |
| 10/11/2023 | KAC | Email to S. Chipman regarding deposition preparation. | 0.10 | $ 60.00 |
| 10/16/2023 | KAC | Email to S. Chipman regarding deposition preparation. | 0.10 | $ 60.00 |
| 10/18/2023 | KAC | Prepare for deposition of S. Chipman, including analysis of documents. | 1.30 | $ 780.00 |
| 10/19/2023 | KAC | Prepare for deposition of S. Chipman, including video conference with S. Chipman. | 2.00 | $ 1,200.00 |
| ██████████ | ████ | ████████████████████████████████████████ | ████ | ████████ |
| 11/02/2023 | KAC | Emails with S. Chipman regarding preparation for deposition. | 0.20 | $ 120.00 |
| 11/05/2023 | KAC | Travel to Vancouver; prepare for deposition of S. Chipman. | 6.80 | $ 4,080.00 |
| 11/06/2023 | KAC | Prepare for deposition of S. Chipman; meet with S. Chipman regarding deposition; telephone call with D. Foran regarding deposition of S. Chipman. | 5.50 | $ 3,300.00 |
| 11/07/2023 | KAC | Prepare for and participate in deposition of S. Chipman. | 2.60 | $ 1,560.00 |

**In Reference To: de Jaray v. Lattice Semiconductor (Expenses)**

| Date | By | Expenses | Amount |
|------|-----|----------|--------|

| | |
|---|---|
| **Total Hours** | |
| **Total Services** | |
| **Total Expenses** | |
| **Total Invoice Amount** | |

**Illovsky & Calia LLP**
1611 Telegraph Ave Ste 806
Oakland, CA 94612-2147
Phone: (510) 524-8206
Email: john@illovskycalia.com
Tax ID: 46–3036624



**Qing (April) Zhang**
c/o Derek Foran
Steptoe & Johnson LLP
One Market Plaza
Steuart Tower Ste 1070
San Francisco, CA 94105

## Invoice 23111

| Date | Dec 05, 2023 |
|---|---|
| **Terms** | Net 30 |
| **Service Thru** | Nov 30, 2023 |

**In Reference To: de Jaray v. Lattice Semiconductor (Services)**

| Date | By | Services | Hours | Amount |
|---|---|---|---|---|
| 10/02/2023 | KAC | Review video of A. Zhang interview by Canadian investigators and related documents. | 1.30 | $ 780.00 |
| 10/06/2023 | KAC | Video conference with A. Zhang regarding preparation for deposition; prepare for deposition of A. Zhang; discuss potential deposition scheduling with D. Foran. | 1.20 | $ 720.00 |
| 10/11/2023 | KAC | Emails with counsel regarding schedule for deposition of A. Zhang. | 0.10 | $ 60.00 |
| 10/16/2023 | KAC | Email to A. Zhang regarding deposition preparation. | 0.10 | $ 60.00 |
| 10/22/2023 | KAC | Analyze documents in preparation for deposition of A. Zhang. | 1.00 | $ 600.00 |

Schedule E

| 10/24/2023 | KAC | Video conference with A. Zhang regarding preparation for deposition. | 1.20 | $ 720.00 |
| 11/08/2023 | KAC | Prepare for deposition of A. Zhang. | 1.00 | $ 600.00 |
| 11/17/2023 | KAC | Draft email to A. Zhang regarding deposition preparation. | 0.20 | $ 120.00 |
| 11/21/2023 | KAC | Prepare for and participate in video conference with A. Zhang regarding preparation for deposition. | 1.80 | $ 1,080.00 |
| | | | | |
| 11/28/2023 | KAC | Prepare for and participate in meeting with A. Zhang regarding deposition preparation; telephone calls and email with D. Foran regarding deposition of A. Zhang. | 5.80 | $ 3,480.00 |
| 11/29/2023 | KAC | Prepare for and participate in deposition of A. Zhang. | 5.40 | $ 3,240.00 |

**In Reference To: de Jaray v. Lattice Semiconductor (Expenses)**

| Date | By | Expenses | Amount |
| --- | --- | --- | --- |
| | | | |

|  | |
| --- | --- |
| **Total Hours** | |
| **Total Services** | |
| **Total Expenses** | |
| **Total Invoice Amount** | |

Schedule E



Total = $1,859.10

Dr. Baker, R. Jacob <rjacobbaker@gmail.com>

## Russel Jacob Phd Baker's 02/06 Portland, OR trip (3JG8YE): Your change is confirmed.
1 message

**Southwest Airlines** <southwestairlines@ifly.southwest.com>
Reply-To: Southwest Airlines <no-reply@ifly.southwest.com>
To: rjacobbaker@gmail.com

Sat, Feb 3, 2024 at 9:15 PM

Here's your updated itinerary and trip receipt.



View our mobile site | View in browser

**Southwest**

**Manage Flight** | **Flight Status** | **My Account**



**Hi Russel Jacob Phd,**

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon!

**FEBRUARY 6**



# LAS ✈ PDX
Las Vegas to Portland, OR

Confirmation # **3JG8YE**                          Confirmation date: 02/03/2024

| PASSENGER | **Russel Jacob Phd Baker** |
|---|---|
| RAPID REWARDS # | 20004213806 |
| TICKET # | 5262252893589 |
| EST. POINTS EARNED | 5,458 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:**  Tuesday, 02/06/2024    Est. Travel Time: **2h 20m**    Business Select®

| FLIGHT # 3244 | DEPARTS **LAS 09:15**AM Las Vegas | ✈ | ARRIVES **PDX 11:35**AM Portland, OR |
|---|---|---|---|

# Payment information

| Total cost | | Payment |
|---|---|---|
| **Air - 3JG8YE** Base Fare | $    454.77 | **Visa ending in 1703** Date: February 3, 2024 |

| | | |
|---|---|---|
| U.S. Transportation Tax | $ | 34.11 |
| U.S. 9/11 Security Fee | $ | 5.60 |
| U.S. Passenger Facility Chg | $ | 4.50 |
| U.S. Flight Segment Tax | $ | 5.00 |
| **Total** | **$** | **503.98** |

**Payment Amount: $209.00**

**Credit from ticket: #5262249616010 to #5262252893589**
Date: January 25, 2024

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262252893589

# All your perks, all in one place. (Plus a few reminders.)



**Business Select® fare:** Your two bags fly free®, no change or cancel fees, 12X Rapid Rewards® points, refundable, A1–A15 priority boarding, and **NEW** – Inflight Internet. Learn more.



Make sure you know when to arrive at your airport. Times vary by city.



If your plans change, cancel your reservation at least 10 minutes before original scheduled departure time and request your refund. If you don't cancel your reservation in time, you'll receive a Transferable Flight Credit™.

# Prepare for takeoff

## Use our app to make changes to your trip, get a boarding pass, & more.



   



### Earn up to 1,800 Rapid Rewards® points.
Plus save up to 30% off base rates with Budget®.



**Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in Portland.





Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

**Book hotel >**                    **Prepare now >**

https://mail.google.com/mail/u/0/?ik=174f88f7eb&view=pt&search=all&permthid=thread-f:1789944136023785010&simpl=msg-f:1789944136023785010    2/4

2/4/24, 6:41 AM
Case 3:19-cv-00086-SI — Document 51-6 — Filed 03/01/24 — Page 16 of 50
Russel Jacob Phd Baker's 02/09 Las Vegas trip (3JGOB4): Your change is confirmed.



Dr. Baker, R. Jacob <rjacobbaker@gmail.com>

---

# Russel Jacob Phd Baker's 02/09 Las Vegas trip (3JGOB4): Your change is confirmed.

1 message

---

**Southwest Airlines** <southwestairlines@ifly.southwest.com>
Reply-To: Southwest Airlines <no-reply@ifly.southwest.com>
To: rjacobbaker@gmail.com

Sat, Feb 3, 2024 at 9:17 PM

Here's your updated itinerary and trip receipt.

View our mobile site | View in browser

---



**Manage Flight | Flight Status | My Account**



## Hi Russel Jacob Phd,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon!

---

**FEBRUARY 9**

# PDX  LAS

Portland, OR to Las Vegas

---

Confirmation # **3JGOB4**

Confirmation date: 02/03/2024

| | |
|---|---|
| PASSENGER | **Russel Jacob Phd Baker** |
| RAPID REWARDS # | 20004213806 |
| TICKET # | 5262252895808 |
| EST. POINTS EARNED | 5,458 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Friday, 02/09/2024    Est. Travel Time: **2h 10m**    Business Select®

| FLIGHT # 1417 | DEPARTS | ARRIVES |
|---|---|---|
| | **PDX 05:00**PM | **LAS 07:10**PM |
| | Portland, OR | Las Vegas |

## Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - 3JGOB4** | | | **Visa ending in 1703** |
| Base Fare | $ | 454.77 | Date: February 3, 2024 |
| U.S. Transportation Tax | $ | 34.11 | **Payment Amount: $137.00** |

https://mail.google.com/mail/u/0/?ik=174f88f7eb&view=pt&search=all&permthid=thread-f:1789944250693834318&simpl=msg-f:1789944250693834318    1/3

| U.S. 9/11 Security Fee | $ | 5.60 |
| U.S. Passenger Facility Chg | $ | 4.50 |
| U.S. Flight Segment Tax | $ | 5.00 |
| **Total** | **$** | **503.98** |

Credit from ticket: #5262249617156 to
#5262252895808
Date: January 25, 2024

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262252895808

# All your perks, all in one place. (Plus a few reminders.)



**Business Select® fare:** Your two bags fly free®, no change or cancel fees, 12X Rapid Rewards® points, refundable, A1-A15 priority boarding, and **NEW** – Inflight Internet. <u>Learn more</u>.



Make sure you know <u>when to arrive at your airport</u>. Times vary by city.



If your plans change, cancel your reservation at least 10 minutes before original scheduled departure time and request your refund. If you don't cancel your reservation in time, you'll receive a <u>Transferable Flight Credit™</u>.

# Prepare for takeoff

Use our app to make changes to your trip, get a boarding pass, & more.



 



Earn up to 1,800 Rapid Rewards® points. Plus save up to 30% off base rates with Budget®.

**Budget**

Book car >



**Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in Las Vegas.

**Book hotel >**



**Dr. Baker, R. Jacob <rjacobbaker@gmail.com>**

---

## Your Tuesday morning trip with Uber
3 messages

---

**Uber Receipts** <noreply@uber.com>                          Tue, Feb 6, 2024 at 8:01 AM
To: rjacobbaker@gmail.com

### Uber                                                Total $25.25
                                                        February 6, 2024

# Thanks for tipping, R. Jacob

Here's your updated Tuesday
morning ride receipt.



# Total                                    $25.25

| | |
|---|---|
| Trip fare | $11.61 |
| | |
| Subtotal | $11.61 |
| NV Recovery Surcharge | $0.04 |
| LAS Airport Surcharge | $2.90 |
| Booking Fee ⑦ | $6.77 |
| Tip | $3.29 |
| Transportation Recovery Tax | $0.64 |

Payments

 **Visa ••••1703**                                              $25.25
2/6/24 8:00 AM

Switch Payment Method

Download PDF

# You rode with Ulf

4.99 ★ Rating                    👥✔ Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX    5.99 miles | 16 min

■ 7:28 AM
6775 Agave Azul Ct, Las
Vegas, NV 89120-2800, US

▮ 7:44 AM
Terminal 1, Harry Reid
International Airport (LAS),
Las Vegas, NV 89119, US

https://mail.google.com/mail/u/0/?ik=174f88f7eb&view=pt&search=all&permthid=thread-f:1790164935402789283&simpl=msg-f:179016592210084823…    2/8

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

---

**Uber Receipts** <noreply@uber.com>
To: rjacobbaker@gmail.com

Tue, Feb 6, 2024 at 12:45 PM

# Uber

Total $50.22
February 6, 2024

# Thanks for tipping, R. Jacob

Here's your updated Tuesday
morning ride receipt.



# Total

# $50.22

| | |
|---|---|
| Trip fare | $33.47 |
| Subtotal | $33.47 |
| Wait Time ❓ | $1.78 |
| Booking Fee ❓ | $4.92 |
| City of Portland Surcharge | $0.50 |

Schedule E

Airport Surcharge                                                                    $3.00

Tip                                                                                  $6.55

Payments

 **Visa ••••1703**                                               $50.22
2/6/24 12:45 PM

Unique Identifier: cba8bf14

Switch Payment Method

Download PDF

## You rode with WC

4.95 ★ Rating                              👤 Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered
accident.

Learn more ›

Comfort        12.37 miles | 17 min

■        11:56 AM
         7240 NE Airport Way,
         Portland, OR 97220, US

↓        12:14 PM
         515 SW Clay St, Portland,
         OR 97201, US

Schedule E
Page 21 of 50

Report lost item  ›          Contact support  ›          My trips  ›

Forgot password                    Uber Technologies
                                   1725 3rd Street,
Privacy                            San Francisco,
                                   California
Terms                              94158

---

**Uber Receipts** <noreply@uber.com>                    Fri, Feb 9, 2024 at 1:19 PM
To: rjacobbaker@gmail.com

## Uber                                    Total $52.25
                                           February 9, 2024

# Thanks for tipping, R. Jacob

Here's your updated Friday
afternoon ride receipt.



# Total                          # $52.25

Trip fare                                        $35.41

| | |
|---|---|
| Subtotal | $35.41 |
| Wait Time  | $0.57 |
| Booking Fee ⍰ | $6.03 |
| City of Portland Surcharge | $0.50 |
| Airport Surcharge | $3.00 |
| Tip | $6.74 |

Payments

**VISA**  **Visa ••••1703**          $52.25
2/9/24 1:18 PM

Unique Identifier: ab9570fc

Switch Payment Method

Download PDF

# You rode with WC

4.95 ★ Rating          Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

Comfort          12.90 miles | 27 min

■          12:41 PM

1455 SW Broadway, Portland, OR 97201, US



1:08 PM

Main Terminal, Portland International Airport (PDX), Portland, OR 97218, US

Report lost item    ›          Contact support    ›          My trips    ›

Forgot password

Privacy

Terms

Uber Technologies

1725 3rd Street, San Francisco, California 94158

Report lost item    >                Contact support    >                My trips    >

Forgot password                        Uber Technologies

Privacy                                1725 3rd Street,
                                       San Francisco,
Terms                                  California
                                       94158

---

**Uber Receipts** <noreply@uber.com>                    Fri, Feb 9, 2024 at 7:39 PM
To: rjacobbaker@gmail.com

Uber                                            Total $32.17
                                                February 9, 2024

# Thanks for tipping, R. Jacob

Here's your updated Friday
evening ride receipt.



# Total                        # $32.17

Trip fare                                               $20.31

| | |
|---|---|
| Subtotal | $20.31 |
| NV Recovery Surcharge | $0.04 |
| LAS Airport Surcharge | $2.90 |
| Booking Fee  | $3.91 |
| Tip | $4.19 |
| Transportation Recovery Tax | $0.82 |

Payments

**Visa ••••1703**    $32.17
2/9/24 7:39 PM

Switch Payment Method

Download PDF

## You rode with Allan

4.99 ★ Rating              Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX    4.24 miles | 12 min

■ 7:06 PM

5757 Paradise Rd, Las
Vegas, NV 89119, US

↓ 7:19 PM

6775 Agave Azul Ct, Las
Vegas, NV 89120-2800, US



Report lost item  ›          Contact support  ›          My trips  ›

Forgot password

Privacy

Terms

Uber Technologies

1725 3rd Street,
San Francisco,
California
94158

Schedule E

**Invoice**

**The Hotel Zags Portland**

Baker, R. Jacob
\*

**Invoice Date:** 02/09/2024 19:46:49
**Invoice Number:** 75341

**Arrival Date:** 02/06/2024
**Departure Date:** 02/09/2024
**Room Number:** 231
**Confirmation Number:** 146659
**Invoice Currency:** USD

| Date of Charge | Charge Description | Charge Amount | Credit Amount |
|---|---|---|---|
| 02/06/2024 | *1012* | $81.00 | |
| 02/06/2024 | Room Charge | $99.00 | |
| 02/06/2024 | City Tax (6%) | $5.94 | |
| 02/06/2024 | County Tax (5.5%) | $5.45 | |
| 02/06/2024 | City TID Fee (3%) | $2.97 | |
| 02/06/2024 | State Tax (1.5%) | $1.49 | |
| 02/07/2024 | *1005* | $119.00 | |
| 02/07/2024 | Room Charge | $99.00 | |
| 02/07/2024 | City Tax (6%) | $5.94 | |
| 02/07/2024 | County Tax (5.5%) | $5.45 | |
| 02/07/2024 | City TID Fee (3%) | $2.97 | |
| 02/07/2024 | State Tax (1.5%) | $1.49 | |
| 02/08/2024 | Room Charge | $99.00 | |
| 02/08/2024 | City Tax (6%) | $5.94 | |
| 02/08/2024 | County Tax (5.5%) | $5.45 | |
| 02/08/2024 | City TID Fee (3%) | $2.97 | |
| 02/08/2024 | State Tax (1.5%) | $1.49 | |
| 02/09/2024 | Visa XXXXXXXXXXXX1703 | | $544.55 |

| | | |
|---|---|---|
| **Total Charge** | **$544.55** | |
| **Total Credits** | **$544.55** | |
| **Net Amount** | **$0.00** | |
| **Balance** | **$0.00** | |
| City Tax (6%) | $17.82 | |
| County Tax (5.5%) | $16.35 | |
| City TID Fee (3%) | $8.91 | |
| State Tax (1.5%) | $4.47 | |

515 SW Clay St Portland, OR 97201

**Wrubleski, Jason A.**



Begin forwarded message:

**From:** United Airlines <Receipts@united.com>
**Date:** January 30, 2024 at 2:54:36 PM EST
**To:** rfayhee@gmail.com
**Subject: eTicket Itinerary and Receipt for Confirmation C7CD8K**

1



Tue, Jan 30, 2024

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# C7CD8K

| Flight 1 of 4 UA1366 | Class: United First (Z) |
|---|---|

Tue, Feb 06, 2024

## 08:25 AM

Washington, DC, US (IAD)

Tue, Feb 06, 2024

## 10:22 AM

Denver, CO, US (DEN)

| Flight 2 of 4 UA728 | Class: United First (Z) |
|---|---|

Tue, Feb 06, 2024

## 11:45 AM

Denver, CO, US (DEN)

Tue, Feb 06, 2024

## 01:42 PM

Portland, OR, US (PDX)

| Flight 3 of 4 UA239 | Class: United First (C) |
|---|---|

Fri, Feb 09, 2024

## 09:00 AM

Portland, OR, US (PDX)

Fri, Feb 09, 2024

## 12:32 PM

Denver, CO, US (DEN)

| Flight 4 of 4 UA1328 | Class: United First (C) |
|---|---|

Fri, Feb 09, 2024

## 01:50 PM

Fri, Feb 09, 2024

## 07:08 PM

Denver, CO, US (DEN)                                                                Washington, DC, US (IAD)

## Traveler Details

FAYHEE/RYANP

eTicket number: **0162360801095**                                          Seats: **IAD-DEN 01E**
Frequent Flyer: **UA-XXXXX741 Global Services℠**                                 **DEN-PDX 01E**
                                                                                **PDX-DEN 03F**
                                                                                **DEN-IAD 01E**

## Purchase Summary

Method of payment:                                                **Visa ending in 7179**
                                                          **Future flight credit: 585.88 USD**
                                                              **Confirmation #: F1CTMQ**
Date of purchase:                                              **Tue, Jan 30, 2024**

Airfare:                                                                **2197.21**
U.S. Transportation Tax:                                                   **164.79**
U.S. Flight Segment Tax:                                                    **20.00**
September 11th Security Fee:                                                **11.20**
U.S. Passenger Facility Charge:                                             **18.00**

Total Per Passenger:                                                  **2411.20 USD**

Future flight credit applied:                                        **-585.88 USD**

## Total:                                                      1825.32 USD

**Additional Collection**

An additional amount of **1825.32 USD** for the difference in fare was charged to Visa ending in 7179 on Tue, Jan 30, 2024.

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**MileagePlus Accrual Details**

| Ryanp Fayhee | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |

| Tue, Feb 06, 2024 | 1366 | Washington, DC, US (IAD) to Denver, CO, US (DEN) | 5401 | 491 | 1 |
|---|---|---|---|---|---|
| Tue, Feb 06, 2024 | 728 | Denver, CO, US (DEN) to Portland, OR, US (PDX) | 3696 | 336 | 1 |
| Fri, Feb 09, 2024 | 239 | Portland, OR, US (PDX) to Denver, CO, US (DEN) | 6127 | 557 | 1 |
| Fri, Feb 09, 2024 | 1328 | Denver, CO, US (DEN) to Washington, DC, US (IAD) | 8965 | 815 | 1 |
| MileagePlus accrual totals: | | | 24189 | 2199 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Tue, Feb 06, 2024 Washington, DC, US (IAD - Dulles) to Portland, OR, US (PDX) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Fri, Feb 09, 2024 Portland, OR, US (PDX) to Washington, DC, US (IAD - Dulles) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid Global ServicesSM membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

• Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.

• You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

• **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

• **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

• Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

• Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new

itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, but the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstances. A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure.

The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit [united.com](united.com) for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**Advice to International Passengers on Carrier Liability** - Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including contracts of carriage embodied in applicable tariffs, governs, and may limit the liability of the Carrier in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*



Wherever you venture this season, we'll get you there seamlessly.

staralliance.com          STAR ALLIANCE ✧

Copyright © 2024 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

[View our Privacy Policy](#)          [View our Legal Notices](#)

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

Schedule E

✕

# Receipt

| Receipt including tip | ⌄ |
| --- | --- |



February 6, 2024

## Thanks for tipping, Ryan

## Total                    $120.66

 You earned $6.00 Uber Cash with Uber One

| Trip fare | $99.93 |
| --- | --- |

| **Subtotal** | **$99.93** |
| --- | --- |
| IAD Airport Surcharge | $5.00 |
| Tip | $15.73 |

✕

# Receipt

Receipt including tip ⌄



February 6, 2024

## Thanks for tipping, Ryan

## Total                    $76.11

🪙  You earned $3.76 Uber Cash with Uber One

Trip fare                                          $58.37

**Subtotal**                                       **$58.37**

Booking Fee                     $4.32

City of Portland Surcharge                          $0.50

Airport Surcharge                                   $3.00

✕

# Receipt

| Receipt including tip ⌄ |



February 13, 2024

## Thanks for tipping, Ryan

## Total                    $81.07

🪙 You earned $4.02 Uber Cash with Uber One

---

Trip fare                                    $55.13

---

**Subtotal**                                 **$55.13**

Reservation Fee                              $9.00

Booking Fee             $2.87

City of Portland Surcharge                   $0.50

✕

# Receipt

Receipt including tip ⌄

February 13, 2024

## Thanks for tipping, Ryan



## Total $42.14

🪙 You earned $1.90 Uber Cash with Uber One

| Trip fare | $31.65 |
|---|---|

| **Subtotal** | **$31.65** |
|---|---|
| DCA Airport Surcharge | $5.00 |
| Tip | $5.49 |

The Nines
525 SW Morrison
Portland, OR  97204
United States
Tel: 503-222-9996 Fax: 503-222-9997



THE NINES HOTEL
PORTLAND
THE
LUXURY
COLLECTION

RYAN FAYHEE

| | | | |
|---|---|---|---|
| Page Number | : | 1 | |
| Guest Number | : | 1172577 | |
| Folio ID | : | A | |
| Arrive Date | : | 09-FEB-24 | 04:28 |
| Depart Date | : | 13-FEB-24 | |
| No. Of Guest | : | 1 | |
| Room Number | : | 918 | |
| Marriott Bonvoy Number : | | 5966 | |

Information Invoice

Tax ID :        27-2232865
The Nines PDXLN  FEB-13-2024  03:31  9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 09-FEB-24 | 7006 | Urban Farmer | 34.32 | |
| 09-FEB-24 | 7006 | Urban Farmer | 4.00 | |
| 09-FEB-24 | 2/9 | Laundry/Valet Dry Cleaning | 111.95 | |
| 09-FEB-24 | RT918 | Room Chrg - Weekend Retail/SFB | 198.00 | |
| 09-FEB-24 | RT918 | Destination Amenity Fee | 30.00 | |
| 09-FEB-24 | RT918 | Room Tax 13% | 25.74 | |
| 09-FEB-24 | RT918 | Portland Tourism Assessment 3% | 5.94 | |
| 09-FEB-24 | RT918 | DAF Tax 13% | 3.90 | |
| 09-FEB-24 | RT918 | DAF Tax 3% | 0.90 | |
| 10-FEB-24 | RT918 | Room Chrg - Weekend Retail/SFB | 198.00 | |
| 10-FEB-24 | RT918 | Destination Amenity Fee | 30.00 | |
| 10-FEB-24 | RT918 | Room Tax 13% | 25.74 | |
| 10-FEB-24 | RT918 | Portland Tourism Assessment 3% | 5.94 | |
| 10-FEB-24 | RT918 | DAF Tax 13% | 3.90 | |
| 10-FEB-24 | RT918 | DAF Tax 3% | 0.90 | |
| 11-FEB-24 | 5034 | Urban Farmer | 97.76 | |
| 11-FEB-24 | 5034 | Urban Farmer | 20.00 | |
| 11-FEB-24 | RT918 | Room Chrg - Weekend Retail/SFB | 206.00 | |
| 11-FEB-24 | RT918 | Destination Amenity Fee | 30.00 | |
| 11-FEB-24 | RT918 | Room Tax 13% | 26.78 | |
| 11-FEB-24 | RT918 | Portland Tourism Assessment 3% | 6.18 | |
| 11-FEB-24 | RT918 | DAF Tax 13% | 3.90 | |
| 11-FEB-24 | RT918 | DAF Tax 3% | 0.90 | |
| 12-FEB-24 | 5004 | Urban Farmer | 26.00 | |
| 12-FEB-24 | 5004 | Urban Farmer | 4.00 | |
| 12-FEB-24 | 5040 | Urban Farmer | 42.64 | |
| 12-FEB-24 | 5040 | Urban Farmer | 8.00 | |
| 12-FEB-24 | RT918 | Room Chrg - Weekend Retail/SFB | 223.00 | |
| 12-FEB-24 | RT918 | Destination Amenity Fee | 30.00 | |

Continued on the next page

The Nines
525 SW Morrison
Portland, OR  97204
United States
Tel: 503-222-9996 Fax: 503-222-9997

THE NINES HOTEL
PORTLAND

THE
LUXURY
COLLECTION

RYAN FAYHEE

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 1172577 |
| Folio ID | : | A |
| Arrive Date | : | 09-FEB-24    04:28 |
| Depart Date | : | 13-FEB-24 |
| No. Of Guest | : | 1 |
| Room Number | : | 918 |
| Marriott Bonvoy Number : | | 5966 |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 12-FEB-24 | RT918 | Room Tax 13% | 28.99 | |
| 12-FEB-24 | RT918 | Portland Tourism Assessment 3% | 6.69 | |
| 12-FEB-24 | RT918 | DAF Tax 13% | 3.90 | |
| 12-FEB-24 | RT918 | DAF Tax 3% | 0.90 | |
| FEB-13-2024 | AX | American Express | | -1.00 |
| | | **\*\* Total** | 1,444.87 | -1.00 |
| | | **\*\*\* Balance** | 1,443.87 | |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel.  While this folio reflects a $0 balance, your credit card may not be charged until after your departure.  You are ultimately responsible for paying all of your folio charges in full.

Had a great experience? Tell us about it on TripAdvisor! www.tripadvisor.com/UserReviewEdit-g52024-d1144098

Create the grandeur of The Luxury Collection at home. Visit TheLuxuryCollectionStore.com.

**navan**

## eTicket and Confirmation of your Feb 10 round-trip flight

### Traveler

JM  **Jennifer Marietta-Westberg**
jmariettawestberg@cornerstone.com

KTN
••••RBXT

### eTicket booking details

Navan booking ID ODTXXE

**Jennifer Marietta-Westberg**

| E-ticket number | Departure date |
|---|---|
| 0168082484401 | Sat, Feb 10 |
| Airline booking confirmation | Airline |
| HGKJMF | United |
| Routing | |
| DCA → ORD → PDX | |
| Flight No. | Operated by |
| 1035 | United |
| Flight No. | Operated by |
| 1851 | United |
| Frequent flyer number | |
| GML1••••5680 | |
| GML1••••5680 | |

| E-ticket number | Departure date |
|---|---|
| 0168082484401 | Wed, Feb 14 |
| Airline booking confirmation | Airline |
| AGSVMU | Alaska Airlines |
| Routing | |
| PDX → DCA | |
| Flight No. | Operated by |
| 0010 | Alaska Airlines |

## Flights details

Departure                                    Duration: 7h 34m

**United**  UA 1035, First (C)

Sat, Feb 10, 2024                            Sat, Feb 10, 2024
**7:00 AM**                                   **8:17 AM**
**DCA** Washington                            Chicago **ORD**

Ronald Reagan Washington National Airport    O'Hare Intl Airport
Terminal 2                                   Terminal 1

Seat  **3B**

⇅ 0h 35m layover in ORD ⇅

**United**  UA 1851, First (C)

Sat, Feb 10, 2024                            Sat, Feb 10, 2024
**8:52 AM**                                   **11:34 AM**
**ORD** Chicago                               Portland **PDX**

O'Hare Intl Airport                          Portland Intl Airport
Terminal 1

Seat  **3B**

Return                                       Duration: 4h 53m

**Alaska Airlines**  AS 0010, First (D)

Wed, Feb 14, 2024                            Wed, Feb 14, 2024
**9:37 AM**                                   **5:30 PM**
**PDX** Portland                              Washington **DCA**

Portland Intl Airport                        Ronald Reagan Washington National Airport
                                             Terminal 2

Seat  **2C**

**Manage booking**

## Cancellation policy

🟠 **Free to cancel 24 hours after booking**

Get a full refund if cancelled within 24 hours. No flight change available during this period

🟢 **After 24 hours up to a maximum of $0 cancellation fee**

For up to a maximum of $0 cancellation fee, airline will issue a refund. No change fee, just pay fare difference

🔴 **Non-refundable after 2024-02-10 07:00**

If cancelled, no airline credit or refund will be issued. $0 change fee.

## Summary of charges

| | |
|---|---|
| Tickets | **1 e-ticket** |
| Adult fare | **$2,244.65** USD |
| Subtotal | **$2,244.65** USD |
| Taxes and Fees | **$178.24** USD |
| Total | **$2,422.89** USD |

## Payment method

 Cornerstone Research Liquid Travel Card •••• 3355
Corporate card

## Company required details

| | |
|---|---|
| Projects: | MF-Bond - Internal Expert Marietta-Westberg |
| Non-Billable Department: | 1000___Consulting |
| Office: | COR___Corporate |
| Trip Purpose: | Trial work |
| Trip Name: | Portland Trip |



Jennifer,
Add a hotel to earn Navan Rewards

**Add a hotel to this trip**

ɳɑ⋁ɑɳ Personal Travel

## Ready to extend your stay?

Add an extra day or two for leisure activities and receive the following perks:

• No fees for personal bookings
• Exclusive access to hotel inventory with negotiated rates
• Manage trip changes with a click of a button, or access free travel agent support

**Add a personal trip**

## Disclaimer

**Important information**

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, on board the aircraft is forbidden. If you do not understand these restrictions, for the information maybe obtained from your airline.

**Important legal notices**

Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments (the Warsaw Convention system), may apply to the entire journey,including any portion thereof within a country. For such passengers, the applicable treaty, including special contract of carriage in bodies in any application tariffs, governs and may limit the liability of the carrier.

You will be issued electronic tickets. Remember to bring a valid government-issued photo ID with you to check-in.

To review airline responsibilities, please visit:
https://www.transportation.gov/airconsumer/fly-rights

To view the current baggage fees, please visit:
https://www.tripadvisor.com/AirlineFees

To view the US Department of Transportation Insecticide Notification, please visit:
https://www.transportation.gov/airconsumer/spray

To view the Federal Aviation Administration Information on Pack Safe/Hazardous Materials, please visit:
https://www.faa.gov/about/initiatives/hazmat_safety/

# Thank you for booking with Navan

**Download Navan**

 

Terms & Conditions | Privacy Policy
3045 Park Blvd, Palo Alto, CA 94306
© 2024 Navan Inc. | All Rights Reserved

**Wrubleski, Jason A.**

| | |
|---|---|
| **From:** | frontdesk@thehotelzags.com |
| **Sent:** | Thursday, February 8, 2024 8:54 AM |
| **To:** | Burnside, Samantha J. |
| **Subject:** | The Hotel Zags Confirmation |

Confirmation Number: 147038                                    February 08, 2024

| | | | |
|---|---|---|---|
| **Arrival Date:** | Feb 10 2024 | | Schwabe, |
| **Departure Date:** | Feb 14 2024 | **Rate:** | Williamson |
| **Room Type:** | Premier City King | | & Wyatt |
| **Adults:** | 1 | **Daily Cost:** | $99.00 |
| **Children:** | 0 | **Stay Cost:** | $396.00 |
| **Infants:** | 0 | **Taxes & Fees:** | $63.40 |
| | | **Amount Paid:** | $0.00 |
| | | **Amount Due:** | $459.40 |

**JENNIFER MARIETTA-WESTBERG**

.

Hi Jennifer Marietta Westberg,
Thanks for choosing The Hotel Zags to be a part of your Portland experience. You're onto something good here! Whether you're looking to take it easy in our nature-filled, living wall courtyard, let loose in our game room, or get lost in nature with equipment from our Gear Shed, you'll feel right at home at our hotel in the city's fountain District.

Let's start planning your adventure! Discover local area happenings and events we have planned during your stay here. If you have questions about your stay, give us a call directly at 877-484-1084.

**The Hotel Zags Portland**
515 SW Clay St, Portland, OR, 97201

(503) 484-1084
https://www.thehotelzags.com/
frontdesk@thehotelzags.com

**Directions:**

1



**Deposit Rules:**

**Cancellation Policy Description:**

**Terms & Conditions:**

**Taxes:** 16% State Occupancy and City Tourism tax

**Daily Guest Amenities Fee:** $25 + tax per night per room is added to the room rate.

**Guest Amenities Fee Includes:**

Borrowing our toys from the Gear Shed (2-hours per item)
$15 Treat Credit per room, per stay, for your mini-bar or sundry shop purchases
Zags Happenings
24-Hour Fitness Gym Day Passes
Gourmet coffee, tea, and complimentary water in your room
Wireless internet access and business center services
Playtime in our Colosseum/Game-room (based on availability)

**DEPOSIT AND CANCELLATION POLICY**

Reservations must be canceled/modified outside of a 72-hour policy. 100% of the remaining room rate and applicable tax will be charged for unscheduled departures.

The 72-hour cancellation policy does not apply to any pre-paid, non-refundable offers.

All reservations must be guaranteed with a credit card at the time of booking. An authorization equal to the first nights' room and tax will be processed 72-hours in advance of arrival. If the method of payment declines on authorization the reservation will be considered non-guaranteed and will result in cancellation of the reservation 24-hours after the communication of payment failure unless a valid credit card is provided within that time frame.

Group Cancellation Policy: A separate cancellation policy applies to all call-in group cancellations. Please contact your group coordinator for details on the specific policy.

Non-Refundable Cancellation Policy: This reservation requires full pre-payment and is non-cancellable, non-amendable and non-refundable. We will charge the full amount of the reservation to the credit card you used to make this reservation shortly after the reservation is made.

**EARLY ARRIVAL AND LATE DEPARTURE POLICIES**

**Early Arrival Policy:** We do our very best to accommodate our guests' travel schedule. We get that traveling is sometimes tiring! Although we can never guarantee a room will be available for check-in prior to 4 pm we will work with guests who arrive early. If a room within your room type booked is available and clean we will gladly check you in, call on your day of arrival to inquire about fees. If the room type you booked is not available we will place you on a priority list and happily store your belongings in a secured room. If you

do require an arrival very early in the morning, booking a room for the night before is the best way to guarantee your early arrival.

**Late Departure Policy:** Sometimes you just don't want to get out of bed or that lunch meeting is running late. We get it! We will do our very best to work with our guests who need a little longer in the room. Late departures are based on availability. If you require a late departure after 1 pm, there is a charge of $25 + tax per hour up until 3 pm, at which point the cost is our best available rate for that night.

## SMOKING POLICY

The Hotel Zags Portland is a non-smoking hotel for all guestrooms, hallways, stairwells and public spaces. A $350 room recovery fee will be charged to the registered guests for smoking in the guestroom. This includes tobacco products, marijuana products and vaping.

## PARKING POLICIES

The Hotels Zags Portland offers Self Parking to our guests for your convenience. Our pricing features unlimited in/out service in our secure parking garage. Below are the rates for our parking service:

$28 overnight parking

$15 Daily/Event Parking (daylight hours)

## PET POLICY

As part of our commitment to provide the highest level of service to our guests, The Hotel Zags Portland welcomes pets staying with their owners in designated guest rooms. The Hotel Zags Portland does charge a $65 one-time deep cleaning fee. This fee will be added to your reservation upon check-in and is nonrefundable.

To ensure a comfortable stay for all guests of The Hotel Zags Portland, we have developed the following guidelines for pet etiquette:

The weight limit for dogs is 80 pounds.

There is a limit of two pets per guest room. Any unreported pet will be charged a $350 nonrefundable cleaning fee.

The pet owner agrees to keep their pet on a leash or in a kennel while on The Hotel Zags Portland property. In order to maintain a harmonious environment for all our guests, pets are welcome on the patio in our courtyard.

Policies and pricing are subject to change at any time. Management reserves all rights.