## SCHEDULE F

*Exemplification and Copying Costs*

| Date | Vendor | Invoice | Description | Amount Invoiced | Amount Claimed |
|---|---|---|---|---|---|
| 12/14/2023 | Warp 9 | 1223302 | Trial Exhibits – Stamping | $1,499.86 | $1,143.00 |
| 12/21/2023 | Warp 9 | 1223323 | Trial Exhibits – master Def. sets; chambers copy; multimedia | $10,066.86 | $10,066.86 |
| 1/24/2024 | Streamline | 39378 | Trial Exhibits – 2x Pltf. set, 1x Def. set | $6,799.86 | $6,799.86 |
| 2/22/2024 | Fulcrum | 5989 | Preparation of trial demonstratives | $82,639.29 | $7,944 |
| **TOTALS** | | | | $101,005.87 | $25,953.72 |

**WARP 9**
480 Clementina Street, #A
San Francisco, CA  94103
(415) 512-8900
billing@warp9micro.com

Invoice   1223302



| BILL TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| Doug Nolan<br>Steptoe & Johnson LLP<br>227 West Monroe 4700<br>Chicago, IL  60606 | 12/14/2023 | $1,499.86 | 01/13/2024 |

**CLIENT MATTER**
124907.00001

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| OCR - PDF TO SEARCHABLE PDF | 5,686 | 0.01 | 56.86 |
| CUSTOM EXHIBIT STAMP | 381 | 3.00 | 1,143.00 |
| TECHNICAL TIME - GENERAL: 2.0 HRS (VALIDATING THE SOURCE  CREATING DIFFERENT SET OF SEARCHABLE PDF AND NON SEARCHABLE FOR OPPOSING COPY  REDACTION OF DEPOT STICKERS  ROTATING THE ORIENTATION FOLLOWING THE BATES STAMP OF EXHIBITS AND MANUAL CHECKING FOR COVERED TEXT)<br>JOB ID# 1534741-01 | 2 | 150.00 | 300.00 |
| REQUESTED BY DOUG NOLAN 20231207 | | | |
| LATTICE TRIAL EXHIBIT STAMPING PROJECT | | | |

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

**TOTAL DUE**   $1,499.86

**THANK YOU.**

ACH PAYMENT:
ROUTING NUMBER 121042882

WIRE TRANSFER PAYMENT:
SWIFT CODE: WFBIUS6S
ROUTING NUMBER: 121000248

BANK NAME: WELLS FARGO BANK
ACCOUNT NAME: W 9 MICROSOLUTIONS, INC.
ACCOUNT NUMBER: 2002993046

Schedule F
Page 2 of 9

**WARP 9**
480 Clementina Street, #A
San Francisco, CA  94103
(415) 512-8900
billing@warp9micro.com

Invoice   1223323



| BILL TO | | | |
|---|---|---|---|
| Doug Nolan<br>Steptoe & Johnson LLP<br>227 West Monroe 4700<br>Chicago, IL  60606 | DATE<br>12/21/2023 | PLEASE PAY<br>$10,066.86 | DUE DATE<br>01/20/2024 |

**CLIENT MATTER**
124907.00001

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BINDER - 4" | 30 | 18.00 | 540.00T |
| BLOWBACK WITH ASSEMBLY - B&W (8.5X11) | 23,280 | 0.14 | 3,259.20T |
| BLOWBACK WITH ASSEMBLY - COLOR (8.5X11) | 5,240 | 0.65 | 3,406.00T |
| SLIP SHEET - MANUAL INSERTION | 95 | 0.25 | 23.75T |
| TAB - REGULAR | 1,810 | 0.25 | 452.50T |
| MEDIA - DVD | 5 | 25.00 | 125.00T |
| MEDIA - FLASH DRIVE 16GB | 1 | 25.00 | 25.00T |
| SERVICES - DELIVERY CHARGE/TRIP | 1 | 1,975.41 | 1,975.41T |
| DELIVERY ADDRESS:<br>PACWEST CENTER<br>1211 SW 5TH AVE STE 1900  PORTLAND  OR 97204<br>JOB ID# 1534737-01 | | | |
| MEDIA - CD | 5 | 20.00 | 100.00T |
| MEDIA - DVD | 5 | 25.00 | 125.00T |
| MEDIA - FLASH DRIVE 32GB | 1 | 35.00 | 35.00T |
| JOB ID# 1534737-02 | | | |
| REQUESTED BY DOUG NOLAN 20231207 | | | |
| 20231206_LATTICE TRIAL EXHIBIT PROJECT | | | |

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

ACH PAYMENT:
ROUTING NUMBER 121042882

WIRE TRANSFER PAYMENT:
SWIFT CODE: WFBIUS6S
ROUTING NUMBER: 121000248

| | |
|---|---|
| SUBTOTAL | 10,066.86 |
| TAX (0%) | 0.00 |
| TOTAL | 10,066.86 |
| TOTAL DUE | $10,066.86 |

THANK YOU.

Schedule F
Page 3 of 9

BANK NAME: WELLS FARGO BANK
ACCOUNT NAME: W 9 MICROSOLUTIONS, INC.
ACCOUNT NUMBER: 2002993046

Please send payment to:



# Invoice

919 SW Taylor Street 6th Floor
Portland, OR 97205

Contact Us:
(503) 244-2333 Portland
(208) 424-3355 Boise

| Date | Invoice # |
|---|---|
| 1/24/2024 | 39378 |

**PAID 02/05/2024**

| Bill To |
|---|
| Schwabe Williamson & Wyatt<br>1211 SW Fifth Ave, Suite 1900<br>Portland, OR 97204 |

| Ordered By | Terms | Fed ID# | Project Number | Account Mgr | Billing / Matter # |
|---|---|---|---|---|---|
| Samantha B. | Net 30 | 20-2604733 | SL012024900 | YE | 138204-266358 |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Blowbacks - B&W w/ Assembly (3-Hole, 2-Sided) | 15,428 | 0.12 | 1,851.36 |
| Blowbacks - Color w/ Assembly (3-Hole, 2-Sided) | 4,823 | 0.85 | 4,099.55 |
| Pre-Printed Tabs (Number & Alpha) | 997 | 0.35 | 348.95 |
| 4" View Binders w/ Covers & Spines | 20 | 25.00 | 500.00 |
| Case: Jaray v. Lattice Semiconductor Corp.<br>Client/Matter: 138204-266358<br><br>Defendant's Trial Exhibit Binders (1 Set)<br>Plaintiffs Trial Exhibit Binders (2 Sets) | | | |

Thank you for choosing Streamline Imaging.  We appreciate your business!

**Total  $6,799.86**

Signature _____   Date _____

A finance charge of 18% annually (1.5% monthly) will be charged if the total payment is not received by the due date.



*via e-mail*

February 22, 2024

James Bennett, Esq.
The Norton Law Firm PC
299 Third Street, STE 200
Oakland, CA 94607
jbennett@nortonlaw.com

    Re:    <u>De Jaray et al v. Lattice Semiconductor Corporation et al</u>
            Case Number: 3:19-cv-00086-SI
            Fulcrum File Number: 1272.002

Dear Mr. Bennett:

I have enclosed Fulcrum invoice number 5989 dated February 22, 2024.  This covers charges from January 1 to February 16, 2024.

If you have any questions about the enclosed invoice, please contact me.


Sincerely,

Kevin M. Hout
President

# Fulcrum Legal Graphics

Invoice[1]

February 22, 2024

**Please Remit Payment To:**
Fulcrum Legal Graphics, Inc.
999 Fifth Avenue STE 390
San Rafael, CA 94901
(415) 490-3540
EIN: 94-3289857

James Bennett, Esq.
The Norton Law Firm PC
299 Third Street, STE 200
Oakland, CA 94607
jbennett@nortonlaw.com
cc: dnolan@Steptoe.com

Re: **De Jaray et al v. Lattice Semiconductor Corporation et al**
Case Number: 3:19-cv-00086-SI
Fulcrum File Number: 1272.002

*Invoice Period:* *January 1 to February 16, 2024*          Invoice Number: 5989

Professional Services:*

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Total Charges |
|---|---|---|---|---|---|---|
| Kevin M. Hout | President / Producer | $ 420.00 | 0.8 | 0.0 | 0.8 | $ 336.00 |
| Camille Townshend | Media Artist | $ 240.00 | 314.5 | 0.0 | 314.5 | $ 75,480.00 |
| Byron Stanford | Media Artist | $ 270.00 | 4.0 | 0.0 | 4.0 | $ 1,080.00 |

*Total Tax on Labor:* $0.00

**Total Charges:**

Please see itemized bill for details

Professional Services: $ 76,896.00
Expenses: $ 5,743.29

**TOTAL:** $ 82,639.29

[1]Terms: Net 30 Days.  Overdue accounts subject to 1.5% per month interest charge
[2]Labor on all finished product is subject to 9.25% sales tax per CA State Board of Equalization

Schedule F
Page 7 of 9

**Fulcrum Legal Graphics**

Itemized Charges

| **Professional Services** | | Regular | Taxable |
|---|---|---|---|

Kevin M. Hout
*President / Producer*

| 01/05/24 | Client Zoom call; project coordination | 0.8 | |
|---|---|---|---|
| | Total Hours: | **0.8** | **0.0** |

Camille Townshend
*Media Artist*

| 01/08/24 | Graphics production - Opening | 2.1 | |
|---|---|---|---|
| 01/10/24 | Graphics production - Opening | 3.1 | |
| 01/11/24 | Graphics production - Opening | 4.3 | |
| 01/12/24 | Graphics production - Opening | 7.7 | |
| 01/13/24 | Graphics production - Opening | 4.2 | |
| 01/14/24 | On-site graphics support; travel | 10.5 | |
| 01/15/24 | On-site graphics support | 8.7 | |
| 01/16/24 | On-site graphics support | 8.0 | |
| 01/17/24 | On-site graphics support | 10.0 | |
| 01/18/24 | On-site graphics support | 9.6 | |
| 01/19/24 | On-site graphics support | 8.0 | |
| 01/20/24 | On-site graphics support | 11.0 | |
| 01/21/24 | On-site graphics support | 9.7 | |
| 01/22/24 | On-site graphics support | 8.0 | |
| 01/23/24 | On-site graphics support | 8.0 | |
| 01/24/24 | On-site graphics support | 8.0 | |
| 01/25/24 | On-site graphics support | 8.0 | |
| 01/26/24 | On-site graphics support | 8.0 | |
| 01/27/24 | On-site graphics support | 8.0 | |
| 01/28/24 | On-site graphics support | 8.0 | |
| 01/29/24 | On-site graphics support | 8.0 | |
| 01/30/24 | On-site graphics support; travel | 8.0 | |
| 02/03/24 | Graphics production - Closing | 2.3 | |
| 02/04/24 | Graphics production - Closing | 3.6 | |
| 02/05/24 | Graphics production - Fayhee | 1.3 | |
| 02/06/24 | On-site graphics support; travel | 11.0 | |
| 02/07/24 | On-site graphics support | 9.5 | |
| 02/08/24 | On-site graphics support | 12.0 | |
| 02/09/24 | On-site graphics support | 8.9 | |
| 02/10/24 | On-site graphics support | 19.0 | |
| 02/11/24 | On-site graphics support | 13.0 | |
| 02/12/24 | On-site graphics support | 16.0 | |
| 02/13/24 | On-site graphics support | 17.0 | |
| 02/14/24 | On-site graphics support | 14.0 | |

**Fulcrum Legal Graphics**

Itemized Charges

| **Professional Services** *(cont.)* | | Regular | Taxable |
|---|---|---|---|
| *C. Townshend (cont.)* | | | |
| 02/15/24 | On-site graphics support | 10.0 | |
| 02/16/24 | On-site graphics support; travel | 8.0 | |
| | Total Hours: | **314.5** | **0.0** |
| Byron Stanford | | | |
| *Media Artist* | | | |
| 02/05/24 | Graphics production | 4.0 | |
| | Total Hours: | **4.0** | **0.0** |

| **Expenses** | | | tax |
|---|---|---|---|
| 1/9-1/30/24 | Airline/ lodging/ taxis/ working meals - C. Townshend | $ | 3,212.86 |
| 2/2-2/16/24 | Airline/ lodging/ taxis/ working meals - C. Townshend | $ | 2,530.43 |
| | Total Expenses: | $ | **5,743.29** |